# United States Bankruptcy Court
## District of Colorado

**Voluntary Petition**

**Name of Debtor** (if individual, enter Last, First, Middle):
Simple Solar Systems, LLC

**Name of Joint Debtor (Spouse)** (Last, First, Middle):

**All Other Names used by the Debtor in the last 8 years**
(include married, maiden, and trade names):

**All Other Names used by the Joint Debtor in the last 8 years**
(include married, maiden, and trade names):

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN** (if more than one, state all): 20-4455303

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN** (if more than one, state all):

**Street Address of Debtor** (No. & Street, City, and State):
3297 Walnut Street
Boulder, CO
ZIP CODE: 80301-2555

**Street Address of Joint Debtor** (No. & Street, City, and State):
ZIP CODE:

**County of Residence or of the Principal Place of Business:**
Boulder

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor** (if different from street address):
ZIP CODE:

**Mailing Address of Joint Debtor** (if different from street address):
ZIP CODE:

**Location of Principal Assets of Business Debtor** (if different from street address above):
ZIP CODE:

## Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

## Nature of Business
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

## Filing Fee (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
**Check one box:**
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

**Check all applicable boxes**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Simple Solar Systems, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

**X  Not Applicable**
Signature of Attorney for Debtor(s)       Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)            FORM B1, Page 3

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Simple Solar Systems, LLC** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. <br> [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 <br> [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X **Not Applicable** <br> Signature of Debtor <br><br> X **Not Applicable** <br> Signature of Joint Debtor <br><br> Telephone Number (If not represented by attorney) <br><br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. <br><br> ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X **Not Applicable** <br> (Signature of Foreign Representative) <br><br> (Printed Name of Foreign Representative) <br><br> Date |

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|
| X */s/ Jeffrey Brinen* <br> Signature of Attorney for Debtor(s) <br><br> **Jeffrey S. Brinen  Bar No. 20565** <br> Printed Name of Attorney for Debtor(s) / Bar No. <br><br> **Kutner Miller Brinen, P.C.** <br> Firm Name <br><br> **303 E. 17th Ave., Suite 500** <br> Address <br> **Denver, CO 80203** <br><br> **303-832-2400**     **303-832-1510** <br> Telephone and Fax Number <br><br> **5-13-10** <br> Date and E-Mail Address <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> **Not Applicable** <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) <br><br> Address <br><br> X **Not Applicable** <br><br> Date <br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual. <br><br> If more than one person prepared this document, attach to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X */s/ Jo Callahan* <br> Signature of Authorized Individual <br><br> **Joe Callahan** <br> Printed Name of Authorized Individual <br><br> **Managing Member** <br> Title of Authorized Individual <br><br> Date | |



UNITED STATES BANKRUPTCY COURT

District of Colorado

IN RE                                                CASE NO. _____

**Simple Solar Systems, LLC**

CHAPTER     11

DEBTOR(S)

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached matrix list of creditors is true and correct to the best of our knowledge.

Date: 5-13-10

_Joe Callahan_             Debtor

AEE Solar
775 Fiero Lane, Ste 200
San Luis Obispo, CA 93401
Attn: John Wieneki


Ahern Rentals
4241 Arville Street
Las Vegas, NV 89103-3713


Anchor Engineering Inc.
3611 Blake Street
Denver, CO 80205


Andrew Conigliaro
517 Indian Peaks Trail W
Lafayette, CO 80026


Bell Techlogix, Inc.
PO Box 823342
Philadelphia, PA 19182


Blue Oak Energy
Attn: Christine
4614 Second Street, Ste 4
Davis, CA 95618


Brian Clark
PO Box 856
Hilo, HI 96721


Brown & Brown of Colorado Inc.
1660 S Albion St, #525
Denver, CO 80222


Brown McCarroll LLP
111 Congress Ave, Ste 1400
Austin, TX 78701
Attn: Gina Lendway

Byron Walker
7587 Lupine Court
Arvada, CO 80007


Cahill, O'Kelly & Associates
4810 Riverbend Rd
Boulder, CO 803001


Canadian Solar USA Inc.
Attn: David Koo
12657 Alcosta Blvd, Ste 140
San Ramon, CA 94583


CED
Attn: Monica
PO Box 9599
Denver, CO 80209


Christie Engineering PC
Attn: Jeffrey Bravstein
211 Somerville Rd
Bedminster, NJ 07921


Cintas
PO Box 636525
Cincinnati, OH 45263-6525


City and County of Denver
Treasury Div, Wellington Webb Bldg
201 W. Colfax Ave
Denver CO   80202


City of Boulder Sales/Use Tax Division
PO Box 791
Boulder CO   80306


City of Louisville
Sales & Use Tax Division
749 Main St
Louisville, CO 80027

City of Westminster
Sales Tax Division
4800 W 92nd Ave
Westminster, CO 80031


CMC, Inc.
1115 Des Moines
Loveland, CO 80537


Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261


Conergy Inc.
2480 W 26th Ave, #26B
Denver, CO 80211
Attn: Ida Armijo


Copper State Bolt & Nut co.
3622 N 34th Ave
Phoenix, AZ 85017


D&D Roofing, Inc.
6270 E 50th Ave
Commerce City, CO 80022


Dex East
PO box 78041
Phoenix, AZ 85062


DPW Solar Corporation
4000 B Vassar Drive
NE Albuquerque, NM 87107


Duffy, Dolcy, McManus & Roesch, PA
Attn: Peter J. Dolcy
634 Lost Pine Way
Galloway, NJ 08205

Ehrnhardt, Keefe, Steiner, Hottman, PC
Attn: Andrea Olson
7979 E. Tufts Avenue Suite 400
Denver, CO 80237


Enviromental Technology, Inc.
Attn: David Krueger
PO Box 50
Chester, NJ 07930


Fastenal Company
PO Box 1286
Winona, MN 55987-1286


Focused Energy, Inc.
1730 Camino Carlos Rey, Ste 201
Santa Fe, NM 87507


Grainger
Dept 856725858
PO Box 419267
Kansas City, MO 64141-6267


Greg Kielian
4763 Sylia Lane
Erie, CO 80516


Gro Solar
PO box 6144
Brattleboro, VT 05302-6144


Hensley Kim & Holzer, LLC
Attn: Tish Parker
1660 Lincoln Street, Suite 3000
Denver, CO 80264


Holland & Hart, LLP
Attn: Paula
555 17th Street, #3200
Denver, CO 80202

Holme Roberts & Owen, LLP
Attn: Myma Rose
1700 Lincoln Street, #4100
Denver, CO 80203


Home Depot
Dept 32-2505144794
PO Box 6031
The Lakes, NV 88901-6031


Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326


Jefferson County
100 Jefferson County Parkway
Golden CO   80419


Joe Callahan
3297 Walnut Street
Boulder, CO 80301-2555


John Meyer
1440 Patton Drive
Boulder, CO 80303


Joseph Mann & Creed
20600 Chagrin Blvd., Suite 550
Shaker Heights, OH 44122-5340


Kamlet Reichert, LLP
Attn: Mike Pardun's Personal Attorney
1515 Arapahoe Street, Tower 1
Suite 1600
Denver, CO 80202

Larry Davis
2996 Bald Mountain Rd.
Central City, CO 80427


Loris and Associates, Inc.
Attn: Peter Loris
2585 Trail Ridge Drive East
Lafayette, CO 80026


MonMouth Telecom
PO Box 8656
Red Bank, NJ 07701


Morgan Lewis & Bockius, LLP
Attn: Kenneth M. Kulak
1701 Market Street
Philadelphia, PA 19103


Morrell Printing
990 S Public Rd Unit C
Lafayette, CO 80026


NABCEP Professional Testing, Inc.
7680 Universal Rd, Ste 300
Orlando, FL 32819


Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, DC 20530-0001


Office of the Attorney General
State of Colorado
1525 Sherman Street
7th Floor
Denver, CO 80203


Office of the US Attorney
District of Colorado
1225 Seventeenth Street
Suite 700
Denver, CO 80202-5598

Olympic Metals, Inc.
5775 Monaco Street
Commerce City, CO 80022


PanelClaw Inc.
21 High Street. #209
North Andover, MA 01845


PES Associates, Inc.
Attn: Pat Segedin
PO Box 271
Norwood, NJ 07648


Peter Gaal
50 Wagner Circle
Boulder, CO 80303


Pfosi and Sons LLC
1160 Nottingham Street
Lafayette, CO 80026
Attn: Eric Pfosi


PIP
673 30th Street
Boulder, CO 80303


Pitney Bowes
PO Box 856042
Louisville, KY 40285-6042


PJM Interconnection
Attn: Marie Lassiter
955 Jefferson Ave Valley Forge Corp Cntr
Norristown, PA  19403-2497


Platts
PO Box 848093
Dallas, TX 75284-8093

Preferred Safety Products, Inc.
4785 Elati Street, Ste 15
Denver, CO 80216


Qwest
PO Box 29040
Phoenix, AZ 85038-9040


Rich Filipek
1004 Plateau Rd
Longmont, CO 80504


Rocky Mountain Blueprint
2460 30th Street
Boulder, CO 80301


Russ Schnell
4865 Lee Circle
Boulder, CO 80303


Saiber, LLC
Attn: Morton Goldfein
One Gateway Center 13th Floor
Newark, NJ 07102-5311


Schafer & Co LLC
2525 W Barbarry Place
Denver, CO 80204
Attn: Jim Schafer


Schletter, Inc.
Attn: Angelika Kraus
2520 N Jackrabbit Ave
Tucson, AZ 85745


Siliken Renewable Energy
5901 Priestly Drive, Ste 170
Carlsbad, CA 92008
Attn: Erin Brooks

Solar Solutions and Distribution, LLC
700 W 48th Ave, Unit S
Denver, CO 80216


Soul R Lite
1341 Carnation Circle
Longmont, CO 80503


Spinnaker Management Group
231 Milwaukee St, #200
Denver, CO 80206-5000
Attn: Jeff Jorgensen


State of Colorado
Division of Securities
1560 Broadway
Suite 900
Denver, CO 80202-5150


Steve Bauhs
130 Huron Court
Boulder, CO  80303


SunPower Corporation
Attn: Evan Papaduke
3939 N First Street
San Jose, CA 95134


SunWize Technologies, Inc.
1155 Flatbush Rd
Kingston, NY 12401


Technology Credit Corporation
Attn: Scott Hawkins


The Hartford
PO Box 2907
Hartford, CT 06104-2907

Thompson Technology Industries
20 Leveroni Court
Novato, CA 94949


Triad Consulting Engineers, Inc.
Attn: JoAnn Quinn
2740 Route 10 West
Morrins Plains, NJ 07950


Van Dalen Brower, LLC
156 W State Street, Ste 101
Trenton, NJ 08605-1100


Vectra Bank Colorado, NA
Special Assets Department
1650 S Colorado Blvd, 3rd Floor
Denver, CO 80222


Western Disposal Services
Dept 52
Denver, CO 80281-0052


Winlectric Company
480 E 76th Ave, Buidling 5
Unit C1
Denver, CO 80229-6215


Wnrhardt, Keefe, Steiner, Hottman, PC
7979 E Tufts Ave, Ste 400
Denver, CO 80237


Xcel Energy
PO Box 840
Denver, CO 80201


Zoom Logistics, Inc.
2 Threadneedle Alley
Newburyport, MA  01950