B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Colorado

In re **Simple Solar Systems, LLC**
Debtor

Case No. _____
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Canadian Solar USA Inc. Attn: David Koo 12657 Alcosta Blvd, Ste 140 San Ramon, CA 94583 | Attn: David Koo 925-866-2700 Canadian Solar USA Inc. Attn: David Koo 12657 Alcosta Blvd, Ste 140 San Ramon, CA 94583 | Vendor Trade Debt | | $478,448.00 |
| Technology Credit Corporation Attn: Scott Hawkins | Attn: Scott Hawkins 408-436-8645 Technology Credit Corporation Attn: Scott Hawkins | Vendor Trade Debt | | $442,278.00 |
| SunPower Corporation Attn: Evan Papaduke 3939 N First Street San Jose, CA 95134 | Attn: Evan Papaduke 510-439-4633 SunPower Corporation Attn: Evan Papaduke 3939 N First Street San Jose, CA 95134 | Vendor Trade Debt | | $257,784.84 |
| John Meyer 1440 Patton Drive Boulder, CO 80303 | John Meyer  John Meyer 1440 Patton Drive Boulder, CO 80303 | Notes Payable | | $195,039.27 |
| Siliken Renewable Energy 5901 Priestly Drive, Ste 170 Carlsbad, CA 92008 Attn: Erin Brooks | | | | $142,987.10 |
| Gro Solar PO box 6144 Brattleboro, VT 05302-6144 | Gro Solar  Gro Solar PO box 6144 Brattleboro, VT 05302-6144 | Vendor Trade Debt | | $84,307.63 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Simple Solar Systems, LLC**, Debtor

Case No. _____

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Holland & Hart, LLP<br>Attn: Paula<br>555 17th Street, #3200<br>Denver, CO 80202 | Attn: Paula<br>303-295-8456<br>Holland & Hart, LLP<br>Attn: Paula<br>555 17th Street, #3200<br>Denver, CO 80202 | Legal Fees | | $78,348.73 |
| Saiber, LLC<br>Attn: Morton Goldfein<br>One Gateway Center 13th Floor<br>Newark, NJ 07102-5311 | Attn: Morton Goldfein<br>973-622-3333<br>Saiber, LLC<br>Attn: Morton Goldfein<br>One Gateway Center 13th Floor<br>Newark, NJ 07102-5311 | Vendor Trade Debt | | $75,988.00 |
| Steve Bauhs<br>130 Huron Court<br>Boulder, CO 80303 | Steve Bauhs<br>720-271-6891<br>Steve Bauhs<br>130 Huron Court<br>Boulder, CO 80303 | Vendor Trade Debt | | $69,071.96 |
| Blue Oak Energy<br>Attn: Christine<br>4614 Second Street, Ste 4<br>Davis, CA 95618 | Attn: Christine<br>530-747-2026<br>Blue Oak Energy<br>Attn: Christine<br>4614 Second Street, Ste 4<br>Davis, CA 95618 | Vendor Trade Debt | | $45,000.00 |
| PES Associates, Inc.<br>Attn: Pat Segedin<br>PO Box 271<br>Norwood, NJ 07648 | Attn: Pat Segedin<br>201-767-3992<br>PES Associates, Inc.<br>Attn: Pat Segedin<br>PO Box 271<br>Norwood, NJ 07648 | Vendor Trade Debt | | $38,321.14 |
| Triad Consulting Engineers, Inc.<br>Attn: JoAnn Quinn<br>2740 Route 10 West<br>Morrins Plains, NJ 07950 | Attn: JoAnn Quinn<br>973-984-1919<br>Triad Consulting Engineers, Inc.<br>Attn: JoAnn Quinn<br>2740 Route 10 West<br>Morrins Plains, NJ 07950 | Vendor Trade Debt | | $31,561.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Simple Solar Systems, LLC**                                                                 , Case No. _____
                                    Debtor                                                            Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Duffy, Dolcy, McManus & Roesch, PA<br>Attn: Peter J. Dolcy<br>634 Lost Pine Way<br>Galloway, NJ 08205 | Attn: Peter J. Dolcy<br>609-652-0105<br>Duffy, Dolcy, McManus & Roesch, PA<br>Attn: Peter J. Dolcy<br>634 Lost Pine Way<br>Galloway, NJ 08205 | Legal Fees | | $30,617.11 |
| Solar Solutions and Distribution, LLC<br>700 W 48th Ave, Unit S<br>Denver, CO 80216 | Solar Solutions and Distribution, LLC<br>303-948-6300<br>Solar Solutions and Distribution, LLC<br>700 W 48th Ave, Unit S<br>Denver, CO 80216 | Vendor Trade Debt | | $27,615.00 |
| AEE Solar<br>775 Fiero Lane, Ste 200<br>San Luis Obispo, CA 93401<br>Attn: John Wieneki | Attn: John Wieneki<br>707-923-2277<br>AEE Solar<br>775 Fiero Lane, Ste 200<br>San Luis Obispo, CA 93401<br>Attn: John Wieneki | Vendor Trade Debt | | $25,156.20 |
| Morgan Lewis & Bockius, LLP<br>Attn: Kenneth M. Kulak<br>1701 Market Street<br>Philadelphia, PA 19103 | Attn: Kenneth M. Kulak<br>215-963-5384<br>Morgan Lewis & Bockius, LLP<br>Attn: Kenneth M. Kulak<br>1701 Market Street<br>Philadelphia, PA 19103 | Legal Fees | | $22,492.28 |
| Van Dalen Brower, LLC<br>156 W State Street, Ste 101<br>Trenton, NJ 08605-1100 | Van Dalen Brower, LLC<br>609-656-9449<br>Van Dalen Brower, LLC<br>156 W State Street, Ste 101<br>Trenton, NJ 08605-1100 | Legal Fees | | $19,140.00 |
| Holme Roberts & Owen, LLP<br>Attn: Myma Rose<br>1700 Lincoln Street, #4100<br>Denver, CO 80203 | Attn: Myma Rose<br>303-417-8535<br>Holme Roberts & Owen, LLP<br>Attn: Myma Rose<br>1700 Lincoln Street, #4100<br>Denver, CO 80203 | Legal Fees | | $17,660.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **Simple Solar Systems, LLC**
            Debtor

Case No. _____
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| The Hartford<br>PO Box 2907<br>Hartford, CT 06104-2907 | | Accrued Workers Compensation | | $16,000.00 |
| Conergy Inc.<br>2480 W 26th Ave, #26B<br>Denver, CO 80211<br>Attn: Ida Armijo | Attn: Ida Armijo<br>720-305-0722<br>Conergy Inc.<br>2480 W 26th Ave, #26B<br>Denver, CO 80211<br>Attn: Ida Armijo | Vendor Trade Debt | | $14,628.29 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Joe Callahan, Managing Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 5-13-10          Signature: _____

Joe Callahan, Managing Member
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.