# United States Bankruptcy Court
## District of Colorado

In re: **Simple Solar Systems, LLC**　　　　　　　　　　　　　　　Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| Joe Callahan<br>3297 Walnut Street<br>Boulder, CO 80301 | | | 92% |
| Patricia Callahan<br>401 69th Street<br>Kenosha, WI 53140 | | | 8% |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Joe Callahan, Managing Member of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 5-13-10　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Joe Callahan, Managing Member, Simple Solar Systems, LLC

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

List of Equity Security Holders - Page 1