UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Simple Solar Solutions, LLC | ) | Case No. 10-21850 SBB |
| | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

**UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES**

    The United States Trustee ("UST") by and through undersigned counsel, files this entry of appearance and request for notices. Pursuant to Fed. R. Bankr. P. 9034(k), the UST requests that all pleadings and notices filed in this case be served on the UST at the address set forth below.

Dated:  May 14, 2010

Respectfully submitted,

CHARLES F. MCVAY
UNITED STATES TRUSTEE

/s/ Alan K. Motes
By: Alan K. Motes, Esq. #33997
Trial Attorney for the U. S. Trustee
999 18th Street, Suite 1551
Denver, CO 80202
(303) 312-7238
(303) 312-7259 fax
Alan.Motes@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on the date set forth below a copy of the **UNITED STATES TRUSTEE'S ENTRY OF APPEARANCE AND REQUEST FOR NOTICES** was served by deposit in the United States Mail, postage prepaid to the following parties:

Dated: May 14, 2010

Simple Solar Solutions, LLC
3297 Walnut Street
Boulder, CO 80301

Jeffrey S. Brinen
303 E 17th Ave.
Ste. 500
Denver, CO 80203

             /s/ Nicole Nagler
             Office of the United States Trustee