**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SIMPLE SOLAR SYSTEMS, LLC | ) | CASE NO. 10-21850-SBB |
| | ) | |
| | ) | |

**ENTRY OF APPEARANCE, REQUEST FOR NOTICES**
**AND RESERVATION OF RIGHTS**

      Pursuant to Rules 9010 and 2002(g), Fed. R. Bankr. P., the undersigned hereby enter their appearance on behalf of **SunPower Corporation** ("SunPower"), as creditor and party-in-interest herein, and request that copies of all notices, pleadings, motions, applications, responses, objections, financial reports, schedules, statements of affairs and other documents filed and/or served in this case be sent to or served upon:

Robert A. Trodella, Jr., Esq.
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: 415.875.5888
Telefacsimile: 415.875.5700
E-Mail: rtrodella@jonesday.com

and

Lawrence Bass, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203-4532
Telephone: 303.607-3500
Facsimile: 303.607-3600
E-Mail: lbass@faegre.com

      Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive any rights, including: (i) SunPower's right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) SunPower's right to a jury trial in any proceeding; (iii) SunPower's right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal or abstention; or (iv) any other rights, claims, actions, defenses, reclamations, setoffs, or recoupments to which SunPower is or may be entitled under any agreements, in law or in equity, all of which rights, claims, actions, defenses, reclamations, setoffs, and recoupments SunPower expressly reserves.

SunPower does not, by this Entry of Appearance, Request for Notice and Reservation of Rights, submit to the jurisdiction of this Court or any other Court in this case.

Dated this 25th day of May, 2010.

                    FAEGRE & BENSON LLP

                    By:    /s/ Lawrence Bass
                         Lawrence Bass (#29702)
                         3200 Wells Fargo Center
                         1700 Lincoln Street
                         Denver, CO  80203-4532
                         Telephone: (303) 607-3500
                         Facsimile: (303) 607-3600
                         lbass@faegre.com

                  Attorneys for SunPower Corporation

CERTIFICATE OF SERVICE

    This is to certify that on this 25th day of May, 2010, a true and correct copy of ENTRY OF APPEARANCE, REQUEST FOR NOTICES AND RESERVATION OF RIGHTS was served via ECF electronic filing to the following

Jeffrey S. Brinen, Esq.
303 E. 17th Ave., Suite 500
Denver, CO 80203

Alan K. Motes
United States Trustee
999 18th St., Suite 1551
Denver, CO 80202

                                            /s/ Carole L. Wilds