B7 (Official Form 7) (4/10)

### UNITED STATES BANKRUPTCY COURT
### District of Colorado

In re:  **Simple Solar Systems, LLC**

Debtor

Case No. **10-21850-SBB**

(If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 2,776,523.00 | **Gross Income** | **2008** |
| 3,899,783.00 | **Gross Income** | **2009** |
| 1,774,334.00 | **Gross Income** | **2010 YTD** |

### 2.  Income other than from employment or operation of business

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

2

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attached Exhibit 3(b)** | | | |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Brian Clark v. Simple Solar** | Employee Dispute | **Boulder County District Court Boulder, CO** | Pending |
| **Blue Oak v. Simple Solar** | Civil - Arbitration | **JAMS Sacramento, CO** | Initiated |
| **Spinnaker Management Group, LLC v. Simple Solar Systems, LLC** | Civil | **Boulder County District Court Boulder, CO** | Pending |

None
☑

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

SIMPLE SOLAR
Schedule of Creditor Payments Totaling $5,850 or More
For the 90-day Period Prior to 5/13/10

## Accountemps
### File 73484, PO Box 60000, San Francisco, CA  94160-3484

| Date | Ck Number | Paid Amount | |
|---|---|---|---|
| 04/13/2010 | c152500358 | -1,354.50 | |
| 04/22/2010 | 6446 | -756.00 | |
| 05/07/2010 | ACH | -1,167.44 | |
| 05/10/2010 | ACH | -3,291.52 | |
| 05/11/2010 | ACH | -3,291.52 | Remaining Balance |
| | | -9,860.98 | 0.00 |

## AEE Solar
### 775 Fiero Lane, Suite 200, San Luis Obispo, CA 93401

| Date | Ck Number | Paid Amount | |
|---|---|---|---|
| 03/06/2010 | WIRE | -16,616.10 | |
| 03/12/2010 | 6289 | -1,885.90 | |
| 03/19/2010 | 6336 | -1,800.00 | |
| 03/25/2010 | ACH | -34,372.07 | |
| 04/13/2010 | C152500366 | -370.19 | |
| 05/13/2010 | C152500449 | -26.05 | Remaining Balance |
| | | -55,070.31 | 25,156.20 |

## Anchor Engineering, Inc
### 3611 Blake St, Denver, CO  80205

| Date | Ck Number | Paid Amount | |
|---|---|---|---|
| 02/19/2010 | 6202 | -1,000.00 | |
| 03/05/2010 | 6255 | -1,050.00 | |
| 03/12/2010 | 6291 | -1,000.00 | |
| 03/19/2010 | 6338 | -2,800.00 | |
| 03/26/2010 | 6381 | -2,000.00 | |
| 04/02/2010 | 6392 | -2,211.52 | |
| 04/16/2010 | 6439 | -1,210.00 | |
| 04/28/2010 | 6464 | -1,150.00 | |
| 05/05/2010 | 6500 | -1,977.00 | |
| 05/13/2010 | c152500450 | -5,758.45 | Remaining Balance |
| | | -20,156.97 | 1,869.80 |

## Brown & Brown of Colorado, Inc.
### 1660 S. Albion Street #525, Denver, CO  80222

| Date | Num | Paid Amount | |
|---|---|---|---|
| 03/03/2010 | 6249 | -7,317.00 | |
| | | -7,317.00 | Remaining Balance |
| | | | 0.00 |

## Canadian Solar USA Inc.
### 12657 Alcosta Blvd. Suite 140, San Ramon, CA 94583

| | | | |
|---|---|---|---|
| 04/02/2010 | 6395 | -10,000.00 | Remaining Balance |
| | | -10,000.00 | 478,448.00 |

Ex 3(b)

SIMPLE SOLAR
Schedule of Creditor Payments Totaling $5,850 or More
For the 90-day Period Prior to 5/13/10

## Century Trucks & Vans
## 1220 East Main Street, Grand Prairie, TX 75050-5922

| Date | Num | Paid Amount | | |
|------|-----|-------------|--|--|
| 02/15/2010 | DC | -5,220.55 | | |
| 04/08/2010 | dc | -1,000.00 | | |
| 04/08/2010 | dc | -250.00 | | |
| 04/09/2010 | dc | -250.00 | Remaining Balance | |
| | | **-6,720.55** | | **0.00** |

## City of Boulder
## Dept 1128, Denver, CO 80263-1128

| Date | Num | Paid Amount | | |
|------|-----|-------------|--|--|
| 02/21/2010 | 6227 | -1,333.68 | | |
| 03/09/2010 | dc | -1.25 | | |
| 03/09/2010 | dc | -178.55 | | |
| 03/22/2010 | 6362 | -1,537.25 | | |
| 03/22/2010 | dc | -1.25 | | |
| 03/22/2010 | dc | -165.72 | | |
| 03/29/2010 | dc | -1.25 | | |
| 03/29/2010 | dc | -160.60 | | |
| 03/29/2010 | dc | -1.25 | | |
| 03/29/2010 | dc | -1.25 | | |
| 04/06/2010 | dc | -155.73 | | |
| 04/06/2010 | dc | -1.25 | | |
| 04/19/2010 | 6441 | -4,035.64 | | |
| 04/22/2010 | dc | -1.25 | | |
| 04/22/2010 | dc | -976.66 | | |
| 04/28/2010 | dc | -1.25 | | |
| 04/28/2010 | dc | -147.78 | | |
| 04/29/2010 | dc | -1.25 | | |
| 05/05/2010 | dc | -129.18 | | |
| 05/05/2010 | dc | -2.50 | | |
| 05/10/2010 | dc | -1.75 | | |
| 05/13/2010 | c152500453 | -50.00 | | |
| 05/13/2010 | c152500471 | -985.62 | Remaining Balance | |
| | | **-9,871.91** | | **0.00** |

## Conergy, Inc
## 2480 West 26th Ave #26B, Denver, CO 80211

| Date | Num | Paid Amount | | |
|------|-----|-------------|--|--|
| 03/05/2010 | WIRE | -52,000.00 | | |
| 03/16/2010 | WIRE | -10,000.00 | | |
| 03/26/2010 | Wire | -15,500.00 | | |
| 03/31/2010 | WIRE | -50,348.43 | | |
| 04/16/2010 | WIRE | -33,695.38 | | |
| 04/28/2010 | ACH | -15,394.95 | | |
| 05/06/2010 | ACH | -51,702.11 | Remaining Balance | |
| | | **-228,640.87** | | **24,771.75** |

## Copper State Bolt & Nut Co.
## 3622 N. 34th Ave, Phoenix, AZ 85017

| Date | Num | Paid Amount |
|------|-----|-------------|

SIMPLE SOLAR
Schedule of Creditor Payments Totaling $5,850 or More
For the 90-day Period Prior to 5/13/10

| Date | Num | Paid Amount | |
|---|---|---|---|
| 04/13/2010 | c152500370 | -5,445.14 | |
| 05/13/2010 | c152500454 | -820.31 | Remaining Balance |
| | | -6,265.45 | 0.00 |

## eGauge Systems, LLC
**1935 Stony Hill Road, Boulder, CO 80305**

| Date | Num | Paid Amount | |
|---|---|---|---|
| 02/19/2010 | 6209 | -400.00 | |
| 02/22/2010 | 6229 | -2,947.65 | |
| 03/12/2010 | 6300 | -400.00 | |
| 03/19/2010 | 6344 | -1,447.35 | |
| 04/02/2010 | 6403 | -1,359.95 | |
| 04/13/2010 | 6434 | -5,745.29 | |
| 05/13/2010 | c152500455 | -286.75 | Remaining Balance |
| | | -12,586.99 | 0.00 |

## The Hartford
**P.O. Box 2907, Hartford, CT 06104-2907**

| Date | Num | Paid Amount | |
|---|---|---|---|
| 03/12/2010 | 6307 | -3,236.67 | |
| 04/23/2010 | 6450 | -2,267.67 | |
| 05/13/2010 | c152500456 | -2,967.47 | Remaining Balance |
| | | -8,471.81 | 16,436.31 (Est/Accrued) |

## Home Depot Credit Services
**Dept. 32-2505144794**
**P.O. Box 6031, The Lakes, NV 88901-6031**

| Date | Num | Paid Amount |
|---|---|---|
| 02/15/2010 | dc | -11.77 |
| 02/16/2010 | dc | -11.98 |
| 02/16/2010 | DC | -36.72 |
| 02/17/2010 | dc | -64.73 |
| 02/17/2010 | dc | -180.99 |
| 02/18/2010 | dc | -60.40 |
| 02/19/2010 | 6214 | -669.40 |
| 02/23/2010 | DC | -93.99 |
| 02/24/2010 | DC | -147.92 |
| 02/24/2010 | DC | -16.35 |
| 02/24/2010 | DC | -28.84 |
| 02/26/2010 | dc | -529.49 |
| 02/27/2010 | DC | -13.90 |
| 02/27/2010 | DC | -19.51 |
| 03/01/2010 | dc | -23.63 |
| 03/01/2010 | dc | -22.44 |
| 03/02/2010 | dc | -65.56 |
| 03/03/2010 | dc | -47.59 |
| 03/08/2010 | dc | -73.15 |
| 03/08/2010 | dc | -25.21 |
| 03/08/2010 | dc | -35.15 |
| 03/08/2010 | dc | -36.16 |
| 03/09/2010 | dc | -126.11 |
| 03/09/2010 | dc | -16.19 |

SIMPLE SOLAR

Schedule of Creditor Payments Totaling $5,850 or More
For the 90-day Period Prior to 5/13/10

| 03/11/2010 | dc | -11.24 |
| 03/12/2010 | dc | -123.74 |
| 03/15/2010 | dc | -214.97 |
| 03/15/2010 | dc | -30.18 |
| 03/15/2010 | dc | -277.04 |
| 03/16/2010 | dc | -13.49 |
| 03/18/2010 | dc | -26.10 |
| 03/19/2010 | 6334 | -1,286.87 |
| 03/20/2010 | dc | -37.79 |
| 03/21/2010 | dc | -19.86 |
| 03/24/2010 | dc | -70.64 |
| 03/25/2010 | dc | -436.81 |
| 03/25/2010 | dc | -60.40 |
| 03/26/2010 | dc | -65.37 |
| 03/27/2010 | dc | -23.47 |
| 03/29/2010 | dc | -13.13 |
| 03/30/2010 | dc | -7.00 |
| 03/30/2010 | dc | -10.30 |
| 04/01/2010 | dc | -7.44 |
| 04/01/2010 | dc | -5.40 |
| 04/03/2010 | dc | -127.48 |
| 04/04/2010 | dc | -8.37 |
| 04/04/2010 | dc | -298.50 |
| 04/05/2010 | dc | -21.66 |
| 04/05/2010 | dc | -691.22 |
| 04/06/2010 | dc | -20.20 |
| 04/07/2010 | dc | -49.69 |
| 04/08/2010 | dc | -188.28 |
| 04/08/2010 | dc | -321.91 |
| 04/13/2010 | dc | -50.18 |
| 04/13/2010 | dc | -53.99 |
| 04/15/2010 | dc | -43.84 |
| 04/16/2010 | dc | -17.98 |
| 04/20/2010 | dc | -26.34 |
| 04/20/2010 | dc | -42.17 |
| 04/20/2010 | dc | -67.85 |
| 04/23/2010 | 6452 | -237.59 |
| 04/27/2010 | dc | -33.26 |
| 04/27/2010 | dc | -8.07 |
| 04/29/2010 | dc | -18.67 |
| 04/30/2010 | dc | -102.91 |
| 05/03/2010 | dc | -9.96 |
| 05/03/2010 | dc | -26.04 |
| 05/03/2010 | dc | -15.73 |
| 05/03/2010 | dc | -127.37 |
| 05/10/2010 | dc | -21.60 | Remaining Balance |
| | | -7,729.28 | 734.26 |

## Kreizel/Perry Partnership, LLP
## c/o Freeman Myre, Inc.
## 6800 N. 79th St., Suite, Niwot, CO 80503

| Date | Num | Paid Amount | |
| --- | --- | --- | --- |
| 03/01/2010 | 6244 | -5,267.13 | |
| 04/02/2010 | 6411 | -5,192.13 | |
| 05/02/2010 | 6492 | -5,192.13 | Remaining Balance |
| | | -15,651.39 | 0.00 |

SIMPLE SOLAR

Schedule of Creditor Payments Totaling $5,850 or More
For the 90-day Period Prior to 5/13/10

## Morrell Printing
## 990 S. Public Road, Unit C, Lafayette, CO 80026

| Date | Num | Paid Amount | |
|---|---|---|---|
| 02/18/2010 | 6172 | -1,388.28 | |
| 02/19/2010 | 6217 | -600.00 | |
| 03/02/2010 | 6248 | -3,000.00 | |
| 03/15/2010 | 6325 | -1,980.20 | |
| 03/25/2010 | 6373 | -1,290.63 | |
| 03/30/2010 | 6378 | -1,692.87 | |
| 04/07/2010 | 6432 | -4,376.45 | |
| 04/14/2010 | 6437 | -5,472.98 | Remaining Balance |
| | | **-19,801.41** | **0.00** |

## ONTILITY
## 3403 N. Sam Houston Parkway W., Suite 300, Houston, TX 77086

| Date | Num | Paid Amount | |
|---|---|---|---|
| 04/29/2010 | WIRE | -25,840.00 | |
| 05/13/2010 | C152500461 | -581.30 | Remaining Balance |
| | | **-26,421.30** | **0.00** |

## Romer, Sheldon
## 303 Deer Trail Road, Boulder, CO 80302

| Date | Num | Paid Amount | |
|---|---|---|---|
| 02/19/2010 | 6222 | -2,175.00 | |
| 02/26/2010 | 6239 | -2,100.00 | |
| 03/05/2010 | 6265 | -2,025.00 | |
| 03/12/2010 | 6316 | -1,900.00 | |
| 03/19/2010 | 6329 | -1,425.00 | |
| 03/26/2010 | 6389 | -1,175.00 | |
| 04/02/2010 | 6415 | -2,325.00 | |
| 04/05/2010 | 6430 | -1,850.00 | |
| 04/05/2010 | 6431 | -400.00 | Remaining Balance |
| | | **-15,375.00** | **0.00** |

## SDE Solar
## 2616 West Main St. Suite D, Medford, OR 97501-2407

| Date | Num | Paid Amount | |
|---|---|---|---|
| 04/21/2010 | WIRE | -22,209.99 | |
| 04/29/2010 | WIRE | -19,460.00 | Remaining Balance |
| | | **-41,669.99** | **0.00** |

## Siliken Renewable Energy
## 5901 Priestly Drive, Ste 170, Carlsbad, CA 92008

| Date | Num | Paid Amount | |
|---|---|---|---|
| 03/18/2010 | ACH | -2,660.63 | |
| 04/16/2010 | WIRE | -14,285.59 | |
| 05/06/2010 | WIRE | -40,635.00 | Remaining Balance |
| | | **-57,581.22** | **142,987.10** |

## SunPower Corporation

SIMPLE SOLAR

Schedule of Creditor Payments Totaling $5,850 or More
For the 90-day Period Prior to 5/13/10

### 3939 North First Street, San Jose, CA 95134

| Date | Num | Paid Amount | |
|------|-----|-------------|---|
| 02/19/2010 | Wire | -13,867.00 | |
| 02/19/2010 | WIRE | -10,000.00 | |
| 02/26/2010 | WIRE | -10,000.00 | |
| 03/05/2010 | WIRE | -10,000.00 | |
| 03/05/2010 | WIRE | -28,708.00 | |
| 03/12/2010 | WIRE | -10,000.00 | |
| 03/15/2010 | ACH | -34,969.20 | |
| 03/19/2010 | WIRE | -10,000.00 | |
| 04/02/2010 | Wire | -70,000.00 | |
| 04/23/2010 | WIRE | -7,500.00 | |
| 04/28/2010 | WIRE | -31,456.69 | |
| 04/30/2010 | WIRE | -7,500.00 | |
| 05/07/2010 | WIRE | -7,500.00 | Remaining Balance |
| | | -251,500.89 | 305,414.14 |

### Technology Credit Corporation
### 919 The Alameda, San Jose, CA 95126

| Date | Num | Paid Amount | |
|------|-----|-------------|---|
| 02/19/2010 | WIRE | -10,000.00 | |
| 02/26/2010 | WIRE | -10,000.00 | |
| 03/04/2010 | WIRE | -13,800.00 | |
| 03/12/2010 | WIRE | -10,000.00 | |
| 03/19/2010 | WIRE | -10,000.00 | |
| 04/01/2010 | WIRE | -15,000.00 | Remaining Balance |
| | | -68,800.00 | 442,278.00 |

### Thompson Technology Industries
### 20 Leveroni Court, Novato, CA 94949

| Date | Num | Paid Amount | |
|------|-----|-------------|---|
| 02/19/2010 | 6225 | -750.00 | |
| 03/05/2010 | 6267 | -300.00 | |
| 03/12/2010 | 6320 | -750.00 | |
| 03/19/2010 | 6359 | -1,250.00 | |
| 04/02/2010 | 6419 | -5,701.20 | |
| 04/28/2010 | 6486 | -5,573.33 | |
| 05/13/2010 | c1520500479 | -5,772.00 | Remaining Balance |
| | | -20,096.53 | 0.00 |

### Vectra Bank Colorado
### Commercial Loan Pmt Processing
### PO Box 5160, Denver, CO  80217-5160

| Date | Num | Paid Amount | |
|------|-----|-------------|---|
| 03/12/2010 | 6321 | -4,248.86 | |
| 04/23/2010 | 6455 | -4,248.86 | Remaining Balance |
| | | -8,497.72 | 234,746.81   (Principal) |

### Winlectric Co.
### 480E. 76th Avenue, Building 5, Unit C1, Denver, CO 80229-6215

| Date | Num | Paid Amount |
|------|-----|-------------|

SIMPLE SOLAR

Schedule of Creditor Payments Totaling $5,850 or More
For the 90-day Period Prior to 5/13/10

| Date | Num | | |
|------|-----|--|--|
| 03/05/2010 | 6269 | -3,019.38 | |
| 03/12/2010 | 6323 | -3,019.41 | |
| 03/19/2010 | 6332 | -3,578.99 | |
| 03/19/2010 | 6333 | -11,184.95 | |
| 03/26/2010 | 6390 | -1,256.74 | |
| 04/02/2010 | 6420 | -10,125.92 | |
| 04/28/2010 | 6487 | -8,373.38 | |
| 05/05/2010 | 6513 | -8,808.67 | |
| 05/13/2010 | C152500465 | -1,418.47 | **Remaining Balance** |
| | | **-50,785.91** | **15,036.38** |

## Xcel Energy
## P.O. Box 840, Denver, CO 80201

| Date | Num | Paid Amount | |
|------|-----|-------------|--|
| 02/16/2010 | 6171 | -250.00 | |
| 02/19/2010 | 6174 | -250.00 | |
| 02/19/2010 | 6226 | -470.47 | |
| 02/24/2010 | 6232 | -500.00 | |
| 02/25/2010 | 6233 | -250.00 | |
| 02/25/2010 | 6235 | -250.00 | |
| 02/26/2010 | 6236 | -250.00 | |
| 03/17/2010 | 6327 | -250.00 | |
| 03/19/2010 | 6360 | -497.86 | |
| 03/19/2010 | 6331 | -250.00 | |
| 03/25/2010 | 6367 | -250.00 | |
| 03/25/2010 | 6369 | -250.00 | |
| 04/05/2010 | 6423 | -250.00 | |
| 04/06/2010 | 6425 | -250.00 | |
| 04/13/2010 | C152500381 | -390.26 | |
| 04/19/2010 | 6440 | -250.00 | |
| 05/05/2010 | 6514 | -723.85 | |
| 05/05/2010 | 152500425 | -250.00 | |
| 05/05/2010 | 152500426 | -250.00 | |
| 05/06/2010 | 152500429 | -500.00 | |
| 05/06/2010 | 152500430 | -500.00 | |
| 05/06/2010 | 152500431 | -250.00 | |
| 05/06/2010 | 152500432 | -250.00 | |
| 05/13/2010 | 152500466 | -355.17 | |
| 05/13/2010 | 152500467 | -250.00 | |
| 05/13/2010 | 152500468 | -250.00 | |
| 05/13/2010 | 152500469 | -250.00 | |
| 05/13/2010 | 152500470 | -250.00 | |
| 05/13/2010 | 152500481 | -250.00 | |
| 05/13/2010 | 152500482 | -250.00 | **Remaining Balance** |
| | | **-9,437.61** | **0.00** |

3

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Center for Resource Conservation 2639 Spruce Street Boulder, CO 80302** | **None** | **7/17/09** | **Solar Week Sponsorship $2,500 (marketing expense)** |
| **Childrens Hospital 13123 E 16th Ave Aurora, CO 80045** | **None** | **7/22/09** | **2009 Courage Classic $300** |

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

## 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Kutner Miller Brinen, PC<br>303 E 17th Ave, Suite 500<br>Denver, CO 80203 | 4/15/10 | $32,346 (includes filing fee) |

## 10.  Other transfers

None
☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None

☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None

☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None

☐

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **719 Walnut Street**<br>**Boulder, CO 80302** | **Simple Solar Systems, LLC** | **3/06- 3/1/08** |

### 16. Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None ☑ b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☑ c.      List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ☑ b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

## 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| BC Bookkeeping Services Inc.<br>736 Mohawk Dirve<br>Boulder, CO 80303 | 6/08 - 2/8/10 |
| Dyan Renee Hummel<br>5000 Butte Street, #233<br>Boulder, CO 80301 | 2/8/10 - present |
| Linda Hartke<br>2465 Lexington Street<br>Lafayette, CO 80026 | 10/19/07 - 2/8/10 |

None ☑  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Renee Hummel | 3297 Walnut Street<br>Boulder, CO 80301 |

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☐  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 4/30/10 | Josh Hamlin | 276,339.00 |
| 5/12/10 | Josh Hamlin | 200,125.00 |

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN<br>OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

8

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Joe Callahan<br>3297 Walnut Street<br>Boulder, CO 80301-2555 | **Managing Member** | **92%** |
| Patricia Callahan<br>401 69th Street<br>Kenosha, WI 53143 | **Member** | **8%** |

## 22. Former partners, officers, directors and shareholders

None ☑    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑    b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Attached Exhibit 23** | | |

## 24. Tax Consolidation Group.

None ☑    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## 25. Pension Funds.

None ☑    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

\* \* \* \* \* \*

**Simple Solar**

# Transactions by Account

### As of May 13, 2010

6:26 PM
05/24/10
Accrual Basis

| Type | Date | Name | Memo | Amount |
|------|------|------|------|--------|
| **Draws ~ J Callahan** | | | | |
| Check | 05/21/2009 | Joe Callahan | 5/4/09-5/17/09 | -3,500.00 |
| Check | 06/04/2009 | Joe Callahan | 5/18/09-5/31/09 | -3,500.00 |
| Check | 06/18/2009 | Joe Callahan | 6/01/09-6/14/09 | -3,500.00 |
| Check | 07/02/2009 | Joe Callahan | 06/15/09-6/28/09 | -3,500.00 |
| Check | 07/16/2009 | Joe Callahan | 06/22/09-7/12/09 | -3,500.00 |
| Check | 07/30/2009 | Joe Callahan | 7/13/09-7/26/09 | -3,500.00 |
| Check | 08/13/2009 | Joe Callahan | 07/27/09-08/9/09 | -3,500.00 |
| Check | 08/27/2009 | Joe Callahan | 08/10/09-8/23/09 | -3,500.00 |
| Check | 09/10/2009 | Joe Callahan | 8/24/09-9/6/09 | -3,500.00 |
| Check | 09/24/2009 | Joe Callahan | 9/7/09/9/20/09 | -3,500.00 |
| Check | 10/08/2009 | Joe Callahan | 9/21/09-10/4/09 | -3,500.00 |
| Check | 10/22/2009 | Joe Callahan | 10/5/09-10/18/09 | -3,500.00 |
| Check | 11/06/2009 | Joe Callahan | VOID: 10/19/09-11/1/09 | 0.00 |
| Check | 11/30/2009 | Joe Callahan | 11/2/09-11/15/09 | -3,500.00 |
| Check | 12/09/2009 | Joe Callahan | 11/16/09-11/29/09 | -3,500.00 |
| Check | 12/17/2009 | Joe Callahan | 12/14/09-12/25/09 | -3,500.00 |
| General Journal | 12/31/2009 | | To reclass Harris loan interest as personal (Adjusting JE per CPA) | -24,269.00 |
| Check | 01/02/2010 | Joe Callahan | 11/30/09-12/13/09 | -2,500.00 |
| Bill | 01/07/2010 | Harris Long-Term | interest on loan reclassed as equity | -773.54 |
| Check | 01/13/2010 | Joe Callahan | 12/28/09-1/10/10 | -3,500.00 |
| | | | | -83,542.54 |
| | | | | |
| **TOTAL** | | | | **-83,542.54** |

Ex. 23

Billings for Mike Pardun
From 5/14/09 onward
Paid to Spinnaker

| Week Ended | | | |
|---|---|---|---|
| 5/22/2009 | 20 | 150 | 3000 |
| 5/29/2009 | 20 | 150 | 3000 |
| 6/4/2009 | 20 | 150 | 3000 |
| 6/10/2009 | 20 | 150 | 3000 |
| 6/17/2009 | 20 | 150 | 3000 |
| 6/24/2009 | 20 | 150 | 3000 |
| 7/1/2009 | 20 | 150 | 3000 |
| 7/10/2009 | 20 | 150 | 3000 |
| 7/17/2009 | 25 | 150 | 3750 |
| 7/23/2009 | 15 | 150 | 2250 |
| 7/31/2009 | 30 | 150 | 4500 |
| 8/7/2009 | 25 | 150 | 3750 |
| 8/14/2009 | 25 | 150 | 3750 |
| 8/21/2009 | 25 | 150 | 3750 |
| 8/28/2009 | 25 | 150 | 3750 |
| 9/4/2009 | 25 | 150 | 3750 |
| 9/11/2000 | 25 | 150 | 3750 |
| 9/18/2009 | 25 | 150 | 3750 |
| 9/25/2009 | 20 | 150 | 3000 |
| 10/2/2009 | 25 | 150 | 3750 |
| 10/9/2009 | 25 | 150 | 3750 |
| 10/16/2009 | 25 | 150 | 3750 |
| 10/23/2009 | 25 | 150 | 3750 |
| 10/30/2009 | 25 | 150 | 3750 |
| 11/6/2009 | 25 | 150 | 3750 |
| 11/13/2009 | 25 | 150 | 3750 |
| 11/20/2009 | 25 | 150 | 3750 |
| 11/27/2009 | 20 | 150 | 3000 |

96750

0065 0065-CF92 Simple Solar Systems LLC

# EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 05/14/09 - 05/13/10)

**Hinckley, Eric**
Soc Sec#: xxx-xx-2177

| | | ID | 22 |
|---|---|---|---|
| | | Home Dept: | 200 Management |
| | | Gender: | Male |
| | | Birthdate: | 08/28/1978 |
| | | Hire Date: | 04/17/2008 |
| | | Inactive Date: | |
| | | Rehire Date: | |

| | | Term Date: | 01/08/2010 |
|---|---|---|---|
| | | Pay Frequency: | Bi-weekly |
| | | Standard Hrs: | |
| | | Salary: | 6,461.54/Pay period |
| | | Last Raise Date: | 10/20/2009 |

Withholding Method: CO: Married, 2 — Federal: Married, 2
Earnings: Health Reimb CO: Married, 2 — $92.00; Every Pay Period

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/21 | Reg | | | 3230.77 | | 3322.77 | | 254.19 | 361.94 | 128.00 | | | 2578.64 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 06/04 | Reg | | | 3230.77 | | 3322.77 | | 254.19 | 361.94 | 128.00 | | | 2578.64 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 06/18 | Reg | | | 3230.77 | | 3322.77 | | 254.19 | 361.94 | 127.00 | | | 2579.64 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 07/02 | Reg | | | 3230.77 | | 3322.77 | | 254.19 | 361.94 | 127.00 | | | 2579.64 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 07/16 | Reg | | | 3230.77 | | 3322.77 | | 254.19 | 361.94 | 127.00 | | | 2579.64 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 07/30 | Reg | | | 3230.77 | | 3322.77 | | 254.19 | 361.94 | 127.00 | | | 2579.64 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 08/13 | Reg | | | 3230.77 | | 3322.77 | | 254.19 | 361.94 | 127.00 | | | 2579.64 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 08/27 | Reg | | | 3230.77 | | 3322.77 | | 254.19 | 361.94 | 127.00 | | | 2579.64 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 09/10 | Reg | | | 3230.77 | | 3322.77 | | 254.19 | 361.94 | 127.00 | | | 2579.64 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 09/24 | Reg | | | 3230.77 | | 3322.77 | | 254.19 | 361.94 | 127.00 | | | 2579.64 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 10/08 | Reg | | | 3230.77 | | 3322.77 | | 254.19 | 361.94 | 127.00 | | | 2579.64 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 10/22 | Reg | | | 6461.54 | | 6553.54 | | 501.35 | 1221.51 | 277.00 | | | 4553.68 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 11/05 | Reg | | | 6461.54 | | 6553.54 | | 501.35 | 1221.51 | 277.00 | | | 4553.68 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 11/19 | Reg | | | 6461.54 | | 6553.54 | | 501.35 | 1221.51 | 277.00 | | | 4553.68 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 12/03 | Reg | | | 6461.54 | | 6553.54 | | 501.35 | 1221.51 | 277.00 | | | 4553.68 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 12/17 | Reg | | | 6461.54 | | 6553.54 | | 501.35 | 1221.51 | 277.00 | | | 4553.68 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 12/31 | Reg | | | 6461.54 | | 6553.54 | | 501.35 | 1220.74 | 277.00 | | | 4553.68 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 01/14 | Reg | | | 6461.54 | | 6553.54 | | 501.35 | 1220.74 | 277.00 | | | 4696.21 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 01/28 | Reg | | | 4523.05 | | 4523.05 | | 346.01 | 681.72 | 183.00 | | | 4553.68 |
| 01/28 | Reg | | | 6461.54 | | 6553.54 | | 501.35 | 1220.74 | 277.00 | | | 4553.68 |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 01/28 | Reg | | | 6461.54 | | 6553.54 | | 358.82 | | | | | 3312.32 Manual |
| | Vacation | | | | | | | 501.35 | | | | | 4554.45 Manual |
| 01/28 | Reg | | | 6461.54 | | 6553.54 | | 501.35 | | | | | 4554.45 Manual |
| | Health Reim | | | 92.00 | | | | | | | | | |
| 01/28 | Reg | | | 5039.97 | | 5039.97 | | 385.56 | 821.29 | 207.00 | | | 3626.12 Manual |

| | This Period Total | | | 9841.81 | | 9841.81 | | S 4561.50  M 1100.16 | 3944.49 CO | 3061.00  944.00 CO | | | 71885.99 |

0065 0065-CF92 Simple Solar Systems LLC

# EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 05/14/09 - 05/13/10)

Hinckley, Eric
Soc Sec#: xxx-xx-2177

| | HOLIDAY | SEVERANCE | SICK | SICK QUAL | VACATION | CASH TIPS | CHARGE TIPS | INDIRECT TIPS |
|---|---|---|---|---|---|---|---|---|
| YTD HOURS PAID | | | | | | | | |
| YTD EARNINGS PAID | | | | | 4523.05 | | | |

0065 0065-CFP2 Simple Solar Systems LLC

# EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 05/14/09 - 05/13/10)

**HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS**

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/21 | Reg | | | | | | | 735.57 | 200.00 | 463.46 | | 56.73 36.78 4.09 | 8118.75 |
| 06/04 | Reg | | | | | | | 735.57 | 200.00 | 463.46 | | 56.73 36.78 4.09 0.32 0.19 0.02 | 8118.75 |
| 06/18 | Reg | | | 9615.38 | | 9615.38 | | 735.57 | 200.00 | 463.46 | | | 8215.82 |
| 07/02 | Reg | | | 9615.38 | | 9615.38 | | 735.57 | 200.00 | 463.46 | | | 8216.35 |
| 07/16 | Reg | | | 9615.38 | | 9615.38 | | 735.57 | 200.00 | 463.46 | | | 8216.35 |
| 07/30 | Reg | | | 9615.38 | | 9615.38 | | 735.57 | 200.00 | 463.46 | | | 8216.35 |
| 08/13 | Reg | | | 9615.38 | | 9615.38 | | 735.57 | 200.00 | 463.46 | | | 8216.35 |
| 08/27 | Reg | | | 9615.38 | | 9615.38 | | 735.57 | 200.00 | 463.46 | | 0.01 | 8216.35 |
| 09/10 | Reg | | | 9615.38 | | 9615.38 | | 735.57 | 200.00 | 463.46 | | -0.01 | 8216.35 |
| 09/24 | Reg | | | 9615.38 | | 9615.38 | | 735.57 | 200.00 | 463.46 | | | 8216.35 |
| 10/08 | Reg | | | 9615.38 | | 9615.38 | | 203.37 | 200.00 | 463.46 | | | 8748.85 |
| 10/22 | Reg | | | 9615.38 | | 9615.38 | | 139.42 | 200.00 | 463.46 | | | 8812.50 |
| 11/05 | Reg | | | 9615.38 | | 9615.38 | | 139.42 | 200.00 | 463.46 | | | 8812.50 |
| 11/19 | Reg | | | 9615.38 | | 9615.38 | | 139.42 | 200.00 | 463.46 | | | 8812.50 |
| 12/03 | Reg | | | 9615.38 | | 9615.38 | | 139.42 | 200.00 | 463.46 | | | 8812.50 |
| 12/17 | Reg | | | 9615.38 | | 9615.38 | | 139.42 | 200.00 | 463.46 | | | 8812.50 |
| 12/31 | Reg | | | 9615.38 | | 9615.38 | | 139.42 | 200.00 | 463.46 | | | 8812.50 |
| 01/14 | Reg | | | 9615.38 | | 9615.38 | | 735.57 | 200.00 | 463.46 | | 59.62 36.78 4.09 | 8115.86 |

**Webber Jr, William P**
Soc Sec#: xxx-xx-7883

| | | |
|---|---|---|
| ID 41 | Term Date: | Withholding Method: |
| Home Dept: 200 Management | Pay Frequency: Bi-weekly | Federal: Married, 15, $200.00 |
| Gender: Not Specified | Standard Hrs: | NJ: Married Filing Jointly, 15 |
| Birthdate: 08/10/1963 | Salary: 9,615.38/Pay period | |
| Hire Date: 04/20/2009 | | |
| Inactive Date: | | Earnings: 9,615.38/Pay-period |
| Retire Date: | Last Raise Date: | Deductions: |

# EMPLOYEE EARNINGS RECORD
## (Requested Check Dates 05/14/09 - 05/13/10)

0065 0065-CF92 Simple Solar Systems LLC

Webber Jr, William P
Soc Sec#: xxx-xx-7883

| CHECK DATE | DESCR | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | | | | | | NET |
| | | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | | PAY |
| This Period Total | | | | 173076.84 | | 173076.84 | | S 6025.45 M 139.42 | 200.00 NJ | NJ 7878.82 463.46 | | Disability 59.62 NJSUR 4.09 NJSUR 8.19 NJUI 36.78 NJUI 73.76 Disability 113.78 | | 151707.18 |

## EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 05/14/09 - 05/13/10)

**0065 0065-CF92 Simple Solar Systems LLC**

Farrington, R J
Soc Sec#: xxx-xx-0625

| ID | 48 | Term Date: | | Withholding Method: | |
|---|---|---|---|---|---|
| Home Dept: | 200 Management | Pay Frequency: | Bi-weekly | Federal Married, 4 | |
| Gender: | Male | Standard Hrs: | | CO Married, 4 | |
| Birthdate: | 10/13/1965 | Salary: | 2,538.50/Pay period | | |
| Hire Date: | 07/20/2009 | | | | |
| Inactive Date: | | | | Earnings: | |
| Retire Date: | | Last Raise Date: | 01/26/2010 | Deductions: | |

### HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS / WITHHOLDINGS

| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/30 | Reg | | | 1615.38 | | 1615.38 | | 123.57 | 134.71 | 61.00 | | | 1296.10 |
| 08/13 | Reg | | | 807.69 | | 807.69 | | 61.79 | 20.19 | 24.00 | | | 701.71 |
| 08/27 | Reg | | | 1615.38 | | 1615.38 | | 123.57 | 134.71 | 61.00 | | | 1296.10 |
| 09/10 | Reg | | | 1615.38 | | 1615.38 | | 123.57 | 134.71 | 61.00 | | | 1296.10 |
| 09/24 | Reg | | | 1615.38 | | 1615.38 | | 123.57 | 134.71 | 61.00 | | | 1296.10 |
| 10/08 | Reg | | | 1615.38 | | 1615.38 | | 123.57 | 134.71 | 61.00 | | | 1296.10 |
| 10/22 | Reg | | | 1615.38 | | 1615.38 | | 123.57 | 134.71 | 61.00 | | | 1296.10 |
| 11/05 | Reg | | | 1615.38 | | 1615.38 | | 123.57 | 134.71 | 61.00 | | | 1296.10 |
| 11/19 | Reg | | | 1615.38 | | 1615.38 | | 123.57 | 134.71 | 61.00 | | | 1296.10 |
| 12/03 | Reg | | | 1615.38 | | 1615.38 | | 123.57 | 134.71 | 61.00 | | | 1296.10 |
| 12/17 | Reg | | | 1615.38 | | 1615.38 | | 123.57 | 134.71 | 61.00 | | | 1296.10 |
| 12/31 | Reg | | | 1615.38 | | 1615.38 | | 123.57 | 134.71 | 61.00 | | | 1296.10 |
| 01/14 | Reg | | | 1615.38 | | 1615.38 | | 123.57 | 142.31 | 61.00 | | | 1288.50 |
| 01/28 | Reg | | | 2538.50 | | 2538.50 | | 194.20 | 280.78 | 104.00 | | | 1959.52 |
| 02/11 | Reg | | | 2538.50 | | 2538.50 | | 194.20 | 196.54 | 78.00 | | | 2069.76 |
| 02/25 | Reg | | | 2538.50 | | 2538.50 | | 194.20 | 196.54 | 78.00 | | | 2069.76 |
| 03/11 | Reg | | | 2538.50 | | 2538.50 | | 194.20 | 196.54 | 78.00 | | | 2069.76 |
| 03/25 | Reg | | | 2538.50 | | 2538.50 | | 194.20 | 196.54 | 78.00 | | | 2069.76 |
| 04/08 | Reg | | | 2538.50 | | 2538.50 | | 194.20 | 196.54 | 78.00 | | | 2069.76 |
| 04/14 | Reg | | | 1776.95 | | 1776.95 | | 135.94 | 82.31 | 42.00 | | | 1516.70 |
| 04/22 | Reg | | | 761.55 | | 761.55 | | 58.26 | | | | | 703.29 |
| 05/06 | Reg | | | 2538.50 | | 2538.50 | | 194.20 | 196.54 | 78.00 | | | 2069.76 |
| This Period Total | | | | | | | | | | | | | |

Page 7 of 9

# EMPLOYEE EARNINGS RECORD
## (Requested Check Dates 05/14/09 - 05/13/10)

0065 0065-CF92 Simple Solar Systems LLC

Harrington, R J
Soc Sec# xxx-xx-0625
...0627

| | | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | | | | | |
| CHECK DATE | DESCR | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| This Period Total | | | | 40500.25 | | 40500.25 | | S 1151.73 M 317.90 | 1502.00 | CO 695.00 CO 675.00 | | | 32845.38 |

Case:10-21850-MER Doc#:38 Filed:05/27/10 Entered:05/27/10 17:17:01 Page24 of 84

0065 0065-CFP2 Simple Solar Systems LLC

# EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 05/14/09 - 05/13/10)

| CHECK DATE | DESCR | HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS | | | | | | WITHHOLDINGS | | | | | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR HOURS | OVERTIME HOURS | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | SOC SEC + MED | FEDERAL TAX | STATE TAX | LOCAL TAX | OTHER | |
| 04/14 | Reg | | | 1776.92 | | 1776.92 | | 135.94 | 227.16 | 72.00 | | | 1341.82 |
| 04/22 | Reg | | | 761.54 | | 761.54 | | 58.26 | 49.86 | 25.00 | | | 628.42 |
| 05/06 | Reg | | | 2538.46 | | 2538.46 | | 194.19 | 417.55 | 107.00 | | | 1819.72 |
| This Period Total | | | | | | | | | | | | | |
| This Period Total | | | | | | | | | | | | | |
| This Period Total | | | | 5076.92 | | 5076.92 | | S 314.77 M 73.62 | 694.57/CO | 204.00 | | | 3789.96 |

**Munmel, Dyan Renee**
Soc Sec#: xxx-xx-0499

| ID | 97 | Term Date: | | Withholding Method: | |
|---|---|---|---|---|---|
| Home Dept: | 200 Management | Pay Frequency: Bi-weekly | | Federal: Single, 1 | |
| Gender: | Female | Standard Hrs: | | CO: Single, 1 | |
| Birthdate: | 10/09/1955 | Salary: 2,538.46/Pay period | | | |
| Hire Date: | 04/05/2010 | | | | |
| Inactive Date: | | | | | |
| Retire Date: | | Last Raise Date: | Earnings: | Deductions: | |

## 0065 0065-CF92 Simple Solar Systems LLC

# EMPLOYEE EARNINGS RECORD
### (Requested Check Dates 05/14/09 - 05/13/10)

| CHECK DATE | DESCRIPTION | REGULAR HOURS | OVERTIME HOURS | HOLIDAY | SEVERANCE | SICK | SICK QUAL | VACATION | CASH TIPS | CHARGE TIPS | INDIRECT TIPS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | REGULAR AMOUNT | OVERTIME AMOUNT | TOTAL EARNINGS | REIMB & OTHER PAYMENTS | WITHHOLDINGS | | | DEDUCTIONS | NET PAY | |
| | Regular | 310924.77 | | | | | | | | | |
| | Health Reimb | 1748.00 | | | | | | | | | |
| | Vacation | 4523.05 | | | | | 4523.05 | | | | |

HOURS, EARNINGS, AND REIMBURSEMENTS & OTHER PAYMENTS

**This Period**

**This Period Total**

Total Earnings: 317195.82

Reimb & Other Payments: 317195.82

Withholdings:

| | |
|---|---|
| Social Security | 15414.42 |
| Medicare | 4599.29 |
| Fed Income Tax | 22736.10 |
| CO Income Tax | 5579.00 |
| NJ Income Tax | 8342.28 |
| NJ Disability | 173.40 |
| NJ Unemploy | 110.54 |
| NJ EE Work Dev | 12.28 |

Charge Tips: 56967.31

Net Pay: 260228.51

YTD HOURS PAID

YTD EARNINGS PAID

(R) = Resident / Residency; (N) = Non-resident; (E) = Employment

SIMPLE SOLAR
Schedule of Vendor Payments Totaling $5,850 or More
For the Period 2/13/10 through 5/13/10

**Hummel, Dyan Renee**
**5000 Butte St #233, Boulder, CO  80301**

| Date | Num | Paid Amount | Remaining Balance |
|------|-----|-------------|-------------------|
| 02/19/2010 | 6215 | -1,470.00 | |
| 02/26/2010 | 6242 | -1,505.00 | |
| 03/05/2010 | 6261 | -1,925.00 | |
| 03/12/2010 | 6309 | -1,750.00 | |
| 03/19/2010 | 6350 | -1,680.00 | |
| 03/26/2010 | 6385 | -1,475.00 | |
| 04/02/2010 | 6409 | -1,800.00 | |
| 04/13/2010 | C152500363 | -1,907.50 | |
| | | **-13,512.50** | **0.00** |

9

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **5-27-10**                    Signature  *Joe Callahan*

                                     Joe Callahan, Managing Member
                                     Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.*

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
## District of Colorado

In re **Simple Solar Systems, LLC**

Debtor

Case No. **10-21850-SBB**

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 2 | $ 865,143.09 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 231,250.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 9 | | $ 186,709.58 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $ 2,616,150.80 | |
| G - Executory Contracts and Unexpired Leases | YES | 5 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 33 | $ 865,143.09 | $ 3,034,110.38 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Colorado

In re  **Simple Solar Systems, LLC**

Case No. __10-21850-SBB__

_____
                    Debtor

Chapter  **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   54,143.19 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    0.00 |
| Student Loan Obligations (from Schedule F) | $    0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $    0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $    0.00 |
| TOTAL | $   54,143.19 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    0.00 |
| Average Expenses (from Schedule J, Line 18) | $    0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   126,943.19 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   72,708.34 |
| 4. Total from Schedule F | | $   2,616,150.80 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   2,688,859.14 |

B6A (Official Form 6A) (12/07)

In re: **Simple Solar Systems, LLC**                                    Case No.  __10-21850-SBB__
                             **Debtor**                                                      (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Simple Solar Systems, LLC**_____,   Case No. **10-21850-SBB**_____
                              Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | | **100.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase $74,808**<br>**Vectra Bank $995.00** | | **75,803.00** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Rent $4,111**<br>**Phone $239.09** | | **4,350.09** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | | **479,930.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) — Cont.

In re  **Simple Solar Systems, LLC**                                              ,        Case No.  **10-21850-SBB**
_____
Debtor                                                                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | **Counter-claims against Spinnaker Management $1 million to 4.5 million** **B.C. Bookkeeping Services, Inc. Unknown** | | **1,000,000 plus** |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **See Attached Exhibit B(25)** | | **80,810.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Equipment and Furniture** **See Attached Exhibit B(28)** | | **24,025.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | | **See Attached Exhibit B(30)** | | **200,125.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | **Prepaid Expense Debit Cards** **Prepaid Expense Denver Phone** **Xcel Application Deposits** | | **Unknown** |

_____1_____  continuation sheets attached                   Total ▸          **$ 865,143.09**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re  **Simple Solar Systems, LLC** _____.  Case No.  **10-21850-SBB** _____

                                         **Debtor**                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | 231,250.00 | 0.00 |
| Vectra Bank Colorado, NA Special Assets Department 1650 S Colorado Blvd, 3rd Floor Denver, CO 80222 | | | Accounts receivables, inventory, documents, general intangibles, chattel paper and instruments _____ VALUE $680,055.00 | | | | | |

0   continuation sheets
    attached

Subtotal  ➢
(Total of this page)

Total  ➢
(Use only on last page)

| | |
|---|---|
| $   **231,250.00** | $   **0.00** |
| $   **231,250.00** | $   **0.00** |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re  **Simple Solar Systems, LLC**  _____    Case No.  __10-21850-SBB__
                                    Debtor                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2  continuation sheets attached**

B6E (Official Form 6E) (4/10) – Cont.

In re   **Simple Solar Systems, LLC**

Debtor

Case No.   **10-21850-SBB**

(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  **Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Academy**<br>**970 Aurora Ave**<br>**Boulder, CO 80302** | | | 3/31/10<br>**Customer Deposit** | | | | **20,000.00** | **2,600.00** | **$17,400.00** |
| ACCOUNT NO.<br>**Alvin & Barbara Herman**<br>**1411 E 24th Street**<br>**Greeley, CO 80631** | | | 5/13/10<br>**Customer Deposit** | | | | **2,768.40** | **2,600.00** | **$168.40** |
| ACCOUNT NO.<br>**Andrew Conigliaro**<br>**517 Indian Peaks Trail W**<br>**Lafayette, CO 80026** | | | 11/10/09<br>**Customer Deposit** | | | | **3,478.51** | **2,600.00** | **$878.51** |
| ACCOUNT NO.<br>**Brian Gurinsky**<br>**2010 S Cook Street**<br>**Denver, CO 80210** | | | 1/21/10<br>**Customer Deposit** | | | | **10,713.41** | **2,600.00** | **$8,113.41** |
| ACCOUNT NO.<br>**Byron Walker**<br>**7587 Lupine Court**<br>**Arvada, CO 80007** | | | 11/13/09<br>**Customer Deposit** | | | | **1,000.00** | **2,600.00** | **$0.00** |
| ACCOUNT NO.<br>**David & Carin Poe**<br>**10667 Lowell Drive**<br>**Westminster, CO 80031** | | | 5/3/10<br>**Customer Deposit** | | | | **3,000.00** | **2,600.00** | **$400.00** |

Sheet no.  1 of  9 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)

$ **40,960.32**   $ **15,600.00**   $ **26,960.32**

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$   $

B6E (Official Form 6E) (4/10) – Cont.

In re  **Simple Solar Systems, LLC**                                    Case No.    **10-21850-SBB**
_____                                         _____
                    Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  **Deposits by Individuals**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**David King**<br>3863 Newton Street<br>Denver, CO 80211 | | | 4/5/10<br>**Customer Deposit** | | | | 2,313.28 | 2,600.00 | $0.00 |
| ACCOUNT NO.<br>**David Zeutzius**<br>303 Conrad Drive<br>Erie, CO 80516 | | | 5/5/10<br>**Customer Deposit** | | | | 1,699.64 | 2,600.00 | $0.00 |
| ACCOUNT NO.<br>**Dominique Gettiffe**<br>2970 Washington Street<br>Boulder, CO 80304 | | | 5/13/10<br>**Customer Deposit** | | | | 1,832.75 | 2,600.00 | $0.00 |
| ACCOUNT NO.<br>**Doug Henry**<br>5214 32nd Street<br>Greeley, CO 80631 | | | 4/16/10<br>**Customer Deposit** | | | | 3,671.12 | 2,600.00 | $1,071.12 |
| ACCOUNT NO.<br>**Eugene Wahl**<br>4400 Wellington Rd<br>Boulder, CO 80301 | | | 2/10/10<br>**Customer Deposit** | | | | 1,831.73 | 2,600.00 | $0.00 |
| ACCOUNT NO.<br>**Glenn Benjamin**<br>8338 W 75th Way<br>Arvada, CO 80005-4532 | | | 3/17/10<br>**Customer Deposit** | | | | 3,342.68 | 2,600.00 | $742.68 |

Sheet no.  2  of  9  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals▶
(Totals of this page)       $  **14,691.20**   $  **15,600.00** $  **1,813.80**

Total  ▶
(Use only on last page of the completed
Schedule E. Report also on the Summary of
Schedules.)                  $

Total  ▶
(Use only on last page of the completed
Schedule E. If applicable, report also on the
Statistical Summary of Certain Liabilities and
Related Data. )                              $                $

B6E (Official Form 6E) (4/10) – Cont.

In re   __Simple Solar Systems, LLC__                              Case No.   __10-21850-SBB__
                                 Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Greg Kielian<br>4763 Sylia Lane<br>Erie, CO 80516 | | | 7/23/09<br>Customer Deposit | | | | 5,000.00 | 2,600.00 | $2,400.00 |
| ACCOUNT NO.<br>Jeffrey J. Sprout<br>3258 Meadow Mountain Rd<br>Evergreen, CO 80439 | | | 7/10/09<br>Customer Deposit | | | | 25,351.68 | 2,600.00 | $22,751.68 |
| ACCOUNT NO.<br>John Godzac<br>2958 Florence Street<br>Denver, CO 80238 | | | 3/15/10<br>Customer Deposit | | | | 3,378.97 | 2,600.00 | $778.97 |
| ACCOUNT NO.<br>Kathleen Stevenson<br>987 Lost Angel Rd<br>Boulder, CO 80302 | | | 5/13/10<br>Customer Deposit | | | | 1,000.00 | 2,600.00 | $0.00 |
| ACCOUNT NO.<br>Ken Iwamasa<br>64 Huron Ct<br>Boulder, CO 80303 | | | 2/10/10<br>Customer Deposit | | | | 2,687.18 | 2,600.00 | $87.18 |
| ACCOUNT NO.<br>Lampliter, LLC<br>Michael Yokell<br>c/o Metres Property Group<br>385 S Depew Street<br>Lakewood, CO 80226 | | | 4/22/10<br>Customer Deposit | | | | 3,000.00 | 2,600.00 | $400.00 |

Sheet no. _3_ of _9_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)    $ 40,417.83 | $ 15,600.00 | $ 26,417.83

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

B6E (Official Form 6E) (4/10) – Cont.

In re    **Simple Solar Systems, LLC**
_____
Debtor

Case No.    **10-21850-SBB**
_____
(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Larry Davis**<br>2996 Bald Mountain Rd.<br>Central City, CO 80427 | | | 12/22/09<br>**Customer Deposit** | | | | 3,610.94 | 2,600.00 | $1,010.94 |
| ACCOUNT NO.<br>**Mary Ullmer**<br>2655 S Zurich Ct.<br>Denver, CO 80219 | | | 12/1/09<br>**Customer Deposit** | | | | 1,500.00 | 2,600.00 | $0.00 |
| ACCOUNT NO.<br>**Matt Fater**<br>207 N Grant Ave<br>Fort Collins, CO 80521 | | | 3/1/10<br>**Customer Deposit** | | | | 799.09 | 2,600.00 | $0.00 |
| ACCOUNT NO.<br>**Matthew Oetting**<br>4065 Darley Ave<br>Boulder, CO 80305 | | | 5/13/10<br>**Customer Deposit** | | | | 1,073.85 | 2,600.00 | $0.00 |
| ACCOUNT NO.<br>**Michelle Estes**<br>4537 Beach Court<br>Denver, CO 80211 | | | 5/11/10<br>**Customer Deposit** | | | | 2,866.26 | 2,600.00 | $266.26 |
| ACCOUNT NO.<br>**Nancy George**<br>1709 Bain Drive<br>Erie, CO 80576 | | | 5/13/10<br>**Customer Deposit** | | | | 1,994.81 | 2,600.00 | $0.00 |

Sheet no.  4  of  9  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals>
(Totals of this page)    $ **11,844.95**    $ **15,600.00**    $ **1,277.20**

Total  >
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $

Total  >
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )    $    $

B6E (Official Form 6E) (4/10) – Cont.

In re   **Simple Solar Systems, LLC**                                    Case No.   **10-21850-SBB**
                    Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Peter Gaal**<br>**50 Wagner Circle**<br>**Boulder, CO 80303** | | | 10/22/09<br>**Customer Deposit** | | | | **1,000.00** | **2,600.00** | **$0.00** |
| ACCOUNT NO.<br>**Rich Filipek**<br>**1004 Plateau Rd**<br>**Longmont, CO 80504** | | | 10/22/09<br>**Customer Deposit** | | | | **6,154.19** | **2,600.00** | **$3,554.19** |
| ACCOUNT NO.<br>**Richard Thomas**<br>**1901 Wallenburg Drive**<br>**Fort Collins, CO 80526** | | | 4/20/10<br>**Customer Deposit** | | | | **2,081.68** | **2,600.00** | **$0.00** |
| ACCOUNT NO.<br>**Robert Wootten**<br>**1310 Georgetown Road**<br>**Boulder, CO 80305** | | | 3/31/10<br>**Customer Deposit** | | | | **2,786.65** | **2,600.00** | **$186.65** |
| ACCOUNT NO.<br>**Rosa Linda's Mexican Cafe, LLC**<br>**Attn: Virgilio Aquirre**<br>**2005 W 33rd Ave**<br>**Denver, CO 80211** | | | 2009-2010<br>**Customer Deposit** | | | | **9,000.00** | **2,600.00** | **$6,400.00** |
| ACCOUNT NO.<br>**Russ Schnell**<br>**4865 Lee Circle**<br>**Boulder, CO 80303** | | | 11/10/09<br>**Customer Deposit** | | | | **1,327.99** | **2,600.00** | **$0.00** |

Sheet no.  5 of  9 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

Subtotals➤
(Totals of this page)

| | | |
|---|---|---|
| $  **22,350.51** | $  **15,600.00** | $  **10,140.84** |

Total  ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

| $ | | |
|---|---|---|

Total  ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

| | $ | $ |
|---|---|---|

B6E (Official Form 6E) (4/10) – Cont.

In re    Simple Solar Systems, LLC                                            Case No.    10-21850-SBB
                        Debtor                                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority:  Deposits by Individuals

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Ted Delianides**<br>**2400 Kohler Drive**<br>**Boulder, CO 80305** | | | **5/3/10**<br>**Customer Deposit** | | | | 8,866.75 | 2,600.00 | $6,266.75 |
| ACCOUNT NO.<br>**Xiaoyu Li**<br>**4090 Darley Avenue**<br>**Boulder, CO 80305** | | | **2/24/10**<br>**Customer Deposit** | | | | 1,104.64 | 2,600.00 | $0.00 |

Sheet no.  6  of  9  continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals<br>(Totals of this page) | $ 9,971.39 | $ 5,200.00 | $ 6,266.75 |
| Total<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| Total<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $ |

B6E (Official Form 6E) (4/10) – Cont.

In re __Simple Solar Systems, LLC__         Case No. __10-21850-SBB__
                 Debtor                                                     (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>City and County of Denver<br>Treasury Div, Wellington Webb Bldg<br>201 W. Colfax Ave<br>Denver CO  80202 | | | Sales Tax | | | | 10,448.93 | 10,448.93 | $0.00 |
| ACCOUNT NO.<br>City of Boulder Sales/Use Tax Division<br>PO Box 791<br>Boulder CO  80306 | | | Sales Tax | | | | 30,327.24 | 30,327.24 | $0.00 |
| ACCOUNT NO.<br>City of Louisville<br>Sales & Use Tax Division<br>749 Main St<br>Louisville, CO 80027 | | | Sales Tax | | | | 9,783.05 | 9,783.05 | $0.00 |
| ACCOUNT NO.<br>City of Westminster<br>Sales Tax Division<br>4800 W 92nd Ave<br>Westminster, CO 80031 | | | Sales Tax | | | | 1,476.33 | 1,476.33 | $0.00 |

Sheet no. _7_ of _9_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤    $ **52,035.55**    $ **52,035.55**    $ **0.00**
(Totals of this page)

Total ➤    $
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

Total ➤    $    $
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

B6E (Official Form 6E) (4/10) – Cont.

In re   **Simple Solar Systems, LLC** _____   Case No.   **10-21850-SBB** _____
                        Debtor                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Colorado Department of Revenue**<br>**1375 Sherman Street**<br>**Denver, CO 80261**<br><br>**State of Colorado**<br>**Division of Securities**<br>**1560 Broadway**<br>**Suite 900**<br>**Denver, CO 80202-5150**<br><br>**Office of the Attorney General**<br>**State of Colorado**<br>**1525 Sherman Street**<br>**7th Floor**<br>**Denver, CO 80203** | | | **Notice Purposes Only** | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br><br>**Internal Revenue Service**<br>**PO Box 21126**<br>**Philadelphia, PA 19114-0326**<br><br>**Internal Revenue Service**<br>**Insolvency Unit**<br>**1999 Broadway**<br>**MS 5012 DEN**<br>**Denver, CO 80202-3025**<br><br>**Office of the Attorney General**<br>**US Department of Justice**<br>**950 Pennsylvania Avenue, NW**<br>**Suite 4400**<br>**Washington, DC 20530-0001**<br><br>**Office of the US Attorney**<br>**District of Colorado**<br>**1225 Seventeenth Street**<br>**Suite 700**<br>**Denver, CO 80202-5598** | | | **Notice Purposes Only** | | | | 0.00 | 0.00 | $0.00 |

Sheet no. 8 of 9 continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | Subtotals ➤ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
|---|---|---|---|---|
| | Total ➤<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ | | |
| | Total ➤<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ | $ |

**B6E (Official Form 6E) (4/10) – Cont.**

In re **Simple Solar Systems, LLC**                                     Case No.   __10-21850-SBB__
_____                                                           (If known)
          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Type of Priority: Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jefferson County**<br>**100 Jefferson County Parkway**<br>**Golden CO  80419** | | | **Sales Tax** | | | | 2,107.64 | 2,107.64 | $0.00 |

Sheet no. _9_ of _9_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals➢<br>(Totals of this page) | $    **2,107.64** | $    **2,107.64** | $    **0.00** |
| Total    ➢<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $    **194,379.39** | | |
| Total    ➢<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $    **137,343.19** | $    **72,876.74** |

B6F (Official Form 6F) (12/07)

In re    **Simple Solar Systems, LLC** _____      Case No. __10-21850-SBB__
                              **Debtor**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐     Check this box if debtor has no creditors holding unsecured claims to report on this Schedule **F**.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **ADT Security Services, Inc.** <br> PO Box 96175 <br> Las Vegas, NV  89193 | | | Vendor Trade Debt | | | | 148.76 |
| ACCOUNT NO. <br><br> **AEE Solar** <br> 775 Fiero Lane, Ste 200 <br> San Luis Obispo, CA 93401 <br> Attn: John Wieneki | | | **2009-2010** <br><br> Vendor Trade Debt | | | | 25,156.20 |
| ACCOUNT NO. <br><br> **Ahern Rentals** <br> 4241 Arville Street <br> Las Vegas, NV 89103-3713 | | | **2009-2010** <br><br> Vendor Trade Debt | | | | 1,479.60 |
| ACCOUNT NO. <br><br> **Anchor Engineering Inc.** <br> 3611 Blake Street <br> Denver, CO 80205 | | | **2009-2010** <br><br> Vendor Trade Debt | | | | 1,869.80 |
| ACCOUNT NO. <br><br> **AT&T** <br> PO Box 1809 <br> Paramus, NJ 07653-1809 | | | Vendor Trade Debt | | | | Unknown |

__14__   Continuation sheets attached

Subtotal ➤ |$ | 28,654.36

Total ➤ |$ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Simple Solar Systems, LLC** _____          Case No. **10-21850-SBB** _____
                               Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Barbee James** <br> **Details Design Studio, LLC** <br> **1800 Commerce Street, #D** <br> **Boulder, CO 80301** | | | **2009-2010** <br><br> **Customer Dispute** | X | X | X | 2,801.95 |
| ACCOUNT NO. <br><br> **Bell Techlogix, Inc.** <br> **PO Box 823342** <br> **Philadelphia, PA 19182** | | | **2009-2010** <br><br> **Vendor Trade Debt** | | | | 2,162.50 |
| ACCOUNT NO. <br><br> **Blue Oak Energy** <br> **Attn: Christine** <br> **4614 Second Street, Ste 4** <br> **Davis, CA 95618** | | | **2009-2010** <br><br> **Vendor Trade Debt** | | | | 45,000.00 |
| ACCOUNT NO. <br><br> **Brian Clark** <br> **PO Box 856** <br> **Hilo, HI 96721** <br><br><br> **Jared K. Hassan** <br> **1035 Pearl Street, #400** <br> **Boulder, CO 80302** | | | **2009-2010** <br><br> **Commission** | X | X | X | 4,623.75 |

Sheet no. _1_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 54,588.20

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Simple Solar Systems, LLC**                                    Case No.   **10-21850-SBB**
                          Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 2009-2010 | | | | 10,315.83 |
| Brown McCarroll LLP 111 Congress Ave, Ste 1400 Austin, TX 78701 Attn: Gina Lendway | | | Attorney Fees | | | | |
| ACCOUNT NO. | | | 2009-2010 | | | | 776.00 |
| Cahill, O'Kelly & Associates 4810 Riverbend Rd Boulder, CO 803001 | | | Accounting | | | | |
| ACCOUNT NO. | | | 2009-2010 | | | | 478,448.00 |
| Canadian Solar USA Inc. Attn: David Koo 12657 Alcosta Blvd, Ste 140 San Ramon, CA 94583 | | | Vendor Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | Unknown |
| Cbeyond Communications, LLC Attn: Customer Care 320 Interstate North Parkway, Suite 300 Atlanta, GA 30339 | | | Vendor Trade Debt | | | | |
| ACCOUNT NO. | | | 2009-2010 | | | | 6,967.60 |
| CED Attn: Monica PO Box 9599 Denver, CO 80209 | | | Vendor Trade Debt | | | | |

Sheet no. 2 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $        496,507.43

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Simple Solar Systems, LLC__                                     Case No. __10-21850-SBB__
                                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 2009-2010 | | | | 1,845.00 |
| Christie Engineering PC Attn: Jeffrey Bravstein 211 Somerville Rd Bedminster, NJ 07921 | | | Vendor Trade Debt | | | | |
| ACCOUNT NO. | | | 2009-2010 | | | | 0.00 |
| Cintas PO Box 636525 Cincinnati, OH 45263-6525 | | | Notice Purposes Only | | | | |
| ACCOUNT NO. | | | 2009-2010 | | | | 2,370.00 |
| CMC, Inc. 1115 Des Moines Loveland, CO 80537 | | | Vendor Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | 417.40 |
| Colorado Electrical Systems Colorado Accounts PO Box 5267 Greenwood Village, CO 80155 | | | Vendor Trade Debt | | | | |
| ACCOUNT NO. | | | 2009-2010 | | | | 24,771.75 |
| Conergy Inc. 2480 W 26th Ave, #26B Denver, CO 80211 Attn: Ida Armijo | | | Vendor Trade Debt | | | | |

Sheet no. _3_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                    29,404.15

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Simple Solar Systems, LLC** _____    Case No. **10-21850-SBB** _____

    Debtor                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Copper State Bolt & Nut co.<br>3622 N 34th Ave<br>Phoenix, AZ 85017 | | | 2009-2010<br><br>Notice Purposes Only | | | | 0.00 |
| ACCOUNT NO.<br><br>D&D Roofing, Inc.<br>6270 E 50th Ave<br>Commerce City, CO 80022 | | | 2009-2010<br><br>Vendor Trade Debt | | | | 690.00 |
| ACCOUNT NO.<br><br>Dex East<br>PO box 78041<br>Phoenix, AZ 85062<br><br><br>Joseph Mann & Creed<br>20600 Chagrin Blvd., Suite 550<br>Shaker Heights, OH 44122-5340 | | | 2009-2010<br><br>Vendor Trade Debt | X | X | X | 5,000.00 |
| ACCOUNT NO.<br><br>DPW Solar Corporation<br>4000 B Vassar Drive<br>NE Albuquerque, NM 87107 | | | 2009-2010<br><br>Notice Purposes Only | | | | 0.00 |

Sheet no. _4_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **5,690.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Simple Solar Systems, LLC** _____          Case No. **10-21850-SBB** _____
                            Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Duffy, Dolcy, McManus & Roesch, PA**<br>**Attn: Peter J. Dolcy**<br>**634 Lost Pine Way**<br>**Galloway, NJ 08205** | | | **2009-2010**<br><br>**Engineering Services** | | | | 30,617.11 |
| ACCOUNT NO.<br><br>**Ehrnhardt, Keefe, Steiner, Hottman, PC**<br>**Attn: Andrea Olson**<br>**7979 E. Tufts Avenue Suite 400**<br>**Denver, CO 80237** | | | **2009-2010**<br><br>**Valuation Services** | | | | 8,000.00 |
| ACCOUNT NO.<br><br>**Enviromental Technology, Inc.**<br>**Attn: David Krueger**<br>**PO Box 50**<br>**Chester, NJ 07930** | | | **2009-2010**<br><br>**Vendor Trade Debt** | | | | 1,955.00 |
| ACCOUNT NO.<br><br>**Fastenal Company**<br>**PO Box 1286**<br>**Winona, MN 55987-1286** | | | **2009-2010**<br><br>**Vendor Trade Debt** | | | | 1,632.44 |
| ACCOUNT NO.<br><br>**Focused Energy, Inc.**<br>**1730 Camino Carlos Rey, Ste 201**<br>**Santa Fe, NM 87507** | | | **2009-2010**<br><br>**Notice Purposes Only** | | | | 0.00 |

Sheet no. _5_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $    42,204.55

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Simple Solar Systems, LLC**                                      Case No.  **10-21850-SBB**
                          Debtor                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Full Partner, LLC** 4730 Walnut Ave., Suite 108 Boulder, CO 80301 | | | **Notice Purposes Only** | | | | 0.00 |
| ACCOUNT NO. **Grainger** Dept 856725858 PO Box 419267 Kansas City, MO 64141-6267 | | | **2009-2010** **Notice Purposes Only** | | | | 0.00 |
| ACCOUNT NO. **Great America Leasing Corporation** PO Box 660831 Dallas, TX 75266-0831 | | | **Vendor Trade Debt** | | | | Unknown |
| ACCOUNT NO. **Gro Solar** PO box 6144 Brattleboro, VT 05302-6144 | | | **2009-2010** **Vendor Trade Debt** | | | | 84,307.63 |
| ACCOUNT NO. **Hensley Kim & Holzer, LLC** Attn: Tish Parker 1660 Lincold Street, Suite 3000 Denver, CO 80264 | | | **2009-2010** **Attorney's Fees** | | | | 7,171.50 |

Sheet no. 6 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                91,479.13

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __Simple Solar Systems, LLC_____     Case No.  __10-21850-SBB_____
　　　　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | 2009-2010 | | | | 78,348.73 |
| Holland & Hart, LLP<br>Attn: Paula<br>555 17th Street, #3200<br>Denver, CO 80202 | | | Attorney's Fees | | | | |
| ACCOUNT NO. | | | 2009-2010 | | | | 17,660.00 |
| Holme Roberts & Owen, LLP<br>Attn: Myma Rose<br>1700 Lincoln Street, #4100<br>Denver, CO 80203 | | | Attorney's Fees | | | | |
| ACCOUNT NO. | | | 2009-2010 | | | | 734.26 |
| Home Depot<br>Dept 32-2505144794<br>PO Box 6031<br>The Lakes, NV 88901-6031 | | | Vendor Trade Debt | | | | |
| ACCOUNT NO. | | | | | | | Unknwon |
| IP 5280 Communications, LLC<br>391 Inverness Pkwy<br>Suite 300<br>Englewood, CO 80112 | | | Vendor Trade Debt | | | | |
| ACCOUNT NO. | | | 2009-2010 | | | | 202,803.29 |
| John Meyer<br>1440 Patton Drive<br>Boulder, CO 80303 | | | Notes Payable | | | | |

Sheet no. _7_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ 299,546.28

Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   __Simple Solar Systems, LLC_____     Case No.  _10-21850-SBB_____

                          Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Kamlet Reichert, LLP <br> Attn: Mike Pardun's Personal Attorney <br> 1515 Arapahoe Street, Tower 1 <br> Suite 1600 <br> Denver, CO 80202 | | | 2009-2010 <br><br> Legal Fees Reimbursement | | | X | 5,781.57 |
| ACCOUNT NO. <br><br> Loris and Associates, Inc. <br> Attn: Peter Loris <br> 2585 Trail Ridge Drive East <br> Lafayette, CO 80026 | | | 2009-2010 <br><br> Engineering Services | X | X | X | 1,545.00 |
| ACCOUNT NO. <br><br> MonMouth Telecom <br> PO Box 8656 <br> Red Bank, NJ 07701 | | | 2009-2010 <br><br> Notice Purposes Only | | | | 0.00 |
| ACCOUNT NO. <br><br> Morgan Lewis & Bockius, LLP <br> Attn: Kenneth M. Kulak <br> 1701 Market Street <br> Philadelphia, PA 19103 | | | 2009-2010 <br><br> Attorney's Fees | | | | 22,492.28 |
| ACCOUNT NO. <br><br> Morrell Printing <br> 990 S Public Rd Unit C <br> Lafayette, CO 80026 | | | 2009-2010 <br><br> Notice Purposes Only | | | | 0.00 |

Sheet no. _8_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    29,818.85

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Simple Solar Systems, LLC_____     Case No.  __10-21850-SBB_____
                        Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>NABCEP Professional Testing, Inc.<br>7680 Universal Rd, Ste 300<br>Orlando, FL 32819 | | | 2009-2010<br><br>Notice Purposes Only | | | | 0.00 |
| ACCOUNT NO.<br><br>Olympic Metals, Inc.<br>5775 Monaco Street<br>Commerce City, CO 80022 | | | 2009-2010<br><br>Notice Purposes Only | | | | 0.00 |
| ACCOUNT NO.<br><br>PanelClaw Inc.<br>21 High Street. #209<br>North Andover, MA 01845 | | | 2009-2010<br><br>Notice Purposes Only | | | | 0.00 |
| ACCOUNT NO.<br><br>PES Associates, Inc.<br>Attn: Pat Segedin<br>PO Box 271<br>Norwood, NJ 07648 | | | 2009-2010<br><br>Vendor Trade Debt | | | | 38,321.14 |
| ACCOUNT NO.<br><br>PIP<br>673 30th Street<br>Boulder, CO 80303 | | | 2009-2010<br><br>Vendor Trade Debt | | | | 1,513.78 |

Sheet no. _9_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ | $ | 39,834.92

Total ➢ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Simple Solar Systems, LLC**                                    Case No.  **10-21850-SBB**
                          Debtor                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **Pitney Bowes** PO Box 856042 Louisville, KY 40285-6042 | | | 2009-2010 Vendor Trade Debt | | | | 1,446.41 |
| ACCOUNT NO.  **10-06240-0**  **Pitney Bowes Inc.** c/o Credit Management Corp. PO Box 1396 Madison, CT  06443-1396 | | | Vendor Trade Debt | | | X | 60.66 |
| ACCOUNT NO.  **Platts** PO Box 848093 Dallas, TX 75284-8093 | | | 2009-2010 Vendor Trade Debt | | | | 850.00 |
| ACCOUNT NO.  **Preferred Safety Products, Inc.** 4785 Elati Street, Ste 15 Denver, CO 80216 | | | 2009-2010 Notice Purposes Only | | | | 0.00 |
| ACCOUNT NO.  **Qwest** PO Box 29040 Phoenix, AZ 85038-9040 | | | 2009-2010 Vendor Trade Debt | | | | 55.24 |

Sheet no.  10 of 14 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $                    2,412.31

Total   ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Simple Solar Systems, LLC**               Case No.  **10-21850-SBB**
                               Debtor                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Rocky Mountain Blueprint** <br> **2460 30th Street** <br> **Boulder, CO 80301** | | | **2009-2010** <br><br> **Vendor Trade Debt** | | | | 37.50 |
| ACCOUNT NO. <br> **Rockynet** <br> **Attn: Contract Admin.** <br> **1919 14th Street Suite 617** <br> **Boulder, CO 80302** | | | **Vendor Trade Debt** | | | | Unknown |
| ACCOUNT NO. <br> **Saiber, LLC** <br> **Attn: Morton Goldfein** <br> **One Gateway Center 13th Floor** <br> **Newark, NJ 07102-5311** | | | **2009-2010** <br><br> **Vendor Trade Debt** | | | | 75,988.00 |
| ACCOUNT NO. <br> **Schafer & Co LLC** <br> **2525 W Barbarry Place** <br> **Denver, CO 80204** <br> **Attn: Jim Schafer** | | | **2009-2010** <br><br> **Vendor Trade Debt** | | | | 1,282.29 |
| ACCOUNT NO. <br> **Schletter, Inc.** <br> **Attn: Angelika Kraus** <br> **2520 N Jackrabbit Ave** <br> **Tucson, AZ 85745** | | | **2009-2010** <br><br> **Vendor Trade Debt** | | | | 7,400.00 |

Sheet no. __11__ of __14__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                            Subtotal ➢ $         **84,707.79**

                              Total ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Simple Solar Systems, LLC**                                    Case No.  **10-21850-SBB**
                              Debtor                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Siliken Renewable Energy**<br>**5901 Priestly Drive, Ste 170**<br>**Carlsbad, CA 92008**<br>**Attn: Erin Brooks** | | | **2009-2010**<br>**Vendor Trade Debt** | | | | 142,987.10 |
| ACCOUNT NO.<br>**Solar Solutions and Distribution, LLC**<br>**700 W 48th Ave, Unit S**<br>**Denver, CO 80216** | | | **2009-2010**<br>**Vendor Trade Debt** | | | | 27,615.00 |
| ACCOUNT NO.<br>**Soul R Lite**<br>**1341 Carnation Circle**<br>**Longmont, CO 80503** | | | **2009-2010**<br>**Notice Purposes Only** | | | | 0.00 |
| ACCOUNT NO.<br>**Spinnaker Management Group**<br>**231 Milwaukee St, #200**<br>**Denver, CO 80206-5000**<br>**Attn: Brett Miller** | | | **2009-2010**<br>**Alleged Breach of Contract** | X | X | X | 336,168.50 |
| ACCOUNT NO.<br>**Steve Bauhs**<br>**130 Huron Court**<br>**Boulder, CO  80303** | | | **2009-2010**<br>**Note Payable** | | | | 66,007.92 |

Sheet no. _12_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 572,778.52

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  __Simple Solar Systems, LLC_____        Case No. __10-21850-SBB_____
                    Debtor                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **SunPower Corporation** <br> **Attn: Evan Papaduke** <br> **3939 N First Street** <br> **San Jose, CA 95134** | | | **2009-2010** <br><br> **Vendor Trade Debt** | | | | **305,414.14** |
| ACCOUNT NO. <br><br> **SunWize Technologies, Inc.** <br> **1155 Flatbush Rd** <br> **Kingston, NY 12401** | | | **2009-2010** <br><br> **Vendor Trade Debt** | | | | **7,936.90** |
| ACCOUNT NO. <br><br> **Technology Credit Corporation** <br> **Attn: Scott Hawkins** <br> **914 The Alameda** <br> **San Jose, CA 95126** | | | **2009-2010** <br><br> **Vendor Trade Debt** | | | | **442,278.00** |
| ACCOUNT NO. <br><br> **The Hartford** <br> **PO Box 2907** <br> **Hartford, CT 06104-2907** | | | **2009-2010** <br><br> **Accrued Workers Compensation** | | | | **16,436.31** |
| ACCOUNT NO. <br><br> **Thompson Technology Industries** <br> **20 Leveroni Court** <br> **Novato, CA 94949** | | | **2009-2010** <br><br> **Notice Purposes Only** | | | | **0.00** |

Sheet no. __13_ of _14_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $            **772,065.35**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Simple Solar Systems, LLC**  _____     Case No.  **10-21850-SBB**  _____
                            Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Triad Consulting Engineers, Inc.**<br>**Attn: JoAnn Quinn**<br>**2740 Route 10 West**<br>**Morrins Plains, NJ 07950** | | | **2009-2010**<br><br>**Vendor Trade Debt** | | | | **31,561.00** |
| ACCOUNT NO.<br><br>**Van Dalen Brower, LLC**<br>**156 W State Street, Ste 101**<br>**Trenton, NJ 08605-1100** | | | **2009-2010** | | | | **19,140.00** |
| ACCOUNT NO.<br><br>**Western Disposal Services**<br>**Dept 52**<br>**Denver, CO 80281-0052** | | | **2009-2010**<br><br>**Notice Purposes Only** | | | | **0.00** |
| ACCOUNT NO.<br><br>**Winlectric Company**<br>**480 E 76th Ave, Buidling 5**<br>**Unit C1**<br>**Denver, CO 80229-6215** | | | **2009-2010**<br><br>**Vendor Trade Debt** | | | | **15,036.38** |
| ACCOUNT NO.<br><br>**Zoom Logistics, Inc.**<br>**2 Threadneedle Alley**<br>**Newburyport, MA  01950** | | | **2009-2010**<br><br>**Vendor Trade Debt** | | | | **968.50** |

Sheet no.  14  of  14  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **66,705.88**

Total  ➤  $    **2,616,397.72**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re:   **Simple Solar Systems, LLC**                                    ,      Case No.   **10-21850-SBB**
                              Debtor                                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Academy**<br>**970 Aurora Ave**<br>**Boulder, CO 80302** | **Contract for design and installation of solar electric system** |
| **ADT Security Services, Inc.**<br>**PO Box 371956**<br>**Pittsburgh, PA 15250-7956** | **Secuirty Contract** |
| **Alvin & Barbara Herman**<br>**1411 E 24th St**<br>**Greeley, CO 80631** | **Contract for design and installation of solar electric system** |
| **Andrew Conigliaro**<br>**517 Indian Peaks Trail W**<br>**Lafayette, CO 80026** | **Contract for design and installation of solar electric system** |
| **Andy Burgess**<br>**2615 6th Street**<br>**Boulder, CO 80304** | **Customer Contract** |
| **Anita Koelzer**<br>**2008 Salibury Court**<br>**Lafayette, CO 80026** | **Customer Contract** |
| **Apple Financial Services**<br>**PO box 31001-0497**<br>**Pasadena, CA 91110-0497** | **Computer Equipment Lease** |
| **AquaPure, LLC**<br>**PO Box 3069**<br>**Woburn, MA 01888-1969** | **Lease for Water Purification System** |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **Simple Solar Systems, LLC**                                    Case No.  **10-21850-SBB**
                                                 **Debtor**                                         (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Arleen Miller**<br>**173 Wild Tiger Rd**<br>**Boulder, CO 80302** | **Customer Contract** |
| **AT&T**<br>**PO Box 1809**<br>**Paramus, NJ 07653-1809** | **Cell Phone Contracts** |
| **Brian Gurinsky**<br>**2010 S Cook Street**<br>**Denver, CO 80210** | **Contract for design and installation of solar electric system** |
| **Building Meeting Religious Soc. Friends**<br>**c/o Tom Bach-Wiig**<br>**1825 Upland Ave**<br>**Boulder, CO 80304** | **Customer Contract** |
| **Byron Walker**<br>**7587 Lupine Court**<br>**Arvada, CO 80007** | **Contract for design and installation of solar electric system** |
| **Casey Middle School**<br>**Saunders Construction**<br>**6950 S Jordan Rd**<br>**Centennial, CO 80112** | **Customer Contract** |
| **Cbeyond Communications, LLC**<br>**Attn: Customer Care**<br>**320 Interstate North Parkway, Suite 300**<br>**Atlanta, GA 30339** | **Phone System and Internet Service Contact** |
| **Cheryl Brazeau**<br>**210 E Cornwall Court**<br>**Lafayette, CO 80026** | **Customer Contract** |

B6G (Official Form 6G) (12/07) -Cont.

In re:   **Simple Solar Systems, LLC** _____ ,   Case No.   **10-21850-SBB** _____
                          **Debtor**                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Clay Phipps/Galaxi/Haiku**<br>**2905 Center Green Ct.**<br>**Boulder, CO 80301** | **Customer Contract** |
| **Dave Thompson**<br>**1059 Twin Sisters Rd**<br>**Nederland, CO 80466** | **Customer Contract** |
| **David & Carin Poe**<br>**10667 Lowell Drive**<br>**Westminster, CO 80031** | **Contract for design and installation of solar electric system** |
| **David Figurski**<br>**7442 W 82nd Way**<br>**Arvada, CO 80003** | **Customer Contract** |
| **David King**<br>**3863 Newton Street**<br>**Denver, CO 80211** | **Contract for design and installation of solar electric system** |
| **David Zeutzius**<br>**303 Conrad Drive**<br>**Erie, CO 80516** | **Contract for design and installation of solar electric system** |
| **Denver Intermodal Express**<br>**10700 E 40th Ave**<br>**Denver, CO 80239-3221** | **Lease of Warehouse Space** |
| **Dominique Gettliffe**<br>**2970 Washington St**<br>**Boulder, CO 80304** | **Contract for design and installation of solar electric system** |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **Simple Solar Systems, LLC**                              Case No.  **10-21850-SBB**
_____                                    _____
                                  **Debtor**                                        **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Doug Henry**<br>**5214 32nd Street**<br>**Greeley, CO 80631** | **Contract for design and installation of solar electric system** |
| **Erin Kimmel and Simon Hoskins**<br>**3349 S Dexter St**<br>**Denver, CO 80222** | **Customer Contract** |
| **Eugene Wahl**<br>**4400 Wellington Rd**<br>**Boulder, CO 80301** | **Contract for design and installation of solar electric system** |
| **Gabe Simpson**<br>**569 Juniper Ct.**<br>**Louisville, CO 80027** | **Customer Contract** |
| **Glenn Benjamin**<br>**8338 W 75th Way**<br>**Arvada, CO 80005-4532** | **Contract for design and installation of solar electric system** |
| **Great America Leasing Corporation**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** | **Phone System Equipment Lease** |
| **Greg Kielian**<br>**4763 Sylia Lane**<br>**Erie, CO 80516** | **Contract for design and installation of solar electric system** |
| **IP 5280 Communications, LLC**<br>**391 Inverness Pkwy**<br>**Suite 300**<br>**Engelwood, CO 80112** | **Lease on Circuit for Phone and Internet System** |

B6G (Official Form 6G) (12/07) -Cont.

In re:   **Simple Solar Systems, LLC**                                         ,      Case No.   **10-21850-SBB**
                                                    **Debtor**                                                       **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Jeffrey J. Sprout**<br>**3258 Meadow Mountain Rd**<br>**Evergreen, CO 80439** | **Contract for design and installation of solar electric system** |
| **John Godzac**<br>**2958 Florence Street**<br>**Denver, CO 80238** | **Contract for design and installation of solar electric system** |
| **Julee Herdt**<br>**6400 Arapahoe Rd**<br>**Boulder, CO 80304** | **Customer Contract** |
| **Kathleen Stevenson**<br>**987 Lost Angel Rd**<br>**Boulder, CO 80302** | **Contract for design and installation of solar electric system** |
| **Ken Iwamasa**<br>**64 Huron Ct**<br>**Boulder, CO 80303** | **Contract for design and installation of solar electric system** |
| **Kreizel/Perry Partnership, LLP**<br>**c/o Freeman Myre**<br>**6800 N 79th Street, Ste 200**<br>**Niwot, CO 80503** | **Non-Residential Real Property Lease for office.**<br>**3297 Walnut Street**<br>**Boulder, CO 80301** |
| **Lampliter, LLC**<br>**Michael Yokell**<br>**c/o Metres Property Group**<br>**385 S Depew Street**<br>**Lakewood, CO 80226** | **Contract for design and installation of solar electric system** |
| **Larry Davis**<br>**2996 Bald Mountain Rd.**<br>**Central City, CO 80427** | **Contract for design and installation of solar electric system** |

B6G (Official Form 6G) (12/07) -Cont.

In re:   **Simple Solar Systems, LLC**                                  ,        Case No.   **10-21850-SBB**
                                        **Debtor**                                                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Mary Ullmer**<br>2655 S Zurich Ct.<br>Denver, CO 80219 | **Contract for design and installation of solar electric system** |
| **Matt Fater**<br>207 N Grant Ave<br>Fort Collins, CO 80521 | **Contract for design and installation of solar electric system** |
| **Matthew Oetting**<br>4065 Darley Ave<br>Boulder, CO 80305 | **Contract for design and installation of solar electric system** |
| **Michelle Estes**<br>4537 Beach Court<br>Denver, CO 80211 | **Contract for design and installation of solar electric system** |
| **Mike Bare**<br>2509 Falcon Dr.<br>Longmont, CO 80503 | **Customer Contract** |
| **Mote Malik**<br>793 Pope Ct.<br>Erie, CO 80516 | **Customer Contract** |
| **Nancy George**<br>1709 Bain Drive<br>Erie, CO 80576 | **Contract for design and installation of solar electric system** |
| **Paul Neustedter**<br>1908 Table Drive<br>Golden, CO 80401 | **Customer Contract** |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **Simple Solar Systems, LLC**                                                    Case No.  **10-21850-SBB**
                                                   **Debtor**                                                        (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Peter Gaal**<br>**50 Wagner Circle**<br>**Boulder, CO 80303** | **Contract for design and installation of solar electric system** |
| **Rich Filipek**<br>**1004 Plateau Rd**<br>**Longmont, CO 80504** | **Contract for design and installation of solar electric system** |
| **Richard Thomas**<br>**1901 Wallenburg Drive**<br>**Fort Collins, CO 80526** | **Contract for design and installation of solar electric system** |
| **Robert Wootten**<br>**1310 Georgetown Road**<br>**Boulder, CO 80305** | **Contract for design and installation of solar electric system** |
| **Rockynet**<br>**Attn: Contract Admin.**<br>**1919 14th Street, Suite 617**<br>**Boulder, CO 80302** | **Phone System** |
| **Rosa Linda's Mexican Cafe, LLC**<br>**Attn: Virgilio Aquirre**<br>**2005 W 33rd Ave**<br>**Denver, CO 80211** | **Contract for design and installation of solar electric system** |
| **Russ Schnell**<br>**4865 Lee Circle**<br>**Boulder, CO 80303** | **Contract for design and installation of solar electric system** |
| **Smiley-Marques**<br>**1914 Harvard St.**<br>**Longmont, CO 80503** | **Customer Contract** |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **Simple Solar Systems, LLC**                                          Case No.  **10-21850-SBB**
                          **Debtor**                                                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Steve Eberhart**<br>**1905 E Richard's Lake Rd**<br>**Fort Collins, CO 80524** | **Customer Contract** |
| **Steve Gesse**<br>**472 Brook Circle**<br>**Boulder, CO 80302** | **Customer Contract** |
| **Susan Dunlap**<br>**812 Dewey Ave**<br>**Boulder, CO 80304** | **Customer Contract** |
| **Ted Delianides**<br>**2400 Kohler Drive**<br>**Boulder, CO 80305** | **Contract for design and installation of solar electric system** |
| **Thorne Ecological**<br>**Alyson Duffey Thorn Ecological Institute**<br>**1466 63rd Street**<br>**Boulder, CO 80304** | **Customer Contract** |
| **Troy Bergstrom**<br>**1916 Table Drive**<br>**Golden, CO 80401** | **Customer Contract** |
| **Walnut Apts/Boulder Housing Partners**<br>**1940 Walnut Street**<br>**Boulder, CO 80302** | **Customer Contract** |
| **William Goldberg**<br>**7060 E Exposition Ave**<br>**Denver, CO 80224** | **Customer Contract** |

B6G (Official Form 6G) (12/07) -Cont.

In re:  **Simple Solar Systems, LLC** _____ ,         Case No.  **10-21850-SBB** _____
                                    **Debtor**                                            **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Xiaoyu Li<br>4090 Darley Avenue<br>Boulder, CO 80305 | Contract for design and installation of solar electric system |

B6H (Official Form 6H) (12/07)

In re: **Simple Solar Systems, LLC**
_____
Debtor

Case No.   **10-21850-SBB**
_____
(If known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Joe Callahan**<br>**3297 Walnut Street**<br>**Boulder, CO 80301** | **Vectra Bank Colorado, NA**<br>**Special Assets Department**<br>**1650 S Colorado Blvd, 3rd Floor**<br>**Denver, CO 80222** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Simple Solar Systems, LLC**                                    Case No.  10-21850-SBB
                                                                            (If known)
                                    Debtor

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

(NOT  APPLICABLE)

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Joe Callahan**, the **Managing Member** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **34** _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  S-27-10                          Signature:  *Joe Callahan*

                                                   Joe Callahan Managing Member
                                                   [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT

## District of Colorado

IN RE

CASE NO. **10-21850-SBB**

**Simple Solar Systems, LLC**

CHAPTER _____ **11**

DEBTOR(S)

## AMENDED - VERIFICATION OF CREDITOR MATRIX

       The above named Debtor(s) hereby verifies that the attached matrix list of creditors is true and correct to the best of our knowledge.

Date: **5-27-10**

Joe Callahan

Debtor

Academy
970 Aurora Ave
Boulder, CO 80302


ADT Security Services, Inc.
PO Box 96175
Las Vegas, NV  89193


AEE Solar
775 Fiero Lane, Ste 200
San Luis Obispo, CA 93401
Attn: John Wieneki


Ahern Rentals
4241 Arville Street
Las Vegas, NV 89103-3713


Alvin & Barbara Herman
1411 E 24th Street
Greeley, CO 80631


Anchor Engineering Inc.
3611 Blake Street
Denver, CO 80205


Andrew Conigliaro
517 Indian Peaks Trail W
Lafayette, CO 80026


AT&T
PO Box 1809
Paramus, NJ 07653-1809


Barbee James
Details Design Studio, LLC
1800 Commerce Street, #D
Boulder, CO 80301

Bell Techlogix, Inc.
PO Box 823342
Philadelphia, PA 19182


Blue Oak Energy
Attn: Christine
4614 Second Street, Ste 4
Davis, CA 95618


Brian Clark
PO Box 856
Hilo, HI 96721


Brian Gurinsky
2010 S Cook Street
Denver, CO 80210


Brown McCarroll LLP
111 Congress Ave, Ste 1400
Austin, TX 78701
Attn: Gina Lendway


Byron Walker
7587 Lupine Court
Arvada, CO 80007


Cahill, O'Kelly & Associates
4810 Riverbend Rd
Boulder, CO 803001


Canadian Solar USA Inc.
Attn: David Koo
12657 Alcosta Blvd, Ste 140
San Ramon, CA 94583


Cbeyond Communications, LLC
Attn: Customer Care
320 Interstate North Parkway, Suite 300
Atlanta, GA 30339

CED
Attn: Monica
PO Box 9599
Denver, CO 80209


Christie Engineering PC
Attn: Jeffrey Bravstein
211 Somerville Rd
Bedminster, NJ 07921


Cintas
PO Box 636525
Cincinnati, OH 45263-6525


City and County of Denver
Treasury Div, Wellington Webb Bldg
201 W. Colfax Ave
Denver CO  80202


City of Boulder Sales/Use Tax Division
PO Box 791
Boulder CO  80306


City of Louisville
Sales & Use Tax Division
749 Main St
Louisville, CO 80027


City of Westminster
Sales Tax Division
4800 W 92nd Ave
Westminster, CO 80031


CMC, Inc.
1115 Des Moines
Loveland, CO 80537


Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261

Colorado Electrical Systems
Colorado Accounts
PO Box 5267
Greenwood Village, CO  80155


Conergy Inc.
2480 W 26th Ave, #26B
Denver, CO 80211
Attn: Ida Armijo


Copper State Bolt & Nut co.
3622 N 34th Ave
Phoenix, AZ 85017


D&D Roofing, Inc.
6270 E 50th Ave
Commerce City, CO 80022


David & Carin Poe
10667 Lowell Drive
Westminster, CO 80031


David King
3863 Newton Street
Denver, CO 80211


David Zeutzius
303 Conrad Drive
Erie, CO 80516


Dex East
PO box 78041
Phoenix, AZ 85062


Dominique Gettiffe
2970 Washington Street
Boulder, CO 80304

Doug Henry
5214 32nd Street
Greeley, CO 80631


DPW Solar Corporation
4000 B Vassar Drive
NE Albuquerque, NM 87107


Duffy, Dolcy, McManus & Roesch, PA
Attn: Peter J. Dolcy
634 Lost Pine Way
Galloway, NJ 08205


Ehrnhardt, Keefe, Steiner, Hottman, PC
Attn: Andrea Olson
7979 E. Tufts Avenue Suite 400
Denver, CO 80237


Enviromental Technology, Inc.
Attn: David Krueger
PO Box 50
Chester, NJ 07930


Eugene Wahl
4400 Wellington Rd
Boulder, CO 80301


Fastenal Company
PO Box 1286
Winona, MN 55987-1286


Focused Energy, Inc.
1730 Camino Carlos Rey, Ste 201
Santa Fe, NM 87507


Full Partner, LLC
4730 Walnut Ave., Suite 108
Boulder, CO  80301

Glenn Benjamin
8338 W 75th Way
Arvada, CO 80005-4532


Grainger
Dept 856725858
PO Box 419267
Kansas City, MO 64141-6267


Great America Leasing Corporation
PO Box 660831
Dallas, TX 75266-0831


Greg Kielian
4763 Sylia Lane
Erie, CO 80516


Gro Solar
PO box 6144
Brattleboro, VT 05302-6144


Hensley Kim & Holzer, LLC
Attn: Tish Parker
1660 Lincold Street, Suite 3000
Denver, CO 80264


Holland & Hart, LLP
Attn: Paula
555 17th Street, #3200
Denver, CO 80202


Holme Roberts & Owen, LLP
Attn: Myma Rose
1700 Lincoln Street, #4100
Denver, CO 80203


Home Depot
Dept 32-2505144794
PO Box 6031
The Lakes, NV 88901-6031

Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326



IP 5280 Communications, LLC
391 Inverness Pkwy
Suite 300
Englewood, CO 80112


Jared K. Hassan
1035 Pearl Street, #400
Boulder, CO 80302



Jefferson County
100 Jefferson County Parkway
Golden CO  80419



Jeffrey J. Sprout
3258 Meadow Mountain Rd
Evergreen, CO 80439



Joe Callahan
3297 Walnut Street
Boulder, CO 80301



John Godzac
2958 Florence Street
Denver, CO 80238



John Meyer
1440 Patton Drive
Boulder, CO 80303

Joseph Mann & Creed
20600 Chagrin Blvd., Suite 550
Shaker Heights, OH 44122-5340


Kamlet Reichert, LLP
Attn: Mike Pardun's Personal Attorney
1515 Arapahoe Street, Tower 1
Suite 1600
Denver, CO 80202

Kathleen Stevenson
987 Lost Angel Rd
Boulder, CO 80302


Ken Iwamasa
64 Huron Ct
Boulder, CO 80303


Lampliter, LLC
Michael Yokell
c/o Metres Property Group
385 S Depew Street
Lakewood, CO 80226

Larry Davis
2996 Bald Mountain Rd.
Central City, CO 80427


Loris and Associates, Inc.
Attn: Peter Loris
2585 Trail Ridge Drive East
Lafayette, CO 80026


Mary Ullmer
2655 S Zurich Ct.
Denver, CO 80219


Matt Fater
207 N Grant Ave
Fort Collins, CO 80521

Matthew Oetting
4065 Darley Ave
Boulder, CO 80305


Michelle Estes
4537 Beach Court
Denver, CO 80211


MonMouth Telecom
PO Box 8656
Red Bank, NJ 07701


Morgan Lewis & Bockius, LLP
Attn: Kenneth M. Kulak
1701 Market Street
Philadelphia, PA 19103


Morrell Printing
990 S Public Rd Unit C
Lafayette, CO 80026


NABCEP Professional Testing, Inc.
7680 Universal Rd, Ste 300
Orlando, FL 32819


Nancy George
1709 Bain Drive
Erie, CO 80576


Office of the Attorney General
State of Colorado
1525 Sherman Street
7th Floor
Denver, CO 80203


Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, DC 20530-0001

Office of the US Attorney
District of Colorado
1225 Seventeenth Street
Suite 700
Denver, CO 80202-5598


Olympic Metals, Inc.
5775 Monaco Street
Commerce City, CO 80022


PanelClaw Inc.
21 High Street. #209
North Andover, MA 01845


PES Associates, Inc.
Attn: Pat Segedin
PO Box 271
Norwood, NJ 07648


Peter Gaal
50 Wagner Circle
Boulder, CO 80303


PIP
673 30th Street
Boulder, CO 80303


Pitney Bowes
PO Box 856042
Louisville, KY 40285-6042


Pitney Bowes Inc.
c/o Credit Management Corp.
PO Box 1396
Madison, CT  06443-1396


Platts
PO Box 848093
Dallas, TX 75284-8093

Preferred Safety Products, Inc.
4785 Elati Street, Ste 15
Denver, CO 80216


Qwest
PO Box 29040
Phoenix, AZ 85038-9040


Rich Filipek
1004 Plateau Rd
Longmont, CO 80504


Richard Thomas
1901 Wallenburg Drive
Fort Collins, CO 80526


Robert Wootten
1310 Georgetown Road
Boulder, CO 80305


Rocky Mountain Blueprint
2460 30th Street
Boulder, CO 80301


Rockynet
Attn: Contract Admin.
1919 14th Street Suite 617
Boulder, CO 80302


Rosa Linda's Mexican Cafe, LLC
Attn: Virgilio Aquirre
2005 W 33rd Ave
Denver, CO 80211


Russ Schnell
4865 Lee Circle
Boulder, CO 80303

Saiber, LLC
Attn: Morton Goldfein
One Gateway Center 13th Floor
Newark, NJ 07102-5311


Schafer & Co LLC
2525 W Barbarry Place
Denver, CO 80204
Attn: Jim Schafer


Schletter, Inc.
Attn: Angelika Kraus
2520 N Jackrabbit Ave
Tucson, AZ 85745


Siliken Renewable Energy
5901 Priestly Drive, Ste 170
Carlsbad, CA 92008
Attn: Erin Brooks


Solar Solutions and Distribution, LLC
700 W 48th Ave, Unit S
Denver, CO 80216


Soul R Lite
1341 Carnation Circle
Longmont, CO 80503


Spinnaker Management Group
231 Milwaukee St, #200
Denver, CO 80206-5000
Attn: Brett Miller


State of Colorado
Division of Securities
1560 Broadway
Suite 900
Denver, CO 80202-5150


Steve Bauhs
130 Huron Court
Boulder, CO  80303

SunPower Corporation
Attn: Evan Papaduke
3939 N First Street
San Jose, CA 95134


SunWize Technologies, Inc.
1155 Flatbush Rd
Kingston, NY 12401


Technology Credit Corporation
Attn: Scott Hawkins
914 The Alameda
San Jose, CA 95126


Ted Delianides
2400 Kohler Drive
Boulder, CO 80305


The Hartford
PO Box 2907
Hartford, CT 06104-2907


Thompson Technology Industries
20 Leveroni Court
Novato, CA 94949


Triad Consulting Engineers, Inc.
Attn: JoAnn Quinn
2740 Route 10 West
Morrins Plains, NJ 07950


Van Dalen Brower, LLC
156 W State Street, Ste 101
Trenton, NJ 08605-1100


Vectra Bank Colorado, NA
Special Assets Department
1650 S Colorado Blvd, 3rd Floor
Denver, CO 80222

```
Western Disposal Services
Dept 52
Denver, CO 80281-0052




Winlectric Company
480 E 76th Ave, Buidling 5
Unit C1
Denver, CO 80229-6215



Xiaoyu Li
4090 Darley Avenue
Boulder, CO 80305




Zoom Logistics, Inc.
2 Threadneedle Alley
Newburyport, MA  01950
```