L. KENT WYATT #75238
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, 2nd Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-3530
(916) 449-3800 • Fax (916) 449-3888

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE:

SIMPLE SOLAR SYSTEMS, LLC
EIN 20-4455303

Case No. 10-21850-SBB

CHAPTER 11

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned Chapter 11 case on behalf of Blue Oak Energy, Inc. ("Blue Oak"), creditor herein, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Chapter 11 of Title 11, United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code"), demands that all notices given or required to be given, and all papers served or required to be served in the above-captioned Chapter 11 cases including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, plans, disclosure statements and all other matters arising in these Chapter 11 cases or in any related adversary proceeding, be served upon:



L. KENT WYATT
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, 2nd Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-3530
(916) 449-3800  •  Fax (916) 449-3888

**PLEASE TAKE FURTHER NOTICE**, that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise, which affects the Debtors in the above-captioned Chapter 11 cases or any property of the Debtors.

Dated:  June 4, 2010
        Sacramento, CA

**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
Counsel to Blue Oak Energy

By _____/s/ L. Kent Wyatt_____
  L. KENT WYATT
  STATE BAR NO. 75238

# PROOF OF SERVICE

## CODE OF CIVIL PROCEDURE
## SECTIONS 1013, SUBDIVISION (a) AND 2015.5

I am a citizen of the United States and am employed in the County of Sacramento. I am over the age of 18 years and not a party to the within cause; my business address is 1000 G Street, Sacramento, California 95814.

I am familiar with the business practice at my place of business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed, with postage fully prepaid, will be deposited with the United States Postal Service that same day in the ordinary course of business.

On June 8, 2010, I served the within **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** on the parties in this cause, by placing for collection, process and deposit a true copy thereof enclosed in a sealed envelope by:

[X] United States mail by placing such envelope(s) in the designated area for collection and process of outgoing mail in accordance with this office's practice, whereby the mail is deposited in a United States mailbox, postage fully paid thereon,

[ ] Air express courier

[ ] Express Mail

Certified Mail

to the parties addressed as follows:

| | |
|---|---|
| Simple Solar Systems, LLC<br>3297 Walnut Street<br>Boulder Colorado, 80301-2555 | Jeffrey S. Brinen<br>303 East 17th Avenue, Suite 500<br>Denver, Colorado 80203 |
| Lawrence Bass<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver Colorado 80203 | Thomas H. Keyse<br>1700 Lincoln Street, Suite 400<br>Denver Colorado 80203-4505 |
| Alan K. Motes<br>United States Trustee Program<br>999 18th Street, Suite 1551<br>Denver Colorado 80202 | Bradford L. Bolton<br>Clerk, US Bankruptcy Court<br>District of Colorado<br>721 19th Street<br>Denver Colorado 80202-2508 |
| Tobin Booth<br>Blue Oak Energy<br>4614 Second Street, Suite 4<br>Davis, CA 95618 | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 8, 2010, at Sacramento, California.

MARIE MUSCAT

HARDY
ERICH
BROWN
&
WILSON
A Professional Law Corporation
Established in 1967

1000 G Street, 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888

g:\home\client\7646\00000\00042919.docx       1       Proof of Service