UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | Case No. 10-21850-ABC |
| SIMPLE SOLAR SOLUTIONS, LLC | ) | |
| EIN: 20-4455303 | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF ORDER FIXING DEADLINE FOR FILING
PROOFS OF CLAIM PURSUANT TO
FED.R.BANKR.P. 3003(c)(3) AND 2002(a)(7)**

TO CREDITORS, EQUITY SECURITY HOLDERS, PARTIES WHO HAVE REQUESTED SPECIAL NOTICE AND OTHER P ARTIES-IN-INTEREST:

PLEASE TAKE NOTICE that the United States Bankruptcy Court for the District of Colorado has entered its Order pursuant to Fed.R.Bankr.P. 3003 fixing **August 12, 2010** ("Bar Date"), as the last date for filing proofs of claim in the above-captioned Chapter 11 case.

ANY CLAIMS FILED AFTER 5:00 P.M. DENVER TIME. **AUGUST 12, 2010,** SHALL BE DISALLOWED. ANY ENTITY THAT IS REQUIRED TO FILE A PROOF OF CLAIM AND FAILS TO DO SO BY 5:00 P.M. DENVER TIME, **AUGUST 12, 2010,** SHALL NOT BE TREATED AS A CREDITOR FOR THE PURPOSES OF VOTING ON OR DISTRIBUTION UNDER THE PLAN, AND ANY CLAIM OF SUCH ENTITY SHALL BE FOREVER BARRED; provided, however, that a proof of claim of any claim against the Debtor arising out of the rejection by the debtor-in-possession of any executory contract or unexpired lease, or the recovery by the debtor-in-possession of a voidable transfer, as described in 11 U.S.C. §§ 502(g) and 502(h), respectively, or arising out of incurrence of certain taxes pursuant to 11 U.S.C. § 502(i) must be filed **on or before the latter of 5:00 p.m. Denver time on August 12, 2010, and 30 days after the issuance of an order authorizing the rejection of the executory contract or unexpired lease, or 30 days after the entry of an order or judgment avoiding the transfer, respectively**.

This requirement for filing claims applies to all prepetition claims or claims which arose prior to **May 13, 2010** ("Filing Date") which are not scheduled, or are scheduled as disputed, contingent or unliquidated in the schedules of liabilities filed with the Court by the Debtor, or are scheduled and such creditor disagrees with the amount of the scheduled claim.

To determine whether a claim has been listed as a disputed, contingent or unliquidated claim you should consult the Schedules. The Debtor has filed Schedules which set forth the amount of certain creditor claims and has scheduled certain claims as disputed, contingent or unliquidated. The Schedules may be amended from time to time prior to the Bar Date. Any creditor who relies on the Schedules filed by the Debtor has the responsibility for determining that its claim is accurately listed. The Schedules are available for inspection during regular

business hours at the Office of the Clerk of the United States Bankruptcy Court, U.S. Custom House, 721 19th Street, First Floor, Denver, Colorado 80202-2508 or, if you have subscribed to Pacer, they may be viewed via the internet at pacer.cob.uscourts.gov.

Acts or omissions of the Debtor prior to the Filing Date, including but not limited to Debtor's indemnifications and guarantees and services provided by the Debtor may give rise to claims against the Debtor notwithstanding the fact that such claims (or the injuries on which they are based) may be contingent or may not have occurred, matured or become fixed or liquidated prior to such date. Therefore, any creditor having a claim or potential claim against the Debtor, no matter how remote or contingent, must file a Proof of Claim on or before the Bar Date.

Proofs of claim shall conform substantially to the form approved by the Court. A copy of a proof of claim form has been provided to you with a copy of this notice and is available at (1) the Office of the Clerk of the Bankruptcy Court at the address listed above; (2) on the Bankruptcy Court's web page (www.cob.uscourts.gov) under Forms; or (3) by telephoning (720) 904-7300. To be deemed properly filed, a proof of claim must be filed with the Clerk of the United States Bankruptcy Court for the District of Colorado, United States Custom House, 721 19th Street, Denver, Colorado, 80202-2508. Claims are not deemed filed until actually received by the Clerk. CLAIMANTS WHO HAVE ALREADY FILED THEIR PROOFS OF CLAIM SHOULD NOT FILE A DUPLICATE CLAIM.

A copy of the Court's Order may be inspected at the Office of the Clerk at the address listed above.

DATED: June 28, 2010                                    Respectfully submitted,


By:___ s/Jeffrey S. Brinen_____
        Jeffrey S. Brinen #20565
        **KUTNER MILLER BRINEN, P.C.**
        303 East 17th Avenue, Suite 500
        Denver, CO 80203
        Telephone:  (303) 832-2400
        Telecopy: (303) 832-1510
        Attorneys for Debtor

## CERTIFICATE OF SERVICE

The undersigned further certifies that on June 28, 2010, I served by prepaid first class mail a copy of the attached **NOTICE OF ORDER FIXING DEADLINE FOR FILING PROOFS OF CLAIM PURSUANT TO FED.R.BANKR.P. 3003(c)(3) AND 2002(a)(7)** in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on June 28, 2010, and, if applicable, other interested parties the movant mailed notice at the following addresses:

L. Kent Wyatt, Esq.
P.O. Box 13530
Sacramento, CA 95853-3530

Lawrence Bass, Esq.
3200 Wells Fargo Center
1700 Lincoln St.
Denver, CO 80203

Robert A. Trodella, Jr., Esq.
555 California St.
26th Fl.
San Francisco, CA 94104

Alan K. Motes, Esq.
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202

Thomas H. Keyse, Esq.
1700 Lincoln St.
Ste. 4000
Denver, CO 80203-4505

/ Angela R. Upton

Label Matrix for local noticing
1082-1
Case 10-21850-ABC
District of Colorado
Denver
Mon Jun 28 16:21:53 MDT 2010

Kutner Miller Brinen, P.C.
303 E. 17th Ave.
Ste. 500
Denver, CO 80203-1258

Simple Solar Systems, LLC
3297 Walnut Street
Boulder, CO 80301-2555

US Bankruptcy Court
US Custom House
721 19th St.
Denver, CO 80202-2500

O&O Roofing, Inc.
6270 E 50th Ave
Commerce City, CO 80022-4530

ADT Security Services, Inc.
PO Box 371956
Pittsburgh, PA 15250-7956

ADT Security Services, Inc.
PO Box 96175
Las Vegas, NV 89193-6175

AEE Solar
775 Fiero Lane, Ste 200
San Luis Obispo, CA 93401-7904

AEE Solar
775 Fiero Lane, Ste 200
San Luis Obispo, CA 93401-7904
Attn: John Wieneki

AT&T
PO Box 1809
Paramus, NJ 07653-1809

Academy
970 Aurora Ave
Boulder, CO 80302-7262

Ahern Rentals
4241 Arville Street
Las Vegas, NV 89103-3713

Alvin & Barbara Herman
1411 E 24th St
Greeley, CO 80631-9020

Anchor Engineering Inc.
3611 Blake Street
Denver, CO 80205-2409

Andrew Conigliaro
517 Indian Peaks Trail W
Lafayette, CO 80026-9316

Andy Burgess
2615 6th Street
Boulder, CO 80304-3205

Anita Koelzer
2008 Salibury Court
Lafayette, CO 80026-9137

Apple Financial Services
PO box 31001-0497
Pasadena, CA 91110-0497

AquaPure, LLC
PO Box 3069
Woburn, MA 01888-1969

Arleen Miller
173 Wild Tiger Rd
Boulder, CO 80302-9263

Attn: John Wieneki
Ahern Rentals
4241 Arville Street
Las Vegas, NV 89103-3713

Barbee James
Details Design Studio, LLC
1800 Commerce Street, #D
Boulder, CO 80301-2731

Bell Techlogix, Inc.
PO Box 823342
Philadelphia, PA 19182-3342

Blue Oak Energy
Attn: Christine
4614 Second Street, Ste 4
Davis, CA 95618-9401

Brian Clark
PO Box 856
Hilo, HI 96721-0856

Brian Clark
c/o Hassan Law Firm, LLC
1035 Pearl St., Ste 400
Boulder, CO 80302-5127

Brian Gurinsky
2010 S Cook Street
Denver, CO 80210-3609

Brown & Brown of Colorado Inc.
1660 S Albion St, #525
Denver, CO 80222-4020

Brown McCarroll LLP
111 Congress Ave, Ste 1400
Austin, TX 78701-4093
Attn: Gina Lendway

Building Meeting Religious Soc. Friends
c/o Tom Bach-Wiig
1825 Upland Ave
Boulder, CO 80304-0834

Byron Walker
7587 Lupine Court
Arvada, CO 80007-7938

CED
Attn: Monica
PO Box 9599
Denver, CO 80209-0599

CEO
Attn: Monica
PO Box 9599
Denver, CO 80209-0599

CMC, Inc.
1115 Des Moines
Loveland, CO 80537-5106

Cahill, O'Kelly & Associates
4810 Riverbend Rd
Boulder, CO 80301-2643

Canadian Solar USA Inc.
Attn: David Koo
12657 Alcosta Blvd, Ste 140
San Ramon, CA 94583-4796

Casey Middle School
Saunders Construction
6950 S Jordan Rd
Centennial, CO 80112-4211

Cbeyond Communications, LLC
Attn: Customer Care
320 Interstate North Parkway, Suite 300
Atlanta, GA 30339-2205

Cheryl Brazeau
210 E Cornwall Court
Lafayette, CO 80026-1160

Christie Engineering PC
Attn: Jeffrey Bravstein
211 Somerville Rd
Bedminster, NJ 07921-1827

Cintas
PO Box 636525
Cincinnati, OH 45263-6525

City and County of Denver
Treasury Div, Wellington Webb Bldg
201 W. Colfax Ave
Denver CO 80202-5329

City of Boulder Sales/Use Tax Division
PO Box 791
Boulder CO 80306-0791

City of Louisville
Sales & Use Tax Division
749 Main St
Louisville, CO 80027-1829

City of Westminster
Sales Tax Division
4800 W 92nd Ave
Westminster, CO 80031-6387

Clay Phipps/Galaxi/Haiku
2905 Center Green Ct.
Boulder, CO 80301-2274

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261-0001

Colorado Electrical Systems
Colorado Accounts
PO Box 5267
Greenwood Village, CO 80155-5267

Conergy Inc.
2480 W 26th Ave, #26B
Denver, CO 80211-5311
Attn: Ida Armijo

Copper State Bolt & Nut co.
3622 N 34th Ave
Phoenix, AZ 85017-4401

D&D Roofing, Inc.
6270 E 50th Ave
Commerce City, CO 80022-4530

DPW Solar Corporation
4000 B Vassar Drive
NE Albuquerque, NM 87107-2056

Dave Thompson
1059 Twin Sisters Rd
Nederland, CO 80466

David & Carin Poe
10667 Lowell Drive
Westminster, CO 80031-1922

David Figurski
7442 W 82nd Way
Arvada, CO 80003-1606

David King
3863 Newton Street
Denver, CO 80211-1942

David Zeutzius
303 Conrad Drive
Erie, CO 80516-6878

Denver Intermodal Express
10700 E 40th Ave
Denver, CO 80239-3221

Dex East
PO box 78041
Phoenix, AZ 85062-8041

Dominique Gettiffe
2970 Washington Street
Boulder, CO 80304-3131

Dominique Gettliffe
2970 Washington St
Boulder, CO 80304-3131

Doug Henry
5214 32nd Street
Greeley, CO 80634-8773

Duffy, Dolcy, McManus & Roesch, PA
Attn: Peter J. Dolcy
634 Lost Pine Way
Galloway, NJ 08205-9694

Duffy, Dolcy, McManus & Roesch, PA
Attn: Peter J. Dolcy
634 Lost Pine Way
Galloway, NJ 08205-9694

Ehrnhardt, Keefe, Steiner, Hottman, PC
Attn: Andrea Olson
7979 E. Tufts Avenue Suite 400
Denver, CO 80237-2521

Enviromental Technology, Inc.
Attn: David Krueger
PO Box 50
Chester, NJ 07930-0050

Erin Kimmel and Simon Hoskins
3349 S Dexter St
Denver, CO 80222-7227

Eugene Wahl
4400 Wellington Rd
Boulder, CO 80301-3158

Fastenal Company
PO Box 1286
Winona, MN 55987-7286

Focused Energy, Inc.
1730 Camino Carlos Rey, Ste 201
Santa Fe, NM 87507-2340

Full Partner, LLC
4730 Walnut Ave., Suite 108
Boulder, CO 80301-2558

Gabe Simpson
569 Juniper Ct.
Louisville, CO 80027-2618

Glenn Benjamin
8338 W 75th Way
Arvada, CO 80005-4532

Grainger
Dept 856725858
PO Box 419267
Kansas City, MO 64141-6267

Great America Leasing Corporation
PO Box 660831
Dallas, TX 75266-0831

Greg Kielian
4763 Sylia Lane
Erie, CO 80516-9041

Gro Solar
PO box 6144
Brattleboro, VT 05302-6144

Hensley Kim & Holzer, LLC
Attn: Tish Parker
1660 Lincold Street, Suite 3000
Denver, CO 80264-3001

Holland & Hart, LLP
Attn: Paula
555 17th Street, #3200
Denver, CO 80202-3921

Holme Roberts & Owen, LLP
Attn: Myma Rose
1700 Lincoln Street, #4100
Denver, CO 80203-4541

Holme Roberts & Owen, LLP
Attn: Myrna Rose
1700 Lincoln Street, #4100
Denver, CO 80203-4541

Home Depot
Dept 32-2505144794
PO Box 6031
The Lakes, NV 88901-6031

IP 5280 Communications, LLC
391 Inverness Pkwy
Suite 300
Engelwood, CO 80112-5856

IP 5280 Communications, LLC
391 Inverness Pkwy
Suite 300
Englewood, CO 80112-5856

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Jared K. Hassan
1035 Pearl Street, #400
Boulder, CO 80302-5127

Jefferson County
100 Jefferson County Parkway
Golden CO 80419-0002

Jeffrey J. Sprout
3258 Meadow Mountain Rd
Evergreen, CO 80439

Joe Callahan
3297 Walnut Street
Boulder, CO 80301-2555

John Godzac
2958 Florence Street
Denver, CO 80238-2969

John Meyer
1440 Patton Drive
Boulder, CO 80303-1257

Joseph Mann & Creed
20600 Chagrin Blvd., Suite 550
Shaker Heights, OH 44122-5340

Julee Herdt
6400 Arapahoe Rd
Boulder, CO 80303-1450

Kamlet Reichert, LLP
Attn: Mike Pardun's Personal Attorn
1515 Arapahoe Street, Tower 1
Suite 1600
Denver, CO 80202-2137

Kathleen Stevenson
987 Lost Angel Rd
Boulder, CO 80302-9297

Ken Iwamasa
64 Huron Ct
Boulder, CO 80303-4414

Kreizel/Perry Partnership, LLP
c/o Freeman Myre
6800 N 79th Street, Ste 200
Niwot, CO 80503-8978

Lampliter, LLC
Michael Yokell
c/o Metres Property Group
385 S Depew Street
Lakewood, CO 80226-3678

Larry Davis
2996 Bald Mountain Rd.
Central City, CO 80427

Loris and Associates, Inc.
Attn: Peter Loris
2585 Trail Ridge Drive East
Lafayette, CO 80026-3495

Mary Ullmer
2655 S Zurich Ct.
Denver, CO 80219-5655

Matt Fater
207 N Grant Ave
Fort Collins, CO 80521-1917

Matthew Oetting
4065 Darley Ave
Boulder, CO 80305-6520

Michelle Estes
4537 Beach Court
Denver, CO 80211-1452

Mike Bare
2509 Falcon Dr.
Longmont, CO 80503-7942

MonMouth Telecom
PO Box 8656
Red Bank, NJ 07701-8656

Morgan Lewis & Bockius, LLP
Attn: Kenneth M. Kulak
1701 Market Street
Philadelphia, PA 19103-2987

Morrell Printing
990 S Public Rd Unit C
Lafayette, CO 80026-2196

Mote Malik
793 Pope Ct.
Erie, CO 80516-6522

NABCEP Professional Testing, Inc.
7680 Universal Rd, Ste 300
Orlando, FL 32819-8949

Nancy George
1709 Bain Drive
Erie, CO 80516-7217

Office of the Attorney General
State of Colorado
1525 Sherman Street
7th Floor
Denver, CO 80203-1700

Office of the Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Suite 4400
Washington, DC 20530-0001

Office of the US Attorney
District of Colorado
1225 Seventeenth Street
Suite 700
Denver, CO 80202-5598

Olympic Metals, Inc.
5775 Monaco Street
Commerce City, CO 80022-4059

PES Associates, Inc.
Attn: Pat Segedin
PO Box 271
Norwood, NJ 07648-0271

PIP
673 30th Street
Boulder, CO 80303-2310

PJM Interconnection
Attn: Marie Lassiter
955 Jefferson Ave Valley Forge Corp Cntr
Norristown, PA 19403-2497

PanelClaw Inc.
21 High Street. #209
North Andover, MA 01845-2607

Patricia Callahan
401 69th Street
Kenosha, WI 53143-5520

Paul Neustedter
1908 Table Drive
Golden, CO 80401-2444

Peter Gaal
50 Wagner Circle
Boulder, CO 80304

Pfosi and Sons LLC
1160 Nottingham Street
Lafayette, CO 80026-1134
Attn: Eric Pfosi

Pitney Bowes
PO Box 856042
Louisville, KY 40285-6042

Pitney Bowes Inc
4901 Belfort Rd, Ste 120
Jacksonville FL 32256-6016

Pitney Bowes Inc.
c/o Credit Management Corp.
PO Box 1396
Madison, CT 06443-1396

Platts
PO Box 848093
Dallas, TX 75284-8093

Preferred Safety Products, Inc.
4785 Elati Street, Ste 15
Denver, CO 80216-1836

Qwest
PO Box 29040
Phoenix, AZ 85038-9040

Rich Filipek
1004 Plateau Rd
Longmont, CO 80504

Richard Thomas
1901 Wallenburg Drive
Fort Collins, CO 80526-1965

Robert Wootten
1310 Georgetown Road
Boulder, CO 80305-6446

Rocky Mountain Blueprint
2460 30th Street
Boulder, CO 80301-1232

Rockynet
Attn: Contract Admin.
1919 14th Street Suite 617
Boulder, CO 80302-5325

Rosa Linda's Mexican Cafe, LLC
Attn: Virgilio Aquirre
2005 W 33rd Ave
Denver, CO 80211-3413

Russ Schnell
4865 Lee Circle
Boulder, CO 80303-1112

Saiber, LLC
Attn: Morton Goldfein
One Gateway Center 13th Floor
Newark, NJ 07102-5323

Schafer & Co LLC
2525 W Barbarry Place
Denver, CO 80204-3715
Attn: Jim Schafer

Schletter, Inc.
Attn: Angelika Kraus
2520 N Jackrabbit Ave
Tucson, AZ 85745-1207

Siliken Renewable Energy
5901 Priestly Drive, Ste 170
Carlsbad, CA 92008-8827
Attn: Erin Brooks

Smiley-Marques
1914 Harvard St.
Longmont, CO 80503-1610

Solar Solutions and Distribution, LLC
700 W 48th Ave, Unit S
Denver, CO 80216-1833

Soul R Lite
1341 Carnation Circle
Longmont, CO 80503-7544

Spinnaker Management Group
231 Milwaukee St, #200
Denver, CO 80206-5016
Attn: Brett Miller

Spinnaker Management Group
231 Milwaukee St, #200
Denver, CO 80206-5016
Attn: Jeff Jorgensen

State of Colorado
Division of Securities
1560 Broadway
Suite 900
Denver, CO 80202-5150

Steve Bauhs
130 Huron Court
Boulder, CO 80303-4433

Steve Eberhart
1905 E Richard's Lake Rd
Fort Collins, CO 80524-1755

Steve Gesse
472 Brook Circle
Boulder, CO 80302-9465

SunPower Corporation
Attn: Evan Papaduke
3939 N First Street
San Jose, CA 95134-1506

SunWize Technologies, Inc.
1155 Flatbush Rd
Kingston, NY 12401-7011

Susan Dunlap
812 Dewey Ave
Boulder, CO 80304-3934

Technology Credit Corporation
Attn: Scott Hawkins
914 The Alameda
San Jose, CA 95126

Technology Credit Corporation
Attn: Scott Hawkins
The Hartford
PO Box 2907
Hartford, CT 06104-2907

Ted Delianides
2400 Kohler Drive
Boulder, CO 80305-5251

The Hartford
PO Box 2907
Hartford, CT 06104-2907

Thompson Technology Industries
20 Leveroni Court
Novato, CA 94949-5746

Thorne Ecological
Alyson Duffey Thorn Ecological Institute
1466 63rd Street
Boulder, CO 80303-1570

Triad Consulting Engineers, Inc.
Attn: JoAnn Quinn
2740 Route 10 West
Morrins Plains, NJ 07950-1258

Troy Bergstrom
1916 Table Drive
Golden, CO 80401-2444

US Trustee
999 18th St.
Ste. 1551
Denver, CO 80202-2415

Van Dalen Brower, LLC
156 W State Street, Ste 101
Trenton, NJ 08608-1100

Vectra Bank Colorado, NA
Special Assets Department
1650 S Colorado Blvd, 3rd Floor
Denver, CO 80222-4029

Walnut Apts/Boulder Housing Partners
1940 Walnut Street
Boulder, CO 80302-4432

Western Disposal Services
Dept 52
Denver, CO 80281-0052

William Goldberg
7060 E Exposition Ave
Denver, CO 80224-1514

Winlectric Company
480 E 76th Ave, Buidling 5
Unit C1
Denver, CO 80229-6215

Wnrhardt, Keefe, Steiner, Hottman, PC
7979 E Tufts Ave, Ste 400
Denver, CO 80237-2521

Xcel Energy
PO Box 840
Denver, CO 80201-0840

Xiaoyu Li
4090 Darley Avenue
Boulder, CO 80305-6521

Zoom Logistics, Inc.
2 Threadneedle Alley
Newburyport, MA  01950

Barbee James
Details Design Studio
1800 Commerce St.
Ste. D
Boulder, CO 80301-2731

Evan Colin Popaduke
SunPower Corporation
1414 Harbour Way South
Richmond, CA 94804-3634

Jeffrey S. Brinen
303 E. 17th Ave.
Ste. 500
Denver, CO 80203-1258

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Blue Oak Energy, Inc.

(u)SunPower Corporation

(u)Vectra Bank Colorado


(d)Alvin & Barbara Herman
1411 E 24th Street
Greeley, CO 80631-9020

(d)Blue Oak Energy
Attn: Christine
4614 Second Street, Ste 4
Davis, CA 95618-9401

(d)Cahill, O'Kelly & Associates
4810 Riverbend Rd
Boulder, CO 80301-2643


(d)Canadian Solar USA Inc.
Attn: David Koo
12657 Alcosta Blvd, Ste 140
San Ramon, CA 94583-4796

(d)City and County of Denver
Treasury Div, Wellington Webb Bldg
201 W. Colfax Ave
Denver CO 80202-5329

(d)City of Boulder Sales/Use Tax Division
PO Box 791
Boulder CO 80306-0791


(d)Conergy Inc.
2480 W 26th Ave, #26B
Denver, CO 80211-5311
Attn: Ida Armijo

(d)Gro Solar
PO box 6144
Brattleboro, VT 05302-6144

(d)Holland & Hart, LLP
Attn: Paula
555 17th Street, #3200
Denver, CO 80202-3921


(d)Jefferson County
100 Jefferson County Parkway
Golden CO 80419-0002

(d)Joe Callahan
3297 Walnut Street
Boulder, CO 80301-2555

(d)John Meyer
1440 Patton Drive
Boulder, CO 80303-1257


(d)Morgan Lewis & Bockius, LLP
Attn: Kenneth M. Kulak
1701 Market Street
Philadelphia, PA 19103-2987

(d)PES Associates, Inc.
Attn: Pat Segedin
PO Box 271
Norwood, NJ 07648-0271

(d)Rich Filipek
1004 plateau Rd
Longmont, CO 80504


(d)Rockynet
Attn: Contract Admin.
1919 14th Street, Suite 617
Boulder, CO 80302-5325

(d)Saiber, LLC
Attn: Morton Goldfein
One Gateway Center 13th Floor
Newark, NJ 07102-5323

(d)Siliken Renewable Energy
5901 priestly Drive, Ste 170
Carlsbad, CA 92008-8827
Attn: Erin Brooks


(d)Solar Solutions and Distribution, LLC
700 W 48th Ave, Unit S
Denver, CO 80216-1833

(d)Steve Bauhs
130 Huron Court
Boulder, CO 80303-4433

(d)SunPower Corporation
Attn: Evan Papaduke
3939 N First Street
San Jose, CA 95134-1506


(d)The Hartford
PO Box 2907
Hartford, CT 06104-2907

(d)Triad Consulting Engineers, Inc.
Attn: JoAnn Quinn
2740 Route 10 west
Morris Plains, NJ 07950-1258

(d)Van Dalen Brower, LLC
156 W State Street, Ste 101
Trenton, NJ 08608-1100

(d)Zoom Logistics, Inc.
2 Threadneedle Alley
Newburyport, MA 01950

(d)John Meyer
1440 Patton Dr.
Boulder, CO 80303-1257

End of Label Matrix
Mailable recipients    173
Bypassed recipients     29
Total                  202