UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| SIMPLE SOLAR SOLUTIONS, LLC | ) | Case No. 10-21850-ABC |
| EIN: 20-4455303 | ) | Chapter 11 |
|    Debtor. | ) | |

**NOTICE OF MOTION TO PAY DOWN PRE-PETITION CLAIM OF CRITICAL VENDOR SUNPOWER CORPORATION AND FOR CERTAIN RELATED RELIEF**

**OBJECTION DEADLINE: AUGUST 19, 2010**

TO ALL PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that Simple Solar Solutions LLC ("Debtor") has filed a Motion to Pay Down the Pre-Petition Claim of Critical Vendor SunPower Corporation ("SunPower") pursuant to Bankruptcy Code Section 105(a) and the critical vendor doctrine and requests the following relief: The Debtor seeks approval to pay SunPower an additional five percent of each order, such amount to be applied against SunPower's pre-petition unsecured claim of approximately $305,414, and against the pre-petition unsecured claim of SunPower's receivable factor, Technology Credit Corporation, in the amount of $442,278. In addition, the Debtor agrees to waive potential avoidance actions against SunPower and Technology Creditor Corporation. SunPower provides solar panels that are essential to the Debtor's business, and that are more efficient and of superior quality than potential alternative providers, all as further set forth in the Motion. The cost of obtaining an alternate supplier, developing new marketing materials, changing its website, changing its show room, and educating sales people is likely to jeopardize the Debtor's chances for a successful reorganization. There is a risk that the Debtor's reputation in the community will be harmed if it no longer provides the highest quality solar panels available on the market. The Debtor is also seeking a waiver of the 14 days stay under Rule 6004(h).

If you oppose the motion or object to the requested relief your objection and request for hearing must be filed on or before the objection deadline stated above, served on the movant at the address indicated below, and must state clearly all objections and any legal basis for the objections. The Court will not consider general objections.

In the absence of a timely and substantiated objection and request for hearing by an interested party, the Court may approve or grant the requested relief without any further notice to creditors or other interested parties.

DATED: July 29, 2010

Respectfully submitted,

By: /s/ _____
Jeffrey S. Brinen, #20565
Aaron A. Garber #36099
**KUTNER MILLER BRINEN, P.C.**
303 East 17th Avenue, Suite 500
Denver, CO 80203
Telephone: (303) 832-2400
Telecopy: (303) 832-1510
jsb@kutnerlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 29, 2010, a copy of the foregoing **NOTICE OF MOTION TO PAY DOWN PRE-PETITION CLAIM OF CRITICAL VENDOR SUNPOWER CORPORATION AND FOR CERTAIN RELATED RELIEF** in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) on parties in interest contained on the attached list, which is a copy of the court's Creditor Address Mailing Matrix for this case, obtained from PACER on July 29, 2010, and, if applicable, other interested parties the movant mailed notice at the following addresses:

L. Kent Wyatt, Esq.
P.O. Box 13530
Sacramento, CA 95853-3530

Barbee James
Details Design Studio
1800 Commerce St.
Ste. D
Boulder, CO 80301

John Meyer
1440 Patton Dr.
Boulder, CO 80303

Evan Colin Popaduke
SunPower Corporation
1414 Harbour Way South
Richmond, CA 94804

Caroline C. Fuller, Esq.
1700 Lincoln St.
Ste. 2400
Denver, CO 80203-4524

Lawrence Bass, Esq.
3200 Wells Fargo Center
1700 Lincoln St.
Denver, CO 80203

Robert A. Trodella, Jr., Esq.
555 California St.
26th Fl.
San Francisco, CA 94104

Alan K. Motes, Esq.
United States Trustee Program
999 18th St., Ste. 1551
Denver, CO 80202

Thomas H. Keyse, Esq.
1700 Lincoln St.
Ste. 4000
Denver, CO 80203-4505

By: _s/ Angela R. Upton_
     Angela R. Upton

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1082-1<br>Case 10-21850-ABC<br>District of Colorado<br>Denver<br>Thu Jul 29 14:09:24 MDT 2010 | O&O Roofing, Inc.<br>6270 E 50th Ave<br>Commerce City, CO 80022-4530 | ADT Security Services, Inc.<br>PO Box 371956<br>Pittsburgh, PA 15250-7956 |
| ADT Security Services, Inc.<br>PO Box 96175<br>Las Vegas, NV 89193-6175 | AEE Solar<br>775 Fiero Lane, Ste 200<br>San Luis Obispo, CA 93401-7904 | AEE Solar<br>775 Fiero Lane, Ste 200<br>San Luis Obispo, CA 93401-7904<br>Attn: John Wieneki |
| AT&T<br>PO Box 1809<br>Paramus, NJ 07653-1809 | Academy<br>970 Aurora Ave<br>Boulder, CO 80302-7262 | Ahern Rentals<br>4241 Arville Street<br>Las Vegas, NV 89103-3713 |
| Alvin & Barbara Herman<br>1411 E 24th St<br>Greeley, CO 80631-9020 | Anchor Engineering Inc.<br>3611 Blake Street<br>Denver, CO 80205-2409 | Andrew Conigliaro<br>517 Indian Peaks Trail W<br>Lafayette, CO 80026-9316 |
| Andy Burgess<br>2615 6th Street<br>Boulder, CO 80304-3205 | Anita Koelzer<br>2008 Salibury Court<br>Lafayette, CO 80026-9137 | Apple Financial Services<br>PO box 31001-0497<br>Pasadena, CA 91110-0497 |
| AquaPure Corporation<br>10M Commerce Way<br>Woburn, MA 01801-1028 | Arleen Miller<br>173 Wild Tiger Rd<br>Boulder, CO 80302-9263 | Attn: John Wieneki<br>Ahern Rentals<br>4241 Arville Street<br>Las Vegas, NV 89103-3713 |
| Barbee James<br>Details Design Studio, LLC<br>1800 Commerce Street, #D<br>Boulder, CO 80301-2731 | Lawrence Bass<br>3200 Wells Fargo Center<br>1700 Lincoln St.<br>Denver, CO 80203-4500 | Bell Techlogix, Inc.<br>PO Box 823342<br>Philadelphia, PA 19182-3342 |
| Blue Oak Energy<br>Attn: Christine<br>4614 Second Street, Ste 4<br>Davis, CA 95618-9401 | Brian Clark<br>PO Box 856<br>Hilo, HI 96721-0856 | Brian Clark<br>c/o Hassan Law Firm, LLC<br>1035 Pearl St., Ste 400<br>Boulder, CO 80302-5127 |
| Brian Gurinsky<br>2010 S Cook Street<br>Denver, CO 80210-3609 | Jeffrey S. Brinen<br>303 E. 17th Ave.<br>Ste. 500<br>Denver, CO 80203-1258 | Brown & Brown of Colorado Inc.<br>1660 S Albion St, #525<br>Denver, CO 80222-4020 |
| Brown McCarroll LLP<br>111 Congress Ave, Ste 1400<br>Austin, TX 78701-4093<br>Attn: Gina Lendway | Building Meeting Religious Soc. Friends<br>c/o Tom Bach-Wiig<br>1825 Upland Ave<br>Boulder, CO 80304-0834 | Byron Walker<br>7587 Lupine Court<br>Arvada, CO 80007-7938 |

CED
Attn: Monica
PO Box 9599
Denver, CO 80209-0599

CEO
Attn: Monica
PO Box 9599
Denver, CO 80209-0599

CMC, Inc.
1115 Des Moines
Loveland, CO 80537-5106

Cahill, O'Kelly & Associates
4810 Riverbend Rd
Boulder, CO 80301-2643

Canadian Solar USA Inc.
Attn: David Koo
12657 Alcosta Blvd, Ste 140
San Ramon, CA 94583-4796

Casey Middle School
Saunders Construction
6950 S Jordan Rd
Centennial, CO 80112-4211

Cbeyond Communications, LLC
Attn: Customer Care
320 Interstate North Parkway, Suite 300
Atlanta, GA 30339-2205

Cheryl Brazeau
210 E Cornwall Court
Lafayette, CO 80026-1160

Christie Engineering PC
Attn: Jeffrey Bravstein
211 Somerville Rd
Bedminster, NJ 07921-1827

Cintas
PO Box 636525
Cincinnati, OH 45263-6525

City and County of Denver
Treasury Div, Wellington Webb Bldg
201 W. Colfax Ave
Denver CO 80202-5329

City of Boulder Sales/Use Tax Division
PO Box 791
Boulder CO 80306-0791

City of Louisville
Sales & Use Tax Division
749 Main St
Louisville, CO 80027-1829

City of Westminster
Sales Tax Division
4800 W 92nd Ave
Westminster, CO 80031-6387

Clay Phipps/Galaxi/Haiku
2905 Center Green Ct.
Boulder, CO 80301-2274

Colorado Department of Revenue
1375 Sherman Street
Denver, CO 80261-0001

Colorado Electrical Systems
Colorado Accounts
PO Box 5267
Greenwood Village, CO 80155-5267

Conergy Inc.
2480 W 26th Ave, #26B
Denver, CO 80211-5311
Attn: Ida Armijo

Copper State Bolt & Nut co.
3622 N 34th Ave
Phoenix, AZ 85017-4401

D&D Roofing, Inc.
6270 E 50th Ave
Commerce City, CO 80022-4530

DPW Solar Corporation
4000 B Vassar Drive
NE Albuquerque, NM 87107-2056

Dave Thompson
1059 Twin Sisters Rd
Nederland, CO 80466

David & Carin Poe
10667 Lowell Drive
Westminster, CO 80031-1922

David Figurski
7442 W 82nd Way
Arvada, CO 80003-1606

David King
3863 Newton Street
Denver, CO 80211-1942

David Zeutzius
303 Conrad Drive
Erie, CO 80516-6878

Denver Intermodal Express
10700 E 40th Ave
Denver, CO 80239-3221

Dex East
PO box 78041
Phoenix, AZ 85062-8041

Dominique Gettiffe
2970 Washington Street
Boulder, CO 80304-3131

Dominique Gettliffe
2970 Washington St
Boulder, CO 80304-3131

Doug Henry
5214 32nd Street
Greeley, CO 80634-8773

Duffy, Dolcy, McManus & Roesch, PA
Attn: Peter J. Dolcy
634 Lost Pine Way
Galloway, NJ 08205-9694

Duffy, Dolcy, McManus & Roesch, PA
Attn: Peter J. Dolcy
634 Lost Pine Way
Galloway, NJ 08205-9694

Ehrnhardt, Keefe, Steiner, Hottman, PC
Attn: Andrea Olson
7979 E. Tufts Avenue Suite 400
Denver, CO 80237-2521

Enviromental Technology, Inc.
Attn: David Krueger
PO Box 50
Chester, NJ 07930-0050

Erin Kimmel and Simon Hoskins
3349 S Dexter St
Denver, CO 80222-7227

Eugene Wahl
4400 Wellington Rd
Boulder, CO 80301-3158

Fastenal Company
PO Box 1286
Winona, MN 55987-7286

Focused Energy, Inc.
1730 Camino Carlos Rey, Ste 201
Santa Fe, NM 87507-2340

Full Partner, LLC
4730 Walnut Ave., Suite 108
Boulder, CO 80301-2558

Caroline C. Fuller
1700 Lincoln St.
Ste. 2400
Denver, CO 80203-4524

Gabe Simpson
569 Juniper Ct.
Louisville, CO 80027-2618

Glenn Benjamin
8338 W 75th Way
Arvada, CO 80005-4532

Global Resource Options, Inc. ("groSola
PO box 6144
Brattleboro, VT 05302-6144

Grainger
Dept 856725858
PO Box 419267
Kansas City, MO 64141-6267

Great America Leasing Corporation
PO Box 609
Cedar Rapids, IA 52406-0609

Greg Kielian
4763 Sylia Lane
Erie, CO 80516-9041

Gro Solar
PO box 6144
Brattleboro, VT 05302-6144

Hartford Fire Insurance Company
Bankruptcy Unit, T-1-55
Hartford Plaza
Hartford, CT 06115

Hensley Kim & Holzer, LLC
Attn: Tish Parker
1660 Lincold Street, Suite 3000
Denver, CO 80264-3001

Holland & Hart, LLP
Attn: Paula
555 17th Street, #3200
Denver, CO 80202-3921

Holme Roberts & Owen, LLP
Attn: Myma Rose
1700 Lincoln Street, #4100
Denver, CO 80203-4541

Holme Roberts & Owen, LLP
Attn: Myrna Rose
1700 Lincoln Street, #4100
Denver, CO 80203-4541

Home Depot
Dept 32-2505144794
PO Box 6031
The Lakes, NV 88901-6031

IP 5280 Communications, LLC
391 Inverness Pkwy
Suite 300
Engelwood, CO 80112-5856

IP 5280 Communications, LLC
391 Inverness Pkwy
Suite 300
Englewood, CO 80112-5856

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Barbee James
Details Design Studio
1800 Commerce St.
Ste. D
Boulder, CO 80301-2731

Jared K. Hassan
1035 Pearl Street, #400
Boulder, CO 80302-5127

Jefferson County
100 Jefferson County Parkway
Golden CO 80419-0002

| | | |
|---|---|---|
| Jeffrey J. Sprout<br>3258 Meadow Mountain Rd<br>Evergreen, CO 80439 | Joe Callahan<br>3297 Walnut Street<br>Boulder, CO 80301-2555 | John Godzac<br>2958 Florence Street<br>Denver, CO 80238-2969 |
| John Meyer<br>1440 Patton Drive<br>Boulder, CO 80303-1257 | Joseph Mann & Creed<br>20600 Chagrin Blvd., Suite 550<br>Shaker Heights, OH 44122-5340 | Julee Herdt<br>6400 Arapahoe Rd<br>Boulder, CO 80303-1450 |
| Kamlet Reichert, LLP<br>Attn: Mike Pardun's Personal Attorney<br>1515 Arapahoe Street, Tower 1<br>Suite 1600<br>Denver, CO 80202-2137 | Kathleen Stevenson<br>987 Lost Angel Rd<br>Boulder, CO 80302-9297 | Ken Iwamasa<br>64 Huron Ct<br>Boulder, CO 80303-4414 |
| Thomas H. Keyse<br>1700 Lincoln St.<br>Ste. 4000<br>Denver, CO 80203-4540 | Kreizel/Perry Partnership, LLP<br>c/o Freeman Myre<br>6800 N 79th Street, Ste 200<br>Niwot, CO 80503-8978 | Kutner Miller Brinen, P.C.<br>303 E. 17th Ave.<br>Ste. 500<br>Denver, CO 80203-1258 |
| Lampliter, LLC<br>Michael Yokell<br>c/o Metres Property Group<br>385 S Depew Street<br>Lakewood, CO 80226-3678 | Larry Davis<br>2996 Bald Mountain Rd.<br>Central City, CO 80427 | Loris and Associates, Inc.<br>Attn: Peter Loris<br>2585 Trail Ridge Drive East<br>Lafayette, CO 80026-3495 |
| Mary Ullmer<br>2655 S Zurich Ct.<br>Denver, CO 80219-5655 | Matt Fater<br>207 N Grant Ave<br>Fort Collins, CO 80521-1917 | Matthew Oetting<br>4065 Darley Ave<br>Boulder, CO 80305-6520 |
| Michelle Estes<br>4537 Beach Court<br>Denver, CO 80211-1452 | Mike Bare<br>2509 Falcon Dr.<br>Longmont, CO 80503-7942 | MonMouth Telecom<br>PO Box 8656<br>Red Bank, NJ 07701-8656 |
| Morgan Lewis & Bockius, LLP<br>Attn: Kenneth M. Kulak<br>1701 Market Street<br>Philadelphia, PA 19103-2987 | Morrell Printing<br>990 S Public Rd Unit C<br>Lafayette, CO 80026-2196 | Mote Malik<br>793 Pope Ct.<br>Erie, CO 80516-6522 |
| Alan K. Motes<br>United States Trustee Program<br>999 18th St., Ste. 1551<br>Denver, CO 80202-2415 | NABCEP Professional Testing, Inc.<br>7680 Universal Rd, Ste 300<br>Orlando, FL 32819-8949 | Nancy George<br>1709 Bain Drive<br>Erie, CO 80516-7217 |
| Northglenn Winlectric Co<br>c/o W.C.M.S.<br>2185 La Crosse Ave.,<br>Colton, CA 92324-4420 | Office of the Attorney General<br>State of Colorado<br>1525 Sherman Street<br>7th Floor<br>Denver, CO 80203-1700 | Office of the Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Suite 4400<br>Washington, DC 20530-0001 |

| | | |
|---|---|---|
| Office of the US Attorney<br>District of Colorado<br>1225 Seventeenth Street<br>Suite 700<br>Denver, CO 80202-5598 | Olympic Metals, Inc.<br>5775 Monaco Street<br>Commerce City, CO 80022-4059 | PES Associates, Inc.<br>Attn: Pat Segedin<br>PO Box 271<br>Norwood, NJ 07648-0271 |
| PIP<br>673 30th Street<br>Boulder, CO 80303-2310 | PIP Printing # 680<br>2110 Stone Canyon Rd.<br>Longmont, CO 80503-7322 | PJM Interconnection<br>Attn: Marie Lassiter<br>955 Jefferson Ave Valley Forge Corp Cntr<br>Norristown, PA 19403-2497 |
| PanelClaw Inc.<br>21 High Street. #209<br>North Andover, MA 01845-2607 | Patricia Callahan<br>401 69th Street<br>Kenosha, WI 53143-5520 | Paul Neustedter<br>1908 Table Drive<br>Golden, CO 80401-2444 |
| Peter Gaal<br>50 Wagner Circle<br>Boulder, CO 80304 | Pfosi and Sons LLC<br>1160 Nottingham Street<br>Lafayette, CO 80026-1134<br>Attn: Eric Pfosi | Pitney Bowes<br>PO Box 856042<br>Louisville, KY 40285-6042 |
| Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville FL 32256-6016 | Pitney Bowes Inc.<br>c/o Credit Management Corp.<br>PO Box 1396<br>Madison, CT  06443-1396 | Platts<br>PO Box 848093<br>Dallas, TX 75284-8093 |
| Evan Colin Popaduke<br>SunPower Corporation<br>1414 Harbour Way South<br>Richmond, CA 94804-3634 | Preferred Safety Products, Inc.<br>4785 Elati Street, Ste 15<br>Denver, CO 80216-1836 | Qwest<br>PO Box 29040<br>Phoenix, AZ 85038-9040 |
| Rich Filipek<br>1004 Plateau Rd<br>Longmont, CO 80504 | Richard Thomas<br>1901 Wallenburg Drive<br>Fort Collins, CO 80526-1965 | Robert Wootten<br>1310 Georgetown Road<br>Boulder, CO 80305-6446 |
| Rocky Mountain Blueprint<br>2460 30th Street<br>Boulder, CO 80301-1232 | Rockynet<br>Attn: Contract Admin.<br>1919 14th Street Suite 617<br>Boulder, CO 80302-5325 | Rosa Linda's Mexican Cafe, LLC<br>Attn: Virgilio Aquirre<br>2005 W 33rd Ave<br>Denver, CO 80211-3413 |
| Russ Schnell<br>4865 Lee Circle<br>Boulder, CO 80303-1112 | Saiber, LLC<br>Attn: Morton Goldfein<br>One Gateway Center 13th Floor<br>Newark, NJ 07102-5323 | Schafer & Co LLC<br>2525 W Barbarry Place<br>Denver, CO 80204-3715<br>Attn: Jim Schafer |
| Schletter, Inc.<br>Attn: Angelika Kraus<br>2520 N Jackrabbit Ave<br>Tucson, AZ 85745-1207 | Siliken Renewable Energy<br>5901 Priestly Drive, Ste 170<br>Carlsbad, CA 92008-8827<br>Attn: Erin Brooks | Simple Solar Systems, LLC<br>3297 Walnut Street<br>Boulder, CO 80301-2555 |

| | | |
|---|---|---|
| Smiley-Marques<br>1914 Harvard St.<br>Longmont, CO 80503-1610 | Solar Solutions and Distribution, LLC<br>700 W 48th Ave, Unit S<br>Denver, CO 80216-1833 | Soul R Lite<br>1341 Carnation Circle<br>Longmont, CO 80503-7544 |
| Spinnaker Management Group<br>231 Milwaukee St, #200<br>Denver, CO 80206-5016<br>Attn: Brett Miller | Spinnaker Management Group<br>231 Milwaukee St, #200<br>Denver, CO 80206-5016<br>Attn: Jeff Jorgensen | State of Colorado<br>Division of Securities<br>1560 Broadway<br>Suite 900<br>Denver, CO 80202-5150 |
| Steve Bauhs<br>130 Huron Court<br>Boulder, CO 80303-4433 | Steve Eberhart<br>1905 E Richard's Lake Rd<br>Fort Collins, CO 80524-1755 | Steve Gesse<br>472 Brook Circle<br>Boulder, CO 80302-9465 |
| SunPower Corporation<br>Attn: Evan Papaduke<br>3939 N First Street<br>San Jose, CA 95134-1506 | SunWize Technologies, Inc.<br>1155 Flatbush Rd<br>Kingston, NY 12401-7011 | Susan Dunlap<br>812 Dewey Ave<br>Boulder, CO 80304-3934 |
| Technology Credit Corporation<br>Attn: Scott Hawkins<br>914 The Alameda<br>San Jose, CA 95126 | Technology Credit Corporation<br>Attn: Scott Hawkins<br>The Hartford<br>PO Box 2907<br>Hartford, CT 06104-2907 | Ted Delianides<br>2400 Kohler Drive<br>Boulder, CO 80305-5251 |
| The Hartford<br>PO Box 2907<br>Hartford, CT 06104-2907 | Thompson Technology Industries<br>20 Leveroni Court<br>Novato, CA 94949-5746 | Thorne Ecological<br>Alyson Duffey Thorn Ecological Institute<br>1466 63rd Street<br>Boulder, CO 80303-1570 |
| Triad Consulting Engineers, Inc.<br>Attn: JoAnn Quinn<br>2740 Route 10 West<br>Morrins Plains, NJ 07950-1258 | Robert A. Trodella Jr.<br>555 California St.<br>26th Fl.<br>San Francisco, CA 94104-1602 | Troy Bergstrom<br>1916 Table Drive<br>Golden, CO 80401-2444 |
| US Trustee<br>999 18th St.<br>Ste. 1551<br>Denver, CO 80202-2415 | Van Dalen Brower, LLC<br>156 W State Street, Ste 101<br>Trenton, NJ 08608-1100 | Vectra Bank Colorado, NA<br>Special Assets Department<br>1650 S Colorado Blvd, 3rd Floor<br>Denver, CO 80222-4029 |
| Walnut Apts/Boulder Housing Partners<br>1940 Walnut Street<br>Boulder, CO 80302-4432 | Western Disposal Services<br>Dept 52<br>Denver, CO 80281-0052 | William Goldberg<br>7060 E Exposition Ave<br>Denver, CO 80224-1514 |
| Winlectric Company<br>480 E 76th Ave, Buidling 5<br>Unit C1<br>Denver, CO 80229-6215 | Wnrhardt, Keefe, Steiner, Hottman, PC<br>7979 E Tufts Ave, Ste 400<br>Denver, CO 80237-2521 | L. Kent Wyatt<br>P.O. Box 13530<br>Sacramento, CA 95853-3530 |

Xcel Energy
PO Box 840
Denver, CO 80201-0840

Xiaoyu Li
4090 Darley Avenue
Boulder, CO 80305-6521

Zoom Logistics, Inc.
2 Threadneedle Alley
Newburyport, MA 01950

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Insolvency Unit
1999 Broadway
MS 5012 DEN
Denver, CO 80202-3025

(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Alvin & Barbara Herman
1411 E 24th Street
Greeley, CO 80631-9020

(d)Blue Oak Energy
Attn: Christine
4614 Second Street, Ste 4
Davis, CA 95618-9401

(u)Blue Oak Energy, Inc.

(d)Cahill, O'Kelly & Associates
4810 Riverbend Rd
Boulder, CO 80301-2643

(u)A. Bruce Campbell

(d)Canadian Solar USA Inc.
Attn: David Koo
12657 Alcosta Blvd, Ste 140
San Ramon, CA 94583-4796

(d)City and County of Denver
Treasury Div, Wellington Webb Bldg
201 W. Colfax Ave
Denver CO 80202-5329

(d)City of Boulder Sales/Use Tax Division
PO Box 791
Boulder CO 80306-0791

(d)Conergy Inc.
2480 W 26th Ave, #26B
Denver, CO 80211-5311
Attn: Ida Armijo

(d)Holland & Hart, LLP
Attn: Paula
555 17th Street, #3200
Denver, CO 80202-3921

(d)Jefferson County
100 Jefferson County Parkway
Golden CO 80419-0002

(d)Joe Callahan
3297 Walnut Street
Boulder, CO 80301-2555

(d)John Meyer
1440 Patton Drive
Boulder, CO 80303-1257

(d)John Meyer
1440 Patton Dr.
Boulder, CO 80303-1257

(d)Morgan Lewis & Bockius, LLP
Attn: Kenneth M. Kulak
1701 Market Street
Philadelphia, PA 19103-2987

(d)PES Associates, Inc.
Attn: Pat Segedin
PO Box 271
Norwood, NJ 07648-0271

(d)Rich Filipek
1004 plateau Rd
Longmont, CO 80504

(d)Rockynet
Attn: Contract Admin.
1919 14th Street, Suite 617
Boulder, CO 80302-5325

| | | |
|---|---|---|
| (d)Saiber, LLC<br>Attn: Morton Goldfein<br>One Gateway Center 13th Floor<br>Newark, NJ 07102-5323 | (d)Siliken Renewable Energy<br>5901 priestly Drive, Ste 170<br>Carlsbad, CA 92008-8827<br>Attn: Erin Brooks | (d)Solar Solutions and Distribution, LLC<br>700 W 48th Ave, Unit S<br>Denver, CO 80216-1833 |
| (d)Steve Bauhs<br>130 Huron Court<br>Boulder, CO 80303-4433 | (u)SunPower Corporation | (d)SunPower Corporation<br>Attn: Evan Papaduke<br>3939 N First Street<br>San Jose, CA 95134-1506 |
| (d)The Hartford<br>PO Box 2907<br>Hartford, CT 06104-2907 | (d)Triad Consulting Engineers, Inc.<br>Attn: JoAnn Quinn<br>2740 Route 10 west<br>Morrins Plains, NJ 07950-1258 | (d)Van Dalen Brower, LLC<br>156 W State Street, Ste 101<br>Trenton, NJ 08608-1100 |
| (u)Vectra Bank Colorado | (d)Zoom Logistics, Inc.<br>2 Threadneedle Alley<br>Newburyport, MA 01950 | End of Label Matrix<br>Mailable recipients   182<br>Bypassed recipients    29<br>Total                 211 |