# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re:  Simple Solar Systems, LLC | ) <br> ) Case No.  10-21850 ABC <br> ) <br> ) <br> Taxpayer ID: 20-4455303,  ) <br> ) Chapter 11 <br> Debtors.  ) |

---

## ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND
## RESERVATION OF RIGHTS

---

Pursuant to Bankruptcy Rule 9010(b), the undersigned hereby enters his appearance on behalf of the City and County of Denver, a municipal corporation, a creditor and party-in-interest herein, and requests that copies of all notices, pleadings, motions, applications, and other documents filed or served in this case (including, without limitation, all notices pursuant to Bankruptcy Rule 2002, plans, disclosure statements and U.S. Trustee's reports) be served upon the following:

> Max R. Taylor
> Assistant City Attorney
> Municipal Operations
> 201 West Colfax Avenue, Dept. 1207
> Denver, CO  80202-5332
> Telephone:    (720) 913-3275
> Direct dial:     (720) 913-8034
> Facsimile:     (720) 913-3180
> E-mail:          bankruptcy.max@denvergov.org

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) the above-mentioned creditor's rights to have final orders in non-core matters entered only after de novo review by a district judge; (ii) this creditor's rights to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) this creditor's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which this creditor is or may be entitled under agreements in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments this creditor expressly reserves.

DATED this 11th day of August, 2010.

Respectfully submitted,

CITY ATTORNEY for the
City and County of Denver

MAX TAYLOR # 35403

Assistant City Attorney

By: _____

Max R. Taylor
Attorney for City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, Colorado 80202
Telephone:    (720) 913-3275
Direct Dial:   (720) 913-8034
Facsimile:    (720) 913-3180
E-mail:
bankruptcy.max@denvergov.org

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of _____, 2010 true and correct copies of the above and foregoing **ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS** were mailed to the attached list of parties.

U.S. Bankruptcy Court, District of Colorado
721 19th St., U.S. Custom House
Denver, CO 80202
(303) 844-4045

City and County of Denver
Department of the Revenue-Treasury
Attn: Karen Katros
201 W. Colfax, 10th Floor
Denver, CO 80202

Alan K. Motes, Esq.
U.S. Trustee (District of Colorado)
999 18th St., Ste. 1551
Denver, CO 80202

Jeffrey S. Brinen, Esq.
Kutner Miller Brinen, P.C
303 E. 17th Avenue, Suite 500
Denver, CO 80203

Simple Solar Systems, LLC
3297 Walnut Street
Boulder, CO 80301

_____
City Attorney's Office