UNITED STATES BANKRUPTCY COURT
**District of Colorado**

Simple Solar Systems, LLC
EIN: 20-4455303

Case No.:   10-21850-MER
Chapter 11

Debtor(s)

OBJECTION TO MOTION TO PAY DOWN PRE-PETITION CLAIM OF CRITICAL CENDOR SUNPOWER CORPORATION AND FOR CERTAIN RELATED RELIEF.

Arleen Miller, pro se, comes before this Court and states that:

1. Please take me off the mailing list.
2. I had no contract with Simple Solar in that Simple Solar, having been fully apprised of the status of the property, had agreed to obtain a Boulder County Building Permit, and then failed to do so.
3. Simple Solar stated that it could not fulfill its obligations and install a solar powered unit.
4. Simple Solar canceled the contract.
5. No work was done and no money changed hands.
6. Simple Solar was not going to use SunPower Corporation PV Panels for me.
7. I have received nothing, no goods, no benefit, no work, no products, from Simple Solar.
8. Five percent of nothing is nothing.

I have received legal advice but prepared this document on my own for my self.
I ask that I be dismissed from this proceeding and taken off the mailing list.

Dated: August 18, 2010

Respectfully submitted,

By: *(signature)*
Arleen Miller, pro se
173 Wild Tiger Road
Boulder, CO 80302
Tel.: 303-442-6656
arleen.m@gmail.com

Sent by facsimile to 303-832-1510 and email to jsb@kutnerlaw.com:
Jeffrey S. Brinen
Aaron A. Garber
Kutner Miller Brinen, PC
303 E. 17th Avenue, Suite 500
Denver, CO 80203

*Arleen Miller* (signature)
Arleen Miller

8/18/10
Date