```
                              United States Bankruptcy Court
                                   District of Colorado
In re:                                                                      Case No. 10-21850-MER
Simple Solar Systems, LLC                                                   Chapter 11
          Debtor                      CERTIFICATE OF NOTICE
District/off: 1082-1          User: cosior                 Page 1 of 5                Date Rcvd: Sep 20, 2011
                              Form ID: pdf904              Total Noticed: 173


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2011.
db           Simple Solar Systems, LLC,    3297 Walnut Street,   Boulder, CO 80301-2555
aty          L. Kent Wyatt,   P.O. Box 13530,    Sacramento, CA 95853-3530
crcm        +Fairfield and Woods, P.C.,    c/o Caroline C. Fuller,    1700 Lincoln St.,    Ste. 2400,
              Denver, CO 80203-4524
12043750    +O&O Roofing, Inc.,    6270 E 50th Ave,    Commerce City, CO 80022-4530
12093160     ADT Security Services, Inc.,    PO Box 371956,    Pittsburgh, PA 15250-7956
12043727    +AEE Solar,   775 Fiero Lane, Ste 200,    San Luis Obispo, CA 93401-7904
12093161    +AEE Solar,   775 Fiero Lane, Ste 200,    San Luis Obispo, CA 93401-7904,    Attn: John Wieneki
12093172     AT&T,   PO Box 1809,    Paramus, NJ 07653-1809
12093158    +Academy,   970 Aurora Ave,    Boulder, CO 80302-7299
12093162    +Ahern Rentals, Inc.,    1722 W. Bonanza Rd.,    Las Vegas, NV 89106-4704
12093163    +Alvin & Barbara Herman,    1411 E 24th Street,    Greeley, CO 80631-9020
12043730    +Andrew Conigliaro,    517 Indian Peaks Trail W,    Lafayette, CO 80026-9316
12093167    +Andy Burgess,    2615 6th Street,    Boulder, CO 80304-3205
12093168    +Anita Koelzer,    2008 Salibury Court,    Lafayette, CO 80026-9137
12093169    +Apple Financial Services,    1010 Thomas Edison BLVD, SW,    Cedar Rapids, IA 52404-8247
12093170    +AquaPure Corporation,    10M Commerce Way,    Woburn, MA 01801-1000
12093171    +Arleen Miller,    173 Wild Tiger Rd,   Boulder, CO 80302-9263
12043728     Attn: John Wieneki,    Ahern Rentals,   4241 Arville Street,    Las Vegas, NV 89103-3713
12093174    +Barbee James,    Details Design Studio, LLC,    c/o James A. Cooke, PC,    2727 Pine Street, Suite 3,
              Boulder, CO 80302-3846
12043731    +Bell Techlogix, Inc.,    PO Box 823342,    Philadelphia, PA 19182-3342
12043732    +Blue Oak Energy,    Attn: Christine,    4614 Second Street, Ste 4,    Davis, CA 95618-9401
12043733    +Brian Clark,   c/o Hassan Law Firm, LLC,    1035 Pearl St., Ste 400,    Boulder, CO 80302-5127
12093178    +Brian Gurinsky,    2010 S Cook Street,   Denver, CO 80210-3609
12043734    +Brown & Brown of Colorado Inc.,    1660 S Albion St, #525,    Denver, CO 80222-4020
12043735    +Brown McCarroll LLP,    111 Congress Ave, Ste 1400,    Austin, TX 78701-4093,   Attn: Gina Lendway
12374220    +Brown McCarroll, L.L.P.,    c/o Lynn H. Butler,    111 Congress Ave.,    Suite 1400,
              Austin , TX 78701-4093
12093180    +Building Meeting Religious Soc. Friends,    c/o Tom Bach-Wiig,    1825 Upland Ave,
              Boulder, CO 80304-0834
12043736    +Byron Walker,    7587 Lupine Court,   Arvada, CO 80007-7938
12093186    +CED,   Attn: Monica,    PO Box 9599,   Denver, CO 80209-0599
12043739    +CEO,   Attn: Monica,    PO Box 9599,   Denver, CO 80209-0599
12043746    +CMC, Inc.,    1115 Des Moines,    Loveland, CO 80537-5106
12043737    +Cahill, O'Kelly & Associates,    4810 Riverbend Rd,   Boulder, CO 80301-2643
12043738    +Canadian Solar USA Inc.,    Attn: David Koo,    12657 Alcosta Blvd, Ste 140,
              San Ramon, CA 94583-4600
12093184    +Casey Middle School,    Saunders Construction,    6950 S Jordan Rd,    Centennial, CO 80112-4211
12093185    +Cbeyond Communications, LLC,    Attn: Customer Care,    320 Interstate North Parkway, Suite 300,
              Atlanta, GA 30339-2205
12093187    +Cheryl Brazeau,    210 E Cornwall Court,    Lafayette, CO 80026-1160
12043740    +Christie Engineering PC,    Attn: Jeffrey Bravstein,    211 Somerville Rd,
              Bedminster, NJ 07921-1827
12043742    +City and County of Denver,    Treasury Div, Wellington Webb Bldg,     201 W. Colfax Ave,
              Denver CO 80202-5329
12331661    +City and County of Denver/Treasury,    Attn: Karen Katros, Bankruptcy Analyst,
              201 W. Colfax Ave., Department 1001,    Denver, CO 80202-5332
12043744    +City of Louisville,    Sales & Use Tax Division,    749 Main St,    Louisville, CO 80027-1829
12093194    +Clay Phipps/Galaxi/Haiku,    2905 Center Green Ct.,    Boulder, CO 80301-2274
12093197    +Colorado Electrical Systems,    Colorado Accounts,    PO Box 5267,
              Greenwood Village, CO 80155-5267
12043749    +Copper State Bolt & Nut co.,    3622 N 34th Ave,    Phoenix, AZ 85017-4401
12093200    +D&D Roofing, Inc.,    6270 E 50th Ave,   Commerce City, CO 80022-4530
12043752    +DPW Solar Corporation,    4000 B Vassar Drive,    NE Albuquerque, NM 87107-2056
12093201     Dave Thompson,    1059 Twin Sisters Rd,    Nederland, CO 80466
12093202    +David & Carin Poe,    10667 Lowell Drive,    Westminster, CO 80031-1922
12093203    +David Figurski,    7442 W 82nd Way,    Arvada, CO 80003-1606
12093204    +David King,    3863 Newton Street,    Denver, CO 80211-1942
12093205    +David Zeutzius,    303 Conrad Drive,   Erie, CO 80516-6878
12093206     Denver Intermodal Express,    10700 E 40th Ave,    Denver, CO 80239-3221
12093208    +Dominique Gettiffe,    2970 Washington Street,    Boulder, CO 80304-3131
12093209    +Dominique Gettliffe,    2970 Washington St,    Boulder, CO 80304-3131
12093210    +Doug Henry,    5214 32nd Street,    Greeley, CO 80634-8773
12043753    +Duffy, Dolcy, McManus & Roesch, PA,    Attn: Peter J. Dolcy,    634 Lost Pine Way,
              Galloway, NJ 08205-9694
12093212    +Duffy, Dolcy, McManus & Roesch, PA,    Attn: Peter J. Dolcy,    634 Lost Pine Way,
              Galloway, NJ 08205-9694
12043754    +Ehrnhardt, Keefe, Steiner, Hottman, PC,    Attn: Andrea Olson,    7979 E. Tufts Avenue Suite 400,
              Denver, CO 80237-2521
12043755    +Enviromental Technology, Inc.,    Attn: David Krueger,    PO Box 50,    Chester, NJ 07930-0050
12093215    +Erin Kimmel and Simon Hoskins,    3349 S Dexter St,    Denver, CO 80222-7227
12093216    +Eugene Wahl,    4400 Wellington Rd,    Boulder, CO 80301-3158
12043756    +Fastenal Company,    PO Box 1286,    Winona, MN 55987-7286
```

```
District/off: 1082-1           User: cosior                Page 2 of 5                   Date Rcvd: Sep 20, 2011
                               Form ID: pdf904             Total Noticed: 173

12043757      +Focused Energy, Inc.,    1730 Camino Carlos Rey, Ste 201,    Santa Fe, NM 87507-2340
12093220      +Gabe Simpson,   569 Juniper Ct.,    Louisville, CO 80027-2618
12093221       Glenn Benjamin,    8338 W 75th Way,    Arvada, CO 80005-4532
12093223      +Great America Leasing Corporation,    PO Box 609,    Cedar Rapids, IA 52406-0609
12043759      +Greg Kielian,   4763 Sylia Lane,    Erie, CO 80516-9041
12259151       Hartford Fire Insurance Company,    Bankruptcy Unit, T-1-55,    Hartford Plaza,
                Hartford, CT 06115
12093226      +Hensley Kim & Holzer, LLC,    Attn: Tish Parker,   1660 Lincold Street, Suite 3000,
                Denver, CO 80264-3001
12043761      +Hensley Kim & Holzer, LLC,    Attn: William T. Slamkowski, Esq,    1660 Lincoln Street, Suite 3000,
                Denver, CO 80264-3001
12043762      +Holland & Hart, LLP,    Attn: Paula,    555 17th Street, #3200,    Denver, CO 80202-3921
12093228      +Holme Roberts & Owen, LLP,    Attn: Myma Rose,    1700 Lincoln Street, #4100,
                Denver, CO 80203-4541
12043763      +Holme Roberts & Owen, LLP,    Attn: Myrna Rose,    1700 Lincoln Street, #4100,
                Denver, CO 80203-4541
12043764       Home Depot,   Dept 32-2505144794,    PO Box 6031,    The Lakes, NV 88901-6031
12043765     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    Insolvency Unit,    1999 Broadway,
                MS 5012 DEN,    Denver, CO 80202-3025)
12043766     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,    PO Box 21126,
                Philadelphia, PA 19114-0326)
12093232      +IP 5280 Communications, LLC,    391 Inverness Pkwy,    Suite 300,    Engelwood, CO 80112-5856
12093233      +IP 5280 Communications, LLC,    391 Inverness Pkwy,    Suite 300,    Englewood, CO 80112-5856
12093234      +Jared K. Hassan,    1035 Pearl Street, #400,    Boulder, CO 80302-5127
12093236       Jeffrey J. Sprout,    3258 Meadow Mountain Rd,    Evergreen, CO 80439
12043768       Joe Callahan,   3297 Walnut Street,    Boulder, CO 80301-2555
12093238      +John Godzac,    2958 Florence Street,    Denver, CO 80238-2969
12043769      +John Meyer,   1440 Patton Drive,    Boulder, CO 80303-1257
12043770       Joseph Mann & Creed,    20600 Chagrin Blvd., Suite 550,    Shaker Heights, OH 44122-5340
12093241      +Julee Herdt,   6400 Arapahoe Rd,    Boulder, CO 80303-1450
12043771      +Kamlet Reichert, LLP,    Michael E. Pardun,    Attn: E. Lee Reichert,
                950 Seventeenth St. Suite, 240,    Denver, CO 80202-2808
12093242      +Kamlet Reichert, LLP,    Attn: Mike Pardun's Personal Attorney,    1515 Arapahoe Street, Tower 1,
                Suite 1600,   Denver, CO 80202-2137
12093243      +Kathleen Stevenson,    987 Lost Angel Rd,    Boulder, CO 80302-9297
12093244      +Ken Iwamasa,    64 Huron Ct,   Boulder, CO 80303-4414
12093245      +Kreizel/Perry Partnership, LLP,    c/o Freeman Myre,    6800 N 79th Street, Ste 200,
                Niwot, CO 80503-8978
12093246      +Lampliter, LLC,    Michael Yokell,    c/o Metres Property Group,    385 S Depew Street,
                Lakewood, CO 80226-3678
12043772       Larry Davis,   2996 Bald Mountain Rd.,    Central City, CO 80427
12043773      +Loris and Associates, Inc.,    Attn: Peter Loris,    2585 Trail Ridge Drive East,
                Lafayette, CO 80026-3495
12093249      +Mary Ullmer,    2655 S Zurich Ct.,    Denver, CO 80219-5655
12093250      +Matt Fater,    207 N Grant Ave,    Fort Collins, CO 80521-1917
12093251      +Matthew Oetting,    4065 Darley Ave,    Boulder, CO 80305-6520
12093252      +Michelle Estes,    4537 Beach Court,    Denver, CO 80211-1452
12093253      +Mike Bare,    2509 Falcon Dr.,    Longmont, CO 80503-7942
12043774      +MonMouth Telecom,    PO Box 8656,    Red Bank, NJ 07701-8656
12043775      +Morgan Lewis & Bockius, LLP,    Attn: Kenneth M. Kulak,    1701 Market Street,
                Philadelphia, PA 19103-2987
12043776      +Morrell Printing,    990 S Public Rd Unit C,    Lafayette, CO 80026-2196
12093257      +Mote Malik,    793 Pope Ct.,    Erie, CO 80516-6522
12043777      +NABCEP Professional Testing, Inc.,    7680 Universal Rd, Ste 300,    Orlando, FL 32819-8949
12093259      +Nancy George,    1709 Bain Drive,    Erie, CO 80516-7217
12286982      +Northglenn Winlectric Co,    c/o W.C.M.S.,    2185 La Crosse Ave.,,    Colton, CA 92324-4420
12043779    ++++OFFICE OF THE ATTORNEY GENERAL,    STATE OF COLORADO,    1525 SHERMAN ST STE 700,
                DENVER CO  80203-1700
                (address filed with court: Office of the Attorney General,    State of Colorado,
                1525 Sherman Street,    7th Floor,    Denver, CO 80203)
12043778       Office of the Attorney General,    US Department of Justice,    950 Pennsylvania Avenue, NW,
                Suite 4400,    Washington, DC 20530-0001
12043780       Office of the US Attorney,    District of Colorado,    1225 Seventeenth Street,    Suite 700,
                Denver, CO 80202-5598
12043781      +Olympic Metals, Inc.,    5775 Monaco Street,    Commerce City, CO 80022-4059
12043783      +PES Associates, Inc.,    Attn: Pat Segedin,    PO Box 271,    Norwood, NJ 07648-0271
12043786      +PIP,   673 30th Street,    Boulder, CO 80303-2310
12093269      +PIP Printing # 680,    2110 Stone Canyon Rd.,    Longmont, CO 80503-7322
12043788       PJM Interconnection,    Attn: Marie Lassiter,    955 Jefferson Ave Valley Forge Corp Cntr,
                Norristown, PA 19403-2497
12043782      +PanelClaw Inc.,    21 High Street. #209,    North Andover, MA 01845-2607
12093265      +Patricia Callahan,    401 69th Street,    Kenosha, WI 53143-5520
12093266      +Paul Neustedter,    1908 Table Drive,    Golden, CO 80401-2444
12043784      +Peter Gaal,    50 Wagner Circle,    Boulder, CO 80304-0470
12043785      +Pfosi and Sons LLC,    1160 Nottingham Street,    Lafayette, CO 80026-1134,    Attn: Eric Pfosi
12093271       Pitney Bowes Inc.,    c/o Credit Management Corp.,    PO Box 1396,    Madison, CT  06443-1396
```

```
District/off: 1082-1            User: cosior                Page 3 of 5                  Date Rcvd: Sep 20, 2011
                                Form ID: pdf904             Total Noticed: 173

12043789      Platts,   PO Box 848093,    Dallas, TX 75284-8093
12043790     +Preferred Safety Products, Inc.,    4785 Elati Street, Ste 15,   Denver, CO 80216-1836
12043792      Rich Filipek,   1004 plateau Rd,    Longmont, CO 80504
12093276     +Richard Thomas,   1901 Wallenburg Drive,    Fort Collins, CO 80526-1965
12093277     +Robert Wootten,   1310 Georgetown Road,    Boulder, CO 80305-6446
12043793     +Rocky Mountain Blueprint,    2460 30th Street,   Boulder, CO 80301-1232
12093279     +Rockynet,   Attn: Contract Admin.,    1919 14th Street, Suite 617,   Boulder, CO 80302-5325
12093281     +Rosa Linda’s Mexican Cafe, LLC,    Attn: Virgilio Aquirre,   2005 W 33rd Ave,
               Denver, CO 80211-3413
12043794     +Russ Schnell,   4865 Lee Circle,    Boulder, CO 80303-1112
12093283     +Saiber, LLC,   Attn: Nancy A. Washington, Esq.,    18 Columbia Turnpike, Suite 200,
               Florham Park  07932-2266
12043795     +Saiber, LLC,   Attn: Morton Goldfein,    One Gateway Center 13th Floor,   Newark, NJ 07102-5323
12093287     +Smiley-Marques,   1914 Harvard St.,    Longmont, CO 80503-1610
12043799     +Solar Solutions and Distribution, LLC,    700 W 48th Ave, Unit S,   Denver, CO 80216-1834
12043800     +Soul R Lite,   1341 Carnation Circle,    Longmont, CO 80503-7544
12093290     +Spinnaker Management Group,    231 Milwaukee St, #200,   Denver, CO 80206-5016,
               Attn: Brett Miller
12043801     +Spinnaker Management Group,    231 Milwaukee St, #200,   Denver, CO 80206-5016,
               Attn: Jeff Jorgensen
12043802      State of Colorado,   Division of Securities,    1560 Broadway,   Suite 900,
               Denver, CO 80202-5150
12043803     +Steve Bauhs,   130 Huron Court,    Boulder, CO 80303-4433
12093293     +Steve Eberhart,   1905 E Richard’s Lake Rd,    Fort Collins, CO 80524-1755
12043804     +SunPower Corporation,    Attn: Evan Papaduke,   3939 N First Street,   San Jose, CA 95134-1506
12043805     +SunWize Technologies, Inc.,    1155 Flatbush Rd,   Kingston, NY 12401-7011
12093297     +Susan Dunlap,   812 Dewey Ave,    Boulder, CO 80304-3934
12363558     +Technology Cedit Corporation,    c/o Robert A. Trodella Jr., Esq.,   Jones Day,
               555 California Street, 26th Floor,    San Francisco, CA 94104-1602
12363612      Technology Credit Corporation,    914 The Alameda,   San Jose, CA 95126
12043806      Technology Credit Corporation,    Attn: Scott Hawkins,   The Hartford,   PO Box 2907,
               Hartford, CT 06104-2907
12093298      Technology Credit Corporation,    Attn: Scott Hawkins,   914 The Alameda,   San Jose, CA 95126
12044545      The Hartford,   PO Box 2907,    Hartford, CT 06104-2907
12043807     +Thompson Technology Industries,    20 Leveroni Court,   Novato, CA 94949-5746
12093302     +Thorne Ecological,   Alyson Duffey Thorn Ecological Institute,    1466 63rd Street,
               Boulder, CO 80303-1570
12043808     +Triad Consulting Engineers, Inc.,    Attn: JoAnn Quinn,   2740 Route 10 west,
               Morrins Plains, NJ 07950-1258
12093304     +Troy Bergstrom,   1916 Table Drive,    Golden, CO 80401-2444
12043809     +Van Dalen Brower, LLC,    156 W State Street, Ste 101,   Trenton, NJ 08608-1100
12093307     +Walnut Apts/Boulder Housing Partners,    1940 Walnut Street,   Boulder, CO 80302-4432
12043811      Western Disposal Services,    Dept 52,   Denver, CO 80281-0052
12093309     +William Goldberg,   7060 E Exposition Ave,    Denver, CO 80224-1514
12043812      Winlectric Company,    480 E 76th Ave, Buidling 5,   Unit C1,   Denver, CO 80229-6215
12043813     +Wnrhardt, Keefe, Steiner, Hottman, PC,    7979 E Tufts Ave, Ste 400,   Denver, CO 80237-2521
12043814     +Xcel Energy,   PO Box 840,    Denver, CO 80201-0840
12093311     +Xiaoyu Li,   4090 Darley Avenue,    Boulder, CO 80305-6521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12043729     +E-mail/Text: gabrielle@anchoreng.com Sep 21 2011 01:25:37     Anchor Engineering Inc.,
               3611 Blake Street,   Denver, CO 80205-2409
12043741      E-mail/Text: SANCHEZA@CINTAS.COM Sep 21 2011 01:25:27     Cintas,   PO Box 636525,
               Cincinnati, OH 45263-6525
12043743     +E-mail/Text: hudsond@bouldercolorado.gov Sep 21 2011 01:26:32
               City of Boulder Sales/Use Tax Division,    PO Box 791,   Boulder CO 80306-0791
12043745     +E-mail/Text: bankruptcy@cityofwestminster.us Sep 21 2011 01:26:42     City of Westminster,
               Sales Tax Division,   4800 W 92nd Ave,    Westminster, CO 80031-6387
12043747     +E-mail/PDF: tacbnk@spike.dor.state.co.us Sep 21 2011 01:56:44     Colorado Department of Revenue,
               1375 Sherman Street,   Denver, CO 80261-0001
12043751     +E-mail/Text: vendorsupport@dexknows.com Sep 21 2011 01:25:42     Dex East,   PO box 78041,
               Phoenix, AZ 85062-8041
12043760     +E-mail/Text: kathy.trussell@grosolar.com Sep 21 2011 01:26:04
               Global Resource Options, Inc. ("groSolar"),    Corporate Headquarters, Attn: Jamie Reso,
               601 Old River Rd., Ste. 3,    White River Junction, VT 05001-9058
12043758      E-mail/Text: SCD_BankruptcyNotices@Grainger.com Sep 21 2011 01:26:40     Grainger,
               Dept 856725858,   PO Box 419267,   Kansas City, MO 64141-6267
12093225      E-mail/Text: kathy.trussell@grosolar.com Sep 21 2011 01:26:04     Gro Solar,   PO box 6144,
               Brattleboro, VT 05302-6144
12043767     +E-mail/Text: dvillano@jeffco.us Sep 21 2011 01:26:33     Jefferson County,
               100 Jefferson County Parkway,    Golden CO 80419-0002
12043787      E-mail/Text: bankruptcy@pb.com Sep 21 2011 01:25:24     Pitney Bowes,   PO Box 856042,
               Louisville, KY 40285-6042
12136585     +E-mail/Text: bankruptcy@pb.com Sep 21 2011 01:25:24     Pitney Bowes Inc,
               4901 Belfort Rd, Ste 120,    Jacksonville FL 32256-6016
12043791      E-mail/Text: bklaw@qwest.com Sep 21 2011 01:25:26     Qwest,   PO Box 29040,
               Phoenix, AZ 85038-9040
12093299     +E-mail/Text: TDelianides@Yahoo.com Sep 21 2011 01:26:03     Ted Delianides,   2400 Kohler Drive,
               Boulder, CO 80305-5251
```

```
District/off: 1082-1           User: cosior                 Page 4 of 5                   Date Rcvd: Sep 20, 2011
                               Form ID: pdf904              Total Noticed: 173

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12043810      +E-mail/Text: vbcbankruptcies@vectrabank.com Sep 21 2011 01:25:36      Vectra Bank Colorado, NA,
               Special Assets Department,    1650 S Colorado Blvd, 3rd Floor,    Denver, CO 80222-4029
12043815      +E-mail/Text: blaise@zoomlogistics.com Sep 21 2011 01:25:57      Zoom Logistics, Inc.,
               2 Threadneedle Alley,    Newburyport, MA 01950-2522
                                                                                               TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12093198        Conergy Inc.,    2480 W 26th Ave, #26B,    Denver, CO 80211,    Attn: Ida Armijo
12043748        Conergy Inc.,    2480 W 26th Ave, #26B,    Denver, CO 80211,    Attn: Ida Armijo
12093173*       AT&T,    PO Box 1809,    Paramus, NJ 07653-1809
12093164*      +Alvin & Barbara Herman,    1411 E 24th St,    Greeley, CO 80631-9020
12093165*      +Anchor Engineering Inc.,    3611 Blake Street,    Denver, CO 80205-2409
12093166*      +Andrew Conigliaro,    517 Indian Peaks Trail W,    Lafayette, CO 80026-9316
12093175*      +Bell Techlogix, Inc.,    PO Box 823342,    Philadelphia, PA 19182-3342
12093176*      +Blue Oak Energy,    Attn: Christine,    4614 Second Street, Ste 4,    Davis, CA 95618-9401
12093179*      +Brown McCarroll LLP,    111 Congress Ave, Ste 1400,    Austin, TX 78701-4093,    Attn: Gina Lendway
12093181*      +Byron Walker,    7587 Lupine Court,    Arvada, CO 80007-7938
12093195*      +CMC, Inc.,    1115 Des Moines,    Loveland, CO 80537-5106
12093182*      +Cahill, O'Kelly & Associates,    4810 Riverbend Rd,    Boulder, CO 80301-2643
12093183*      +Canadian Solar USA Inc.,    Attn: David Koo,    12657 Alcosta Blvd, Ste 140,
               San Ramon, CA 94583-4600
12093188*      +Christie Engineering PC,    Attn: Jeffrey Bravstein,    211 Somerville Rd,
               Bedminster, NJ 07921-1827
12093189*       Cintas,    PO Box 636525,    Cincinnati, OH 45263-6525
12093190*      +City and County of Denver,    Treasury Div, Wellington Webb Bldg,    201 W. Colfax Ave,
               Denver CO 80202-5329
12093191*      +City of Boulder Sales/Use Tax Division,    PO Box 791,    Boulder CO 80306-0791
12093192*      +City of Louisville,    Sales & Use Tax Division,    749 Main St,    Louisville, CO 80027-1829
12093193*      +City of Westminster,    Sales Tax Division,    4800 W 92nd Ave,    Westminster, CO 80031-6387
12093196*      +Colorado Department of Revenue,    1375 Sherman Street,    Denver, CO 80261-0001
12093199*      +Copper State Bolt & Nut co.,    3622 N 34th Ave,    Phoenix, AZ 85017-4401
12093211*      +DPW Solar Corporation,    4000 B Vassar Drive,    NE Albuquerque, NM 87107-2056
12093207*      +Dex East,    PO box 78041,    Phoenix, AZ 85062-8041
12093213*      +Ehrnhardt, Keefe, Steiner, Hottman, PC,    Attn: Andrea Olson,    7979 E. Tufts Avenue Suite 400,
               Denver, CO 80237-2521
12093214*      +Enviromental Technology, Inc.,    Attn: David Krueger,    PO Box 50,    Chester, NJ 07930-0050
12093217*      +Fastenal Company,    PO Box 1286,    Winona, MN 55987-7286
12093218*      +Focused Energy, Inc.,    1730 Camino Carlos Rey, Ste 201,    Santa Fe, NM 87507-2340
12093222*       Grainger,    Dept 856725858,    PO Box 419267,    Kansas City, MO 64141-6267
12093224*      +Greg Kielian,    4763 Sylia Lane,    Erie, CO 80516-9041
12093227*      +Holland & Hart, LLP,    Attn: Paula,    555 17th Street, #3200,    Denver, CO 80202-3921
12093229*       Home Depot,    Dept 32-2505144794,    PO Box 6031,    The Lakes, NV 88901-6031
12093231*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Insolvency Unit,    1999 Broadway,
               MS 5012 DEN,    Denver, CO 80202-3025)
12093230*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    PO Box 21126,
               Philadelphia, PA 19114-0326)
12093235*      +Jefferson County,    100 Jefferson County Parkway,    Golden CO 80419-0002
12093237*      +Joe Callahan,    3297 Walnut Street,    Boulder, CO 80301-2555
12093239*      +John Meyer,    1440 Patton Drive,    Boulder, CO 80303-1257
12093240*       Joseph Mann & Creed,    20600 Chagrin Blvd., Suite 550,    Shaker Heights, OH 44122-5340
12093247*       Larry Davis,    2996 Bald Mountain Rd.,    Central City, CO 80427
12093248*      +Loris and Associates, Inc.,    Attn: Peter Loris,    2585 Trail Ridge Drive East,
               Lafayette, CO 80026-3495
12093254*      +MonMouth Telecom,    PO Box 8656,    Red Bank, NJ 07701-8656
12093255*      +Morgan Lewis & Bockius, LLP,    Attn: Kenneth M. Kulak,    1701 Market Street,
               Philadelphia, PA 19103-2987
12093256*      +Morrell Printing,    990 S Public Rd Unit C,    Lafayette, CO 80026-2196
12093258*      +NABCEP Professional Testing, Inc.,    7680 Universal Rd, Ste 300,    Orlando, FL 32819-8949
12093260*    ++++OFFICE OF THE ATTORNEY GENERAL,    STATE OF COLORADO,    1525 SHERMAN ST STE 700,
               DENVER CO  80203-1700
               (address filed with court: Office of the Attorney General,    State of Colorado,
               1525 Sherman Street,    7th Floor,    Denver, CO 80203)
12093261*       Office of the Attorney General,    US Department of Justice,    950 Pennsylvania Avenue, NW,
               Suite 4400,    Washington, DC 20530-0001
12093262*       Office of the US Attorney,    District of Colorado,    1225 Seventeenth Street,    Suite 700,
               Denver, CO 80202-5598
12093263*      +Olympic Metals, Inc.,    5775 Monaco Street,    Commerce City, CO 80022-4059
12093267*      +PES Associates, Inc.,    Attn: Pat Segedin,    PO Box 271,    Norwood, NJ 07648-0271
12093264*      +PanelClaw Inc.,    21 High Street. #209,    North Andover, MA 01845-2607
12093268*      +Peter Gaal,    50 Wagner Circle,    Boulder, CO 80304-0470
12093270*       Pitney Bowes,    PO Box 856042,    Louisville, KY 40285-6042
12093272*       Platts,    PO Box 848093,    Dallas, TX 75284-8093
12093273*      +Preferred Safety Products, Inc.,    4785 Elati Street, Ste 15,    Denver, CO 80216-1836
12093274*       Qwest,    PO Box 29040,    Phoenix, AZ 85038-9040
```

```
District/off: 1082-1                User: cosior                 Page 5 of 5                  Date Rcvd: Sep 20, 2011
                                    Form ID: pdf904              Total Noticed: 173

                    ***** BYPASSED RECIPIENTS (continued) *****
 12093275*       Rich Filipek,    1004 Plateau Rd,    Longmont, CO 80504
 12093278*      +Rocky Mountain Blueprint,    2460 30th Street,    Boulder, CO 80301-1232
 12093280*      +Rockynet,    Attn: Contract Admin.,    1919 14th Street Suite 617,    Boulder, CO 80302-5325
 12093282*      +Russ Schnell,    4865 Lee Circle,    Boulder, CO 80303-1112
 12093284*      +Schafer & Co LLC,    2525 W Barbarry Place,    Denver, CO 80204-3715,    Attn: Jim Schafer
 12093285*      +Schletter, Inc.,    Attn: Angelika Kraus,    2520 N Jackrabbit Ave,    Tucson, AZ 85745-1207
 12093286*      +Siliken Renewable Energy,    5901 Priestly Drive, Ste 170,    Carlsbad, CA 92008-8827,
                  Attn: Erin Brooks
 12093288*      +Solar Solutions and Distribution, LLC,    700 W 48th Ave, Unit S,    Denver, CO 80216-1834
 12093289*      +Soul R Lite,    1341 Carnation Circle,    Longmont, CO 80503-7544
 12093291*       State of Colorado,    Division of Securities,    1560 Broadway,    Suite 900,
                  Denver, CO 80202-5150
 12093292*      +Steve Bauhs,    130 Huron Court,    Boulder, CO 80303-4433
 12093295*      +SunPower Corporation,    Attn: Evan Papaduke,    3939 N First Street,    San Jose, CA 95134-1506
 12352033*      +SunPower Corporation,    Attn: Evan Papaduke,    3939 N First Street,    San Jose, CA 95134-1506
 12093296*      +SunWize Technologies, Inc.,    1155 Flatbush Rd,    Kingston, NY 12401-7011
 12093300*       The Hartford,    PO Box 2907,    Hartford, CT 06104-2907
 12093301*      +Thompson Technology Industries,    20 Leveroni Court,    Novato, CA 94949-5746
 12093303*      +Triad Consulting Engineers, Inc.,    Attn: JoAnn Quinn,    2740 Route 10 West,
                  Morrins Plains, NJ 07950-1258
 12093305*      +Van Dalen Brower, LLC,    156 W State Street, Ste 101,    Trenton, NJ 08608-1100
 12093306*      +Vectra Bank Colorado, NA,    Special Assets Department,    1650 S Colorado Blvd, 3rd Floor,
                  Denver, CO 80222-4029
 12093308*       Western Disposal Services,    Dept 52,    Denver, CO 80281-0052
 12093310*       Winlectric Company,    480 E 76th Ave, Buidling 5,    Unit C1,    Denver, CO 80229-6215
 12093312*      +Zoom Logistics, Inc.,    2 Threadneedle Alley,    Newburyport, MA 01950-2522
 12093159      ##+ADT Security Services, Inc.,    PO Box 96175,    Las Vegas, NV 89193-6175
 12093177      ##+Brian Clark,    PO Box 856,    Hilo, HI 96721-0856
 12093219      ##+Full Partner, LLC,    4730 Walnut Ave., Suite 108,    Boulder, CO 80301-2558
 12043796      ##+Schafer & Co LLC,    2525 W Barbarry Place,    Denver, CO 80204-3715,    Attn: Jim Schafer
 12043797      ##+Schletter, Inc.,    Attn: Angelika Kraus,    2520 N Jackrabbit Ave,    Tucson, AZ 85745-1207
 12043798      ##+Siliken Renewable Energy,    5901 priestly Drive, Ste 170,    Carlsbad, CA 92008-8827,
                  Attn: Erin Brooks
 12093294      ##+Steve Gesse,    472 Brook Circle,    Boulder, CO 80302-9465
                                                                                               TOTALS: 2, * 74, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2011**                         **Signature:**     _Joseph Speetjens_

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
) Case No. 10-21850- MER
SIMPLE SOLAR SYSTEMS, LLC )
EIN 20-4455303 ) Chapter 11
)
Debtor. )

## ORDER DISMISSING CHAPTER 11 BANKRUPTCY CASE

UPON CONSIDERATION of the Debtor's Motion to Dismiss Chapter 11 Bankruptcy Case ("Motion"), the Court having considered any additional papers filed in opposition thereto or in further support thereof; having heard the arguments of counsel, if any; and having considered any evidence presented; and adequate notice having been provided; and for good cause shown, the Court does

**HEREBY ORDER THAT:**

1. The Motion is GRANTED

2. The bankruptcy case of Simple Solar Systems, LLC, Case No. 10-21850-MER, is hereby dismissed.

DONE and entered this 20th day of September, 2011 at Denver, Colorado.

BY THE COURT:

_Michael E. Romero_

Honorable Michael E. Romero
United States Bankruptcy Judge